Fill in this information to identify the case:
Debtor name: The Bellevue Hospital
United States Bankruptcy Court Northern District of Ohio
Case number (if known): 25-30191

☐ Check if this is an amended filing

Official Form 204

### Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | DORNIER MEDTECH<br>ATTN: ACCTS RECEIVABLE<br>1155 ROBERTS BOULEVARD<br>KENNESAW, GA 30144 | DORNIER MEDTECH<br>ATTN: ACCTS RECEIVABLE<br>PHONE: 800-831-0859<br>EMAIL: ACCOUNTSRECEIVABLE@DORNIER.COM | TRADE PAYABLE | | | | $284,250.00 |
| 2 | INTUITIVE SURGICAL, INC.<br>ATTN: ACCTS RECEIVABLE<br>1020 KIFER RD<br>SUNNYVALE, CA 94086-5206 | INTUITIVE SURGICAL, INC.<br>ATTN: ACCTS RECEIVABLE<br>PHONE: 408-523-2100<br>EMAIL: AR_US@INTUSURG.COM | TRADE PAYABLE | | | | $118,648.90 |
| 3 | PRIORITY HEALTHCARE DISTRIBUTION<br>ATTN: ACCTS RECEIVABLE<br>2297 SOUTHWEST BLVD STE D<br>GROVE CITY, OH 43123-1822 | PRIORITY HEALTHCARE DISTRIBUTION<br>ATTN: ACCTS RECEIVABLE<br>PHONE: 877-703-8266<br>EMAIL: PHDCOLLECTIONS@CURASCRIPT.COM | TRADE PAYABLE | | | | $86,917.78 |
| 4 | THE TOLEDO CLINIC<br>ATTN: RYAN VICARS<br>4235 SECOR RD<br>TOLEDO, OH 43623 | THE TOLEDO CLINIC<br>ATTN: RYAN VICARS<br>PHONE: 419-479-5605<br>EMAIL: RVICARS@TOLEDOCLINIC.COM | TRADE PAYABLE | | | | $83,880.50 |
| 5 | PRESS GANEY ASSOC., INC.<br>ATTN: BUSINESS SERVICE DEPT<br>1173 IGNITION DRIVE<br>SOUTH BEND, IN 46601 | PRESS GANEY ASSOC., INC.<br>ATTN: BUSINESS SERVICE DEPT<br>PHONE: 800-232-8032<br>EMAIL: INVOICE@PRESSGANEY.COM | TRADE PAYABLE | | | | $80,042.82 |
| 6 | STRYKER SALES, LLC<br>ATTN: ACCTS RECEIVABLE<br>21343 NETWORK PLACE<br>CHICAGO, IL 60673-1213 | STRYKER SALES, LLC<br>ATTN: ACCTS RECEIVABLE<br>PHONE: 800-733-2383<br>EMAIL: JAMES.MCCARTHY1@STRYKER.COM | TRADE PAYABLE | | | | $79,689.74 |
| 7 | WEATHERBY LOCUMS, INC.<br>ATTN: AUSTIN REMICK<br>641 N FEDERAL HWY #800<br>FORT LAUDERDALE, FL 33308 | WEATHERBY LOCUMS, INC.<br>ATTN: AUSTIN REMICK<br>PHONE: 801-930-3750<br>EMAIL: AUSTIN.REMICK@CHGHEALTHCARE.COM | TRADE PAYABLE | | | | $75,536.10 |
| 8 | BOSTON SCIENTIFIC CORP.<br>ATTN: KAREN BOURQUE<br>100 BOSTON SCIENTIFIC WAY<br>MARLBOROUGH, MA 01752 | BOSTON SCIENTIFIC CORP.<br>ATTN: KAREN BOURQUE<br>PHONE: 508-683-5925<br>EMAIL: KAREN.BOURQUE@BSCI.COM | TRADE PAYABLE | | | | $66,249.99 |
| 9 | UT PHYSICIANS<br>ATTN: YUTONG WU<br>MAIL STOP 840<br>TOLEDO, OH 43615 | UT PHYSICIANS<br>ATTN: YUTONG WU<br>PHONE: 419-888-7184<br>EMAIL: YUTONG.WU@UTOLEDO.EDU | TRADE PAYABLE | | | | $66,249.99 |
| 10 | MERGE HEALTHCARE<br>ATTN: ACCTS RECEIVABLE<br>900 WALNUT RIDGE DR.<br>HARTLAND, WI 53029-8347 | MERGE HEALTHCARE<br>ATTN: ACCTS RECEIVABLE<br>PHONE: 262-367-0700<br>EMAIL: ARMERGEHEALTH@MERATIVE.COM | TRADE PAYABLE | | | | $64,049.09 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 11 | PROMEDICA PHYSICIAN GROUP<br>ATTN: ONTHA OBERLEY<br>MSC-S2339<br>TOLEDO, OH 43604 | PROMEDICA PHYSICIAN GROUP<br>ATTN: ONTHA OBERLEY<br>PHONE: 567-585-9600<br>FAX: 419-472-4359<br>EMAIL: ONTHA.OBERLEY@PROMEDICA.ORG | TRADE PAYABLE | | | | $63,200.00 |
| 12 | MEDLINE INDUSTRIES, INC.<br>ATTN: NEDRA WARE-HOOD<br>THREE LAKES DRIVE<br>NORTHFIELD, IL 60093-2753 | MEDLINE INDUSTRIES, INC.<br>ATTN: NEDRA WARE-HOOD<br>PHONE: 224-931-7338<br>EMAIL: NWARE-HOOD@MEDLINE.COM | TRADE PAYABLE | | | | $59,811.99 |
| 13 | RIVERSIDE RAD & INTERVENTIONAL<br>ATTN: ASHLEY FAYZLYEV<br>100 E CAMPUS VIEW BLVD, STE 100<br>COLUMBUS, OH 43235 | RIVERSIDE RAD & INTERVENTIONAL<br>ATTN: ASHLEY FAYZLYEV<br>PHONE: 614-753-9831<br>EMAIL: AFAYZIYEV@LUCIDHEALTH.COM | TRADE PAYABLE | | | | $57,250.00 |
| 14 | OHA: ASSOCIATION FOR HOSPITALS<br>ATTN: SCOTT BORGEMENKE<br>65 EAST STATE ST., STE. 500<br>COLUMBUS, OH 43215-3640 | OHA: ASSOCIATION FOR HOSPITALS<br>ATTN: SCOTT BORGEMENKE<br>PHONE: 614-221-7614<br>EMAIL: ACCOUNTING@OHIOHOSPITALS.ORG | TRADE PAYABLE | | | | $57,223.08 |
| 15 | CHANGE HEALTHCARE<br>ATTN: ACCTS RECEIVABLE<br>100 AIRPARK CENTER DRIVE EAST<br>NASHVILLE, TN 37217 | CHANGE HEALTHCARE<br>ATTN: ACCTS RECEIVABLE<br>PHONE: 866-371-9066<br>EMAIL: CUSTOMEROPERATIONSFINANCE@OPTUM.COM | TRADE PAYABLE | | | | $54,400.34 |
| 16 | WADSWORTH SLAWSON NW<br>ATTN: ANDREA PHILLIPS<br>1500 MICHAEL OWENS WAY<br>PERRYSBURG, OH 43551 | WADSWORTH SLAWSON NW<br>ATTN: ANDREA PHILLIPS<br>PHONE: 419-861-8181<br>EMAIL: APHILLIPS@WADSWORTHLSC.COM | TRADE PAYABLE | | | | $52,630.28 |
| 17 | EMERGENCY PROFESSIONAL<br>ATTN: ACCOUNTING DEPT<br>307 SOUTH EVERGREEN AVE<br>WOODBURY, NJ 08096 | EMERGENCY PROFESSIONAL<br>ATTN: ACCOUNTING DEPT<br>PHONE: 937-312-3317<br>EMAIL: KELLY_KLEINHENZ@TEAMHEALTH.COM | TRADE PAYABLE | | | | $50,000.00 |
| 18 | ZIMMER BIOMET<br>ATTN: CUSTOMER SERVICE<br>14235 COLLECTION DRIVE<br>CHICAGO, IL 60693 | ZIMMER BIOMET<br>ATTN: CUSTOMER SERVICE<br>PHONE: 866-865-1695<br>EMAIL: CSF@ZIMMERBIOMET.COM | TRADE PAYABLE | | | | $45,397.71 |
| 19 | BAYLESS PATHMARK, INC.<br>ATTN: ACCTS RECEIVABLE/YILAN<br>19250 E BAGLEY RD<br>MIDDLEBURG HEIGHTS, OH 44130 | BAYLESS PATHMARK, INC.<br>ATTN: ACCTS RECEIVABLE/YILAN<br>PHONE: 440-826-0384<br>EMAIL: YILANC2@GMAIL.COM | TRADE PAYABLE | | | | $42,705.00 |
| 20 | AESTO HEALTH<br>ATTN: MICHELE GALLANT<br>1800 INTERNATIONAL PARK DR<br>BIRMINGHAM, AL 35243 | AESTO HEALTH<br>ATTN: MICHELE GALLANT<br>PHONE: 866-558-8098<br>EMAIL: MGALLANT@AESTOHEALTH.COM | TRADE PAYABLE | | | | $40,188.00 |