**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO (CANTON)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                  :
                                  :          **Chapter 11**

**In re**                          :

**THE BELLEVUE HOSPITAL**     :          **Case No. 25-30191 (MAW)**

      **Debtor.**             :
                                    :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### SCHEDULE OF ASSETS AND LIABILITIES FOR THE BELLEVUE HOSPITAL (CASE NO. 25-30191)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 25-30191 |
| The Bellevue Hospital | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Mary Ann Whipple |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

The Bellevue Hospital, the above-captioned debtor and debtor in possession (the "Debtor") submits its *Schedules of Assets and Liabilities* (the "**Schedules**") and *Statement of Financial Affairs* (the "Statement" and, together with the Schedules, the "Schedules and Statement") pursuant 11 U.S.C. § 521 and Bankruptcy Rule 1007.

On February 5, 2025 (the "Petition Date"), the Debtor commenced this chapter 11 case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Northern District of Ohio (the "Bankruptcy Court"). The Debtor is operating its business as debtor in possession.

The Schedules and Statement were prepared, with the assistance of the Debtor's professionals, by the Debtor's management and are unaudited. While those members of management responsible for the preparation of the Schedules and Statement have made a reasonable effort to ensure that the Schedules and Statement are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors or omissions may exist or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statement. Accordingly, the Debtor reserves its right to amend or supplement the Schedules and Statement from time to time as may be necessary or appropriate; but there can be no guarantees that the Debtor will do so.

The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and are not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering this information. While commercially reasonable efforts have been made to provide accurate and complete information, inadvertent errors or omissions may exist. Except as expressly required by the Bankruptcy Code, the Debtor and its agents, attorneys, and financial advisors do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtor or its agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, and financial advisors are advised of

1

the possibility of such damages. These *Global Notes and Statement of Limitations, Methodology and Disclaimers Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (these "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statement, and should be referred to and reviewed in connection with any review of the Schedules and Statement.

## <u>GLOBAL NOTES AND OVERVIEW OF METHODOLOGY</u>

1.  **<u>Reservation of Rights</u>**. The Debtor reserves the right to dispute, or to assert setoff or other defenses to, any claim reflected in the Schedules and Statement as to amount, liability, and classification. The Debtor also reserves all rights with respect to the values, amounts, and characterizations of the assets and liabilities listed in the Schedules and Statement. Nothing contained in the Schedules and Statement shall constitute a waiver of rights with respect to this chapter 11 case, including, but not limited to, issues involving substantive consolidation, equitable subordination, and causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.

2.  **<u>Basis of Presentation</u>**. The Schedules and Statement reflect the assets and liabilities of the Debtor. For financial reporting purposes, the Debtor historically prepared consolidated financial statements, which included financial information for all of its subsidiaries. The Debtor has used its best efforts to ensure that the information presented here does not include assets and liabilities that are solely owned or the responsibility of any subsidiaries.

    The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to reconcile to the financial statements previously distributed to lenders, major creditors, or various equity holders on an intermittent basis.

    The Schedules and Statement have been signed by Darrell M. Lentz in his capacity as Interim Chief Financial Officer for the Debtor. In reviewing and signing the Schedules and Statement, Mr. Lentz necessarily relied upon the efforts, statements, and representations of the accounting and non-accounting personnel located at the Debtor's offices who report to, or work with, Mr. Lentz, either directly or indirectly. Mr. Lentz has not, and could not have, personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

3.  **<u>Date of Valuations</u>**. Except as otherwise noted in the Schedules and Statement, all liabilities, as well as cash, inventory and vendor debit balances, are valued as of the Petition Date to the best of the Debtor's ability. All values are stated in United States currency. In certain instances, the Debtor used estimates or pro-rated amounts where actual data as of the aforementioned dates was not available. The Debtor made a reasonable effort to allocate liabilities between the pre- and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the Debtor may modify the allocation of liabilities between the pre- and post-petition periods and amend the Schedules and Statement accordingly.

2

4. **Book Value**. Except as otherwise noted, each asset and liability of each Debtor is shown on the basis of net book value of the asset or liability in accordance with the Debtor's accounting books and records. Therefore, unless otherwise noted, the Schedules and Statement are not based upon any estimate of the current market values of the Debtor's assets and liabilities, which may not correspond to book values. It would be cost prohibitive and unduly burdensome to obtain current market valuations of the Debtor's property interests. Except as otherwise noted, the Debtor's assets are presented, in detail, as they appear on the Debtor's accounting sub-ledgers. As such, the detail may include error corrections and value adjustments. The Debtor believes that certain of their assets, including (i) goodwill, (ii) certain owned property, and (iii) intangibles may have been significantly impaired by, among other things, the events leading to, and the commencement of, the Debtor's chapter 11 cases. The Debtor has not yet formally evaluated the appropriateness of the carrying values ascribed to its assets prior to the Petition Date.

5. **Property and Equipment**. Unless otherwise indicated, owned property and equipment are recorded at cost and are shown net of depreciation.

6. **Causes of Action**. The Debtor has made its best effort to determine if it has any causes of action against third parties as assets in the Schedules and Statement but has not identified any. The Debtor reserves all of its rights with respect to causes of action it may have, whether disclosed or not disclosed, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any such causes of action.

7. **Litigation**. The Debtor made reasonable efforts to accurately record the litigation actions that it is a party to (collectively, the "Litigation Actions") in the Schedules and Statement. The inclusion of any Litigation Action in the Schedules and Statement does not constitute an admission by the Debtor of liability, the validity of any Litigation Action, or the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

8. **Payments**. The financial affairs and business of the Debtor are complex. Prior to the Petition Date, the Debtor used a cash management system and it has used its best efforts to obtain accurate information regarding payments from its system.

9. **Claims**. Certain of the Debtor's Schedules list creditors and set forth the Debtor's estimate of the claims of creditors as of the Petition Date.

The Bankruptcy Court has authorized, but not directed, the Debtor to, among other things, (i) continue certain customer practices in the ordinary course of business, (ii) pay certain prepetition wages, salaries, employee benefits, and other related obligations up to the statutory cap, (iii) pay certain prepetition sales, use, and other taxes, and (iv) make certain payments to vendors, claimants, and lien holders. The actual unpaid claims of creditors that may be allowed in these cases may differ from the amounts set forth in the Schedules and Statement. Moreover, the Debtor has not attempted to reflect any possible recoupment rights.

3

Any failure to designate a claim listed on the Debtor's Schedule as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that the claim is not "disputed," "contingent," or "unliquidated." The Debtor reserves the right to (i) object to or otherwise dispute or assert setoff rights, cross-claims, counterclaims or defenses to, any claim reflected on the Schedules as to amount, liability, classification or otherwise, or (ii) otherwise to designate subsequently any claim as "disputed," "contingent" or "unliquidated."

The claims listed in the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all of its rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

The Debtor has excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, and to the extent such damage claims exist, the Debtor reserves all rights to contest such claims as asserted.

10. **Totals.** All totals that are included in the Schedules and Statement represent totals of all the known amounts included in the Schedules and Statement and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

11. **Recharacterization**. Notwithstanding the Debtor's reasonable best efforts to properly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statement, the Debtor may nevertheless have improperly characterized, classified, categorized, designated or omitted certain items. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statement at a later time as is necessary and appropriate, as additional information becomes available, including whether contracts listed herein were deemed executory as of the Petition Date and remain executory postpetition.

12. **Setoffs.** The Debtor may incur setoffs from governmental authorities, private payors, and suppliers in the ordinary course of business. These routine setoffs are consistent with the ordinary course of business in the Debtor's industry and, therefore, can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs may not be independently accounted for, and, as such, may be excluded from the Schedules and Statement. Any setoff of a prepetition debt to be applied against the Debtor is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.

13. **Insiders.** The Debtors reserve all rights with respect to the determination or status of a person as an "insider" as defined in section 101(13) of the Bankruptcy Code.

14. **Redaction.** The Debtors have been permitted to redact certain names and addresses to protect patients and employees. Those redactions are reflected here.

4

## SPECIFIC NOTES WITH RESPECT TO THE SCHEDULES

### Schedule A/B

**Item 3:** The account balances listed here reflect balances as of the Petition Date and have changed since then. For additional information regarding these accounts, see the Debtor's first day motion pertaining to its cash management system.

**Item 8**: Prepaid services are reflective of the cost to the Debtor but do not represent any (a) value of an assignment of said service or (b) value of any potential refund if service is cancelled (if a refund could even be issued).

**Item 11**: The Debtor has used its best efforts to document its Accounts Receivable accurately, but the health care industry payment system is complex and the Debtor's Accounts Receivable is never able to be determined with certainty. In addition, this value represents the Accounts Receivable if paid to the Debtor as a going concern, and does not reflect any losses, setoffs, recoupment, or other reductions that would be experienced if the Debtor were to discontinue operations.

**Item 14:** Certain of the Debtor's investments listed here were in the process of being liquidated as of the Petition Date and transferred to an escrow account held by the Debtor's Senior Secured Creditor. The Debtor's figures represent balances as of the Petition Date.

**Item 15:** The Debtor has not taken any action, but may in the future, to obtain a valuation of its various subsidiaries. The Debtor has historically made capital contributions to subsidiaries that are not reflected in the Schedules.

**Items 21 and 22:** Inventory for sale or use by the Debtor is recorded at cost and does not reflect the actual resale value of the inventory either on a going concern basis or through a liquidation. Moreover, the Inventory cost figures do not reflect spoilage, expiration, or loss in the ordinary course of business.

**Items 39, 40, and 41**: Furniture, Fixtures, Equipment and Software are valued on a net book value basis and do not reflect the liquidation value of the assets. In particular, the Debtor does not believe that the value of the Computer Hardware or IT Software would carry the same value in a liquidation scenario, and does not, for example, account for costs of removal of personally identifiable information ("PII"), such as patient information, which would be necessary in a liquidation.

**Item 47:** Vehicles have been valued using kellybluebook.com and based on their current mileage.

**Item 55**: Certain real property listed is subject to mortgage or other liens of creditors listed on schedule D. These items are detailed in the Debtor's *Motion for an Order (I) Authorizing the Debtor to (A) Obtain Postpetition Financing from Firelands, (B) Use Cash Collateral, (C) Provide Adequate Assurance Protection to Senior Secured Creditor; and, (II) Granting Related Relief* (Doc. 34), which is incorporated by reference. The Debtor has listed real property based on the net book value in its records unless there is a recent appraisal held by the Debtor.

5

## Schedule D

Except as otherwise ordered by the Bankruptcy Court (including if found valid in any order entered by the Bankruptcy Court), the Debtor reserves its rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

Certain claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule D, however, have arisen or been incurred before the Petition Date.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Global Notes or the Schedules and Statement shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, parties which may hold security deposits have not been listed on Schedule D. Other than certain known claims, the Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

## Schedule E/F

Certain of the claims of state and local taxing authorities set forth in the Schedules ultimately may be deemed to be secured claims pursuant to state or local laws. Certain of the claims owing to various taxing authorities to which the Debtor may be liable may be subject to audit. The Debtor reserves its right to dispute or challenge whether claims owing to various taxing authorities are entitled to priority.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves, including self-insured health insurance plan liabilities. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date.

Employee claims satisfied pursuant to the Bankruptcy Court's orders authorizing, but not directing, the Debtors to pay certain prepetition employee wages, salaries, benefits and other related obligations have been listed in Schedule E/F but may have been subsequently satisfied.

## Schedule G

The business of the Debtor is complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtor reserves all of its

6

rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtor reserves all of its rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed therein. Any real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. Additionally, the Debtor may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps, and other miscellaneous agreements. Such agreements, if any, are not set forth in Schedule G. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings.

## SPECIFIC DISCLOSURES WITH RESPECT TO STATEMENT

**Question 3**: The Debtor reserves all rights related to any prepetition payments to creditors that may be recoverable under chapter 5 of the Bankruptcy Code. The Debtor has not undertaken any effort at this time to evaluate any chapter 5 actions or defenses thereto.

**Question 6**: The Debtor has not identified any setoffs made by creditors without permission; however, there may be instances where such a setoff has occurred without the Debtor's knowledge.

**Question 16**: The Debtor has patient lists containing personally identifiable information provided to the Debtor in connection with obtaining a service. Such personally identifiable information is protected by the Health Insurance Portability and Accountability Act.

**Question 26d**: From time to time, the Debtor provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing, and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, vendors, debtholders and their legal and financial advisors. The Debtor has worked to identify those to whom it provided financial statements, but it was not part of the Debtor's regular course of business to document those disclosures. As a result, the turnover of personnel may have resulted in the inability to detail each of the disclosures.

25-30191-maw    Doc 183    FILED 03/07/25    ENTERED 03/07/25 21:21:11    Page 8 of 288

**Fill in this information to identify the case:**

Debtor name    **The Bellevue Hospital**

United States Bankruptcy Court for the:    **Northern District of Ohio (Canton)**

Case number (if known)    **25-30191**

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from Schedule A/B...................................................................    $  **28,554,206.07**
        **plus undetermined amounts**

    1b.  **Total personal property:**
        Copy line 91A from Schedule A/B.............................................................    $  **13,145,571.48**
        **plus undetermined amounts**

    1c.  **Total of all property:**
        Copy line 92 from Schedule A/B.................................................................    $  **41,699,777.55**
        **plus undetermined amounts**

---

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............................    $  **19,050,947.65**
    **plus undetermined amounts**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $  **505,036.14**
        **plus undetermined amounts**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................    +$  **4,788,826.92**
        **plus undetermined amounts**

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b    $  **24,344,810.71**
    **plus undetermined amounts**

Debtor name   **The Bellevue Hospital**

United States Bankruptcy Court for the:   **Northern District of Ohio (Canton)**

Case number (if known)   **25-30191**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☒ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| **2.**     **Cash on Hand** | |
| 2.1     CASH | $2,487.85 |

25-30191-maw    Doc 183   FILED 03/07/25   ENTERED 03/07/25 21:21:11   Page 10 of 288

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1 | FIFTH THIRD BANK | MAIN OPERATING ACCOUNT | 1279 | $1,353,662.68 |
| 3.2 | FIFTH THIRD BANK | MEDICAL & DENTAL BENEFITS ACCOUNT | 1303 | $31,990.38 |
| 3.3 | FIFTH THIRD BANK | FLEXIBLE SPENDING ACCOUNT | 1311 | $7,883.97 |
| 3.4 | FIFTH THIRD BANK | HEALTH REIMBURSEMENT ACCOUNT | 5207 | $94,628.33 |
| 3.5 | FIFTH THIRD BANK | WORKERS COMPENSATION ACCOUNT | 1295 | $0.00 |
| 3.6 | FIFTH THIRD BANK | BUSINESS MANAGER OPERATING ACCOUNT | 1329 | $0.00 |
| 3.7 | FIFTH THIRD BANK | PAYROLL ACCOUNT | 1287 | $0.00 |
| 3.8 | FIFTH THIRD BANK | GENERAL SAVINGS ACCOUNT | 1337 | $0.00 |
| 3.9 | FIFTH THIRD BANK | GENERAL SAVINGS ACCOUNT | 1345 | $0.00 |
| 3.10 | FIRST NATIONAL BANK | MAIN OPERATING ACCOUNT | 8079 | $716.14 |
| 3.11 | FIRST NATIONAL BANK | MEDICAL DENTAL BENEFIT ACCOUNT | 6262 | $158,150.73 |
| 3.12 | FIRST NATIONAL BANK | MONEY MARKET INVESTMENT ACCOUNT | 1368 | $0.00 |
| 3.13 | FIRST NATIONAL BANK | MONEY MARKET INVESTMENT ACCOUNT | 3204 | $0.00 |
| 3.14 | FIRST NATIONAL BANK | BUSINESS MANAGER ACCOUNT | 9891 | $5,425.90 |
| 3.15 | FIRST NATIONAL BANK | BUSINESS MANAGER RESERVE ACCOUNT | 0253 | $23,544.17 |
| 3.16 | FIRST NATIONAL BANK | WORKERS COMPENSATION ACCOUNT | 6270 | $0.00 |
| 3.17 | FIRST NATIONAL BANK | PAYROLL ACCOUNT | 8087 | $0.00 |
| 3.18 | FIRST NATIONAL BANK | SPECIAL REBATE ACCOUNT | 8680 | $0.00 |

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|
| 4. | **Other cash equivalents** *(Identify all)* | |
| 4.1 | | $0.00 |

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| $1,678,490.15 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below

| | | Current value of debtor's interest |
|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1 | UNITED PARCEL SERVICE | DEPOSIT ON ACCT FOR PICK UP SERVICE | $80.00 |
| 7.2 | UNITED PARCEL SERVICE | DEPOSIT ON ACCT FOR PICK UP SERVICE | $50.00 |

| | | Current value of debtor's interest |
|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.1 | 1CALL - DIVISION OF AMTELCO | PREPAID IT SERVICE | $333.37 |
| 8.2 | 3M | PREPAID IT ANNUAL LICENSE AGREEMENT | $25,460.10 |
| 8.3 | AIRSTRIP | PREPAID IT ANNUAL LICENSE AGREEMENT | $1,575.00 |
| 8.4 | ALLEN STOVALL NEUMAN & ASHTON LLP | REMAINING PROFESSIONAL RETAINER | $40,645.90 |
| 8.5 | ALTERA DIGITIAL HEALTH INC | PREPAID IT ANNUAL LICENSE AGREEMENT | $1,748.28 |
| 8.6 | CDW GOVERNMENT INC | PREPAID IT SERVICE | $1,541.30 |
| 8.7 | CDW GOVERNMENT INC | PREPAID IT SERVICE | $7,037.78 |
| 8.8 | CLINICAL COMPUTER SYSTEMS INCORPORATED | PREPAID IT ANNUAL LICENSE AGREEMENT | $1,454.50 |
| 8.9 | DEVICOR MEDICAL PRODUCTS, INC. | PREPAID SERVICE AGREEEMNT | $4,900.00 |
| 8.10 | DOCUSIGN INC | PREPAID IT ANNUAL LICENSE AGREEMENT | $3,269.55 |
| 8.11 | DRFIRST | PREPAID IT ANNUAL LICENSE AGREEMENT | $16,712.50 |
| 8.12 | FINQUERY | PREPAID IT ANNUAL LICENSE AGREEMENT | $8,082.00 |
| 8.13 | FORWARD ADVANTAGE | PREPAID IT ANNUAL LICENSE AGREEMENT | $12,854.52 |
| 8.14 | FRANTZ WARD LLP | REMAINING PROFESSIONAL RETAINER | $26,202.50 |
| 8.15 | GE PRECISION HEALTHCARE | PREPAID SERVICE CONTRACT | $6,240.34 |
| 8.16 | GE PRECISION HEALTHCARE | PREPAID SERVICE CONTRACT | $9,268.17 |

|  |  |  | Current value of debtor's interest |
|---|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | | |
|---|---|---|---|
| 8.17 | GE PRECISION HEALTHCARE | PREPAID SERVICE CONTRACT | $6,080.50 |
| 8.18 | GLOBAL HEALTHCARE EXCHANGE LLC | PREPAID IT ANNUAL SUBSCRIPTION | $6,250.00 |
| 8.19 | HASSELBACH & PAUL INSURANCE | PREPAID WORKERS COMP INSURANCE | $36,343.41 |
| 8.20 | HASSELBACH & PAUL INSURANCE | PREPAID WORKERS COMP INSURANCE | $766.70 |
| 8.21 | HEALTHCARESOURCE (SYMPLR) | PREPAID IT ANNUAL LICENSE AGREEMENT | $6,434.90 |
| 8.22 | HYLANT INSURANCE | PREPAID PROFESSIONAL LIABILITY INSURANCE | $66,646.89 |
| 8.23 | HYLANT INSURANCE | PREPAID PROFESSIONAL LIABILITY INSURANCE | $158,490.77 |
| 8.24 | HYLANT INSURANCE | PREPAID PROFESSIONAL LIABILITY INSURANCE | $555.78 |
| 8.25 | HYLANT INSURANCE | PREPAID PROFESSIONAL LIABILITY INSURANCE | $2,844.67 |
| 8.26 | HYLANT INSURANCE | PREPAID PROFESSIONAL LIABILITY INSURANCE | $6,075.30 |
| 8.27 | HYLANT INSURANCE | PREPAID PROFESSIONAL LIABILITY INSURANCE | $1,147.55 |
| 8.28 | HYLANT INSURANCE | PREPAID PROFESSIONAL LIABILITY INSURANCE | $41,125.00 |
| 8.29 | ICAD INC | PREPAID IT ANNUAL SUBSCRIPTION | $583.37 |
| 8.30 | ICU MEDICAL | PREPAID IT ANNUAL SUBSCRIPTION | $3,019.50 |
| 8.31 | INSIGHT | PREPAID IT SUBSCRIPTION | $19,188.00 |
| 8.32 | INSIGHT | PREPAID IT ANNUAL LICENSE AGREEMENT | $3,813.40 |
| 8.33 | INTEROPERABILITY BIDCO INC (COREPOINT HEALTH/RAPSODY) | PREPAID IT ANNUAL SUBSCRIPTION | $19,675.19 |
| 8.34 | KROLL RESTRUCTURING ADMINISTRATION | REMAINING PROFESSIONAL RETAINER | $18,244.34 |
| 8.35 | KRONOS, INC. | PREPAID IT ANNUAL SUBSCRIPTION | $2,255.75 |
| 8.36 | KRONOS, INC. | PREPAID IT ANNUAL SUBSCRIPTION | $41,006.16 |
| 8.37 | MCG HEALTH LLC | PREPAID IT SERVICE | $2,017.25 |
| 8.38 | NIHON KOHDEN | PREPAID IT SERVICE | $2,597.48 |
| 8.39 | PITNEY BOWES | PREPAID EQUIPMENT SERVICE | $1,470.51 |
| 8.40 | POWER DMS | PREPAID IT ANNUAL SUBSCRIPTION | $7,889.90 |
| 8.41 | REALVNC LIMITED | PREPAID IT ANNUAL SUBSCRIPTION | $1,900.00 |
| 8.42 | SIEMENS HEALTHCARE DIAGNOSTICS | PREPAID IT ANNUAL SUBSCRIPTION | $2,460.00 |
| 8.43 | SMARTSENSE BY DIGI | PREPAID IT ANNUAL SUBSCRIPTION | $2,143.80 |
| 8.44 | SPORT VIEW TELEVISION LLC | PREPAID IT SERVICE | $13,411.83 |

| | | Current value of debtor's interest |
|---|---|---|
| **8.** | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.45 | TORRENCE SOUND EQUIPMENT | PREPAID IT SERVICE | $1,370.90 |
| 8.46 | TTX INX | PREPAID IT SERVICE | $6,688.18 |
| 8.47 | UPTODATE | PREPAID IT ANNUAL SUBSCRIPTION | $6,303.21 |
| 8.48 | VIDYO | PREPAID IT ANNUAL SUBSCRIPTION | $799.60 |
| 8.49 | WAYSTAR INC | PREPAID IT ANNUAL SUBSCRIPTION | $16,371.67 |
| 8.50 | WAYSTAR INC | SURE PAY HEALTH | $16,371.67 |

**9.  Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$689,798.99**

---

**Part 3:     Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes. Fill in the information below

| | Current value of debtor's interest |
|---|---|

**11.     Accounts receivable**

11a. 90 days old or less:

$17,534,937.00 _face amount_  −  $13,456,311.00 _doubtful or uncollectible accounts_  =  $4,078,626.00

11b. Over 90 days old:

$4,892,901.00 _face amount_  −  $3,754,812.00 _doubtful or uncollectible accounts_  =  $1,138,089.00

**12.     Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$5,216,715.00**

---

**Part 4:     Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☐black Yes. Fill in the information below

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1 | DODGE & COX STOCK CL I | MARKET VALUE | $225,330.65 |
| 14.2 | DODGE & COX STOCK CL I | MARKET VALUE | $11,575.86 |
| 14.3 | DREYFUS TREASURY OBLIGATIONS (DTRXX) - MONEY MARKET | MARKET VALUE | $111,582.99 |
| 14.4 | FIRST BANCSHARES INC OH | MARKET VALUE | $158,026.10 |
| 14.5 | VANGUARD HEALTHCARE ADMIRAL CL | MARKET VALUE | $66,340.85 |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1 | BELLEVUE HOSPITAL MEDICAL HOLDINGS, LLC | 100% | % N/A | UNDETERMINED |
| 15.2 | BELLEVUE HOSPITAL PAIN MANAGEMENT, LLC | 51% | % N/A | UNDETERMINED |
| 15.3 | BELLEVUE PROFESSIONAL SERVICES, INC. | 100% | % N/A | UNDETERMINED |
| 15.4 | EAST-WEST HOLDINGS, LTD. | 50% | % N/A | UNDETERMINED |
| 15.5 | NORTH COAST HEALTHCARE COLLABORATIVE, LLC | 25% | % N/A | UNDETERMINED |
| 15.6 | NORTHERN OHIO MEDICAL SPECIALISTS, LLC (NOMS) | CLASS D MEMBERSHIP | % N/A | UNDETERMINED |
| 15.7 | NORTHWEST OHIO MEDICAL EQUIPMENT, LLC | 6.67% | % N/A | UNDETERMINED |
| 15.8 | PRAIRIE RIDGE, LLC | 100% | % N/A | UNDETERMINED |
| 15.9 | THE BELLEVUE HOSPITAL FOUNDATION | 100% | % N/A | UNDETERMINED |
| 15.10 | THE FIRELANDS BELLEVUE REAL ESTATE HOLDING COMPANY LLC | 25% | % N/A | UNDETERMINED |
| 15.11 | THE FIRELANDS BELLEVUE URGENT CARE LLC | 25% | % N/A | UNDETERMINED |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 16.1 | | | $0.00 |

| 17. | **Total of Part 4.** | | | **$572,856.45** |
|---|---|---|---|---|
| | Add lines 14 through 16. Copy the total to line 83. | | | **plus undetermined amounts.** |

**Part 5:**    Inventory, excluding agriculture asset

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

■ Yes. Fill in the information below

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** | **Raw materials** | | | |
| 19.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **20.** | **Work in progress** | | | |
| 20.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **21.** | **Finished goods, including goods held for resale** | | | |
| 21.1 | HOSPITAL SUPPLIES | 12/29/2023 | $231,683.71 | COST | $231,683.71 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **22.** | **Other inventory or supplies** | | | |
| 22.1 | DRUGS | 12/15/2024 | $136,890.00 | COST | $136,890.00 |
| 22.2 | LINEN | 12/15/2024 | $8,342.00 | COST | $8,342.00 |
| 22.3 | MEDICAL/SURGICAL | 12/15/2024 | $724,729.30 | COST | $724,729.30 |

25-30191-maw    Doc 183    FILED 03/07/25    ENTERED 03/07/25 21:21:11    Page 16 of 288

23.    **Total of Part 5.**
       Add lines 19 through 22. Copy the total to line 84.

                                                                                              **$1,101,645.01**

24.    **Is any of the property listed in Part 5 perishable?**

       ☐ No.
       ☒ Yes.

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

       ☐ No.
       ☒ Yes. Book value        $45,165.73    Valuation method    LOWER OF COST OR MARKET    Current Value        $45,165.73

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

       ☒ No.
       ☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28.    **Crops-either planted or harvested**

| | | | |
|---|---|---|---|
| 28.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

29.    **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

| | | | |
|---|---|---|---|
| 29.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

30.    **Farm machinery and equipment** *(Other than titled motor vehicles)*

| | | | |
|---|---|---|---|
| 30.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 31. | **Farm and fishing supplies, chemicals, and feed** | | |
| 31.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | |
| 32.1 | | | $0.00 |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No.

☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1 OFFICE FURNITURE | $363,186.63 | NET BOOK VALUE | $363,186.63 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 40. **Office fixtures** | | | |
| 40.1 OFFICE FIXTURES | $248,094.68 | NET BOOK VALUE | $248,094.68 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 COMPUTER HARDWARE | $703,835.79 | NET BOOK VALUE | $703,835.79 |
| 41.2 IT SOFTWARE | $1,865,362.51 | NET BOOK VALUE | $1,865,362.51 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | $0.00 |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86

$3,180,479.61

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☑ Yes.

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1 | 1996 FORD BUCKET TRUCK VIN#<br>1FDLF47G5TEB74722 | $7,832.46 | NET BOOK VALUE | $7,832.46 |
| 47.2 | 2009 CHEVY EXPRESS BOX TRUCK VIN#<br>1GBHG31C591178734 | $0.00 | NET BOOK VALUE | UNDETERMINED |
| 47.3 | 2012 DODGE PICKUP TRUCK VIN#<br>3C6LDBT1CG97984 | $0.00 | NET BOOK VALUE | UNDETERMINED |
| 47.4 | 2015 GMC TERRAIN DENALI VIN#<br>2GKALUEK5F6290799 | $0.00 | NET BOOK VALUE | UNDETERMINED |
| 47.5 | 2018 CHEVY SILVERADO PICKUP TRUCK VIN#<br>1GCVKREC4JZ185366 | $0.00 | NET BOOK VALUE | UNDETERMINED |
| 47.6 | 2019 WHITE BOX TRAILER VIN# 52LB2028KE070062 | $9,448.10 | NET BOOK VALUE | $9,448.10 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers,<br>motors,floating homes, personal watercraft, and fishing vessels | | |
| 48.1 | | | | $0.00 |

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **49.    Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | | | $0.00 |

51.    **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

> **$17,280.56**
> **plus undetermined amounts.**

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

■ Yes.

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No.

■ Yes.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes. Fill in the information below

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1   CLYDE OB CLINIC - 1005 W. MCPHERSON HWY., BELLEVUE, OH. 44811 - PARCEL ID: 32-50-00-2086-00 | FEE SIMPLE | $245,383.61 | APPRAISED VALUE | $265,000.00 |
| 55.2   COMMERCE PARK OFFICE BUILDING - 102 COMMERCE PARK DR., BELLEVUE, OH. 44811 - PARCEL ID: 03-60-00-0141-00 | FEE SIMPLE | $4,586,891.48 | APPRAISED VALUE | $4,000,000.00 |
| 55.3   LAND - AUXILLARY DR., BELLEVUE, OH. 44811 - PARCEL ID: 03-60-00-0150-01 | FEE SIMPLE | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.4   LAND - PROGRESS DR., BELLEVUE, OH. 44811 - PARCEL ID: 03-60-00-0150-00 | FEE SIMPLE | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.5   LAND - PROGRESS DR., BELLEVUE, OH. 44811 - PARCEL ID: 03-60-00-0151-00 | FEE SIMPLE | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.6   LAND AROUND COMMERCE PARK OFFICE BUILDING: 1) 110 COMMERCE PARK DR. BELLEVUE, OH. 44811, PARCEL: 03-60-00-0142-00, 2) 117 COMMERCE PARK DR. BELLEVUE, OH. 44811, PARCEL: 03-60-00-0136-00, 3) 133 COMMERCE PARK DR. BELLEVUE, OH. 44811, PARCEL: 03-60-00-0134-00, 4) 125 COMMERCE PARK DR. BELLEVUE, OH. 44811, PARCEL: 03-60-00-0135-00, 5) 109 COMMERCE PARK DR. BELLEVUE, OH. 44811, PARCEL: 03-60-00-0137-00, 6) 101 COMMERCE PARK DR. BELLEVUE, OH. 44811, PARCEL: 03-60-00-0138-00 | FEE SIMPLE | $405,118.50 | APPRAISED VALUE | $425,000.00 |
| 55.7   LAND AROUND HOSPITAL - 1312 MAIN STREET W., BELLEVUE, OH. 44811 - PARCEL ID: 01-27-00-0043-00 | FEE SIMPLE | $182,353.79 | NET BOOK VALUE | $182,353.79 |
| 55.8   LAND AROUND HOSPITAL - 1424 W. MAIN ST., BELLEVUE, OH. 44811 - PARCEL ID: 03-60-00-0127-00 | FEE SIMPLE | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.9   LAND AROUND HOSPITAL - 2074 COUNTY ROAD 302, BELLEVUE, OH. 44811 - PARCEL ID: 01-22-00-0010-00 | FEE SIMPLE | $92,586.00 | NET BOOK VALUE | $92,586.00 |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.10 LAND AROUND HOSPITAL - COUNTY ROAD 302, BELLEVUE, OH. 44811 - PARCEL ID: 01-22-00-0011-00 | FEE SIMPLE | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.11 PRARIE RIDGE LOT - CENTENNIAL DRIVE, BELLEVUE, OH. 44811 - PARCEL ID: 03-50-00-2406-00 | FEE SIMPLE | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.12 PRARIE RIDGE LOT - CENTENNIAL DRIVE, BELLEVUE, OH. 44811 - PARCEL ID: 03-50-00-2407-00 | FEE SIMPLE | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.13 PRARIE RIDGE LOT - CENTENNIAL DRIVE, BELLEVUE, OH. 44811 - PARCEL ID: 03-50-00-2408-00 | FEE SIMPLE | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.14 RED BARN - 2022 COUNTY ROAD 302, BELLEVUE, OH. 44811 - PARCEL ID: 01-22-00-0008-05 | FEE SIMPLE | $169,690.70 | NET BOOK VALUE | $169,690.70 |
| 55.15 THE HOSPITAL - 1400 W. MAIN ST., BELLEVUE, OH. 44811 - PARCEL ID: 03-60-00-0108-00 | FEE SIMPLE | $22,587,794.43 | NET BOOK VALUE | $22,587,794.43 |
| 55.16 VEIN & BODY, NOMS MEDICAL OFFICES - 1400 W. MAIN ST., BELLEVUE, OH. 44811 - PARCEL ID: 03-60-99-0108-00 | FEE SIMPLE | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.17 WALTERS PROPERTY - HOSPITAL GARDEN - 1958 COUNTY ROAD 302, BELLEVUE, OH. 44811 - PARCEL ID: 01-22-00-0009-00 | FEE SIMPLE | $264,054.48 | NET BOOK VALUE | $264,054.48 |
| 55.18 WAREHOUSE - 200 GREAT LAKES PARKWAY, BELLEVUE, OH. 44811 - PARCEL ID: 10030060100200 | FEE SIMPLE | $30,000.00 | APPRAISED VALUE | $500,000.00 |
| 55.19 YELLOW HOUSE - 2032 COUNTY ROAD 302, BELLEVUE, OH. 44811 - PARCEL ID: 01-22-00-0008-02 | FEE SIMPLE | $67,726.67 | NET BOOK VALUE | $67,726.67 |

**56.**   **Total of Part 9.**
Add the current value on lines 55.1 through 55.19 and entries from any additional sheets.
Copy the total to line 88

> **$28,554,206.07**
> **plus undetermined amounts.**

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

■ Yes.

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No.

■ Yes.

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.**   **Internet domain names and websites** | | | |
| 61.1   DOMAIN: HTTPS://INTRANET.BELLEVUEHOSPITAL.COM/ | $0.00 | N/A | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.**   **Licenses, franchises, and royalties** | | | |
| 62.1   ANYTIME FITNESS | $39,500.00 | COST | $39,500.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **63.**   **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **64.** **Other intangibles, or intellectual property** | | | |
| 64.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **65.** **Goodwill** | | | |
| 65.1 | | | $0.00 |

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

**$39,500.00**

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☐ No.

■ Yes.

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No.

☐ Yes.

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No.

☐ Yes.

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes. Fill in the information below

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** | |
| Description (include name of obligor) | |
| 71.1 | $0.00 |
| Total face amount     doubtful or uncollectible amount | |

|  | Current value of debtor's interest |
|---|---|
| 72. **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| 72.1 | $0.00 |

|  | Current value of debtor's interest |
|---|---|
| 73. **Interests in insurance policies or annuities** | |
| 73.1 | $0.00 |

|  | Current value of debtor's interest |
|---|---|
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 74.1 | $0.00 |

|  | Current value of debtor's interest |
|---|---|
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 75.1 | $0.00 |

|  | Current value of debtor's interest |
|---|---|
| 76. **Trusts, equitable or future interests in property** | |
| 76.1 | $0.00 |

| | | **Current value of debtor's interest** |
|---|---|---|
| 77. | **Other property of any kind not already listed Examples:** Season tickets, country club membership | |
| 77.1 | 457B PLAN | $592,052.56 |
| 77.2 | RENT RECEIVABLE - FTMC PEDIATRICS | $31,473.68 |
| 77.3 | RENT RECEIVABLE - NOMS | $22,759.47 |
| 77.4 | RENT RECEIVABLE - UNIVERSITY OF TOLEDO PHYSICIANS LLC | $2,520.00 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$648,805.71** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No.

☐ Yes.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,678,490.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $689,798.99 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,216,715.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $572,856.45 plus undetermined amounts. | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,101,645.01 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,180,479.61 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $17,280.56 plus undetermined amounts. | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................................> | | $28,554,206.07 plus undetermined amounts. |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $39,500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $648,805.71 | |
| 91. **Total. Add lines 80 through 90 for each column** | $13,145,571.48 plus undetermined amounts. +91b. | $28,554,206.07 plus undetermined amounts. |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $41,699,777.55 plus undetermined amounts. |

**Fill in this information to identify the case:**

Debtor name    **The Bellevue Hospital**

United States Bankruptcy Court for the:    **Northern District of Ohio (Canton)**

Case number (if known)    **25-30191**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below

| Part 1: | List Creditors Who Have Secured Claims |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|---|

**2.1**

**Secured creditor name and mailing address**

AMERISOURCEBERGEN DRUG CORPORATION
1 WEST FIRST AVENUE
CONSHOHOCKEN PA 19428

**Secured creditor's email address**

**Date debt was incurred**

1/14/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

ALL OF DEBTOR'S INVENTORY, WHETHER NOW OWNED OR HEREAFTER ACQUIRED

**Describe the lien**

UCC LIEN: SR640493

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

$220,000.00    UNDETERMINED

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* Amount of claim  Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
|---|---|---|

| 2.2 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor name and mailing address**

ASD SPECIALTY HEALTHCARE, LLC
27550 NETWORK PLACE
CHICAGO IL 60673-1275

**Describe debtor's property that is subject to a lien**

ALL OF DEBTOR'S INVENTORY, WHETHER NOW OWNED OR HEREAFTER ACQUIRED

**Secured creditor's email address**

**Describe the lien**

UCC LIEN: SR640491

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

1/14/2021

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor name and mailing address**

BANK OF NEW YORK MELLON TRUST COMPANY, N.A.
C/O FISHER BROYLES, LLP
ATTN: PATRICIA FUGÉE
27100 OAKMEAD DRIVE
#306
PERRYSBURG OH 43551

**Describe debtor's property that is subject to a lien**

FIRST-PRIORITY MORTGAGE LIENS ON DEBTOR'S REAL ESTATE; ID 55.15 (HOSPITAL), ID 55.2 (OFFICE BUILDING). FIRST PRIORITY/SECURITY INTERESTS IN SUBSTANTIALLY ALL OF DEBTOR'S PERSONAL PROPERTY.

**Describe the lien**

FIRST PRIORITY LIENS

**Secured creditor's email address**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

VARIOUS

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

FIRST-PRIORITY LIEN

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

25-30191-maw    Doc 183    FILED 03/07/25    ENTERED 03/07/25 21:21:11    Page 30 of 288

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.4 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $17,331,975.54 | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor name and mailing address**

FIFTH THIRD BANK
C/O VORYS, SATER, SEYMOUR AND PEASE LLP
ATTN: KARI B. CONIGLIO, CARRIE M. BROSIUS
200 PUBLIC SQUARE
SUITE 1400
CLEVELAND OH 44114

**Secured creditor's email address**

**Date debt was incurred**

3/27/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

FIRST-PRIORITY LIEN

**Describe debtor's property that is subject to a lien**

FIRST-PRIORITY MORTGAGE LIENS ON DEBTOR'S REAL ESTATE; ID 55.15 (HOSPITAL), ID 55.2 (OFFICE BUILDING). FIRST PRIORITY/SECURITY INTERESTS IN SUBSTANTIALLY ALL OF DEBTOR'S PERSONAL PROPERTY.

**Describe the lien**

UCC LIEN: SR134984

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.5 | **Secured creditor name and mailing address**<br><br>FIFTH THIRD BANK - CORPORATE CC<br>PO BOX 740523<br>CINCINNATI OH 45274-0523 | **Describe debtor's property that is subject to a lien**<br>FIRST-PRIORITY MORTGAGE LIENS ON DEBTOR'S REAL ESTATE; ID 55.15 (HOSPITAL), ID 55.2 (OFFICE BUILDING). FIRST PRIORITY/SECURITY INTERESTS IN SUBSTANTIALLY ALL OF DEBTOR'S PERSONAL PROPERTY. | $25,503.61 | UNDETERMINED |

**Secured creditor's email address**

**Describe the lien**
FIRST PRIORITY LIENS

**Date debt was incurred**
VARIOUS

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

FIRST-PRIORITY LIEN

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

25-30191-maw    Doc 183    FILED 03/07/25    ENTERED 03/07/25 21:21:11    Page 32 of 288

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.6**

**Secured creditor name and mailing address**

FIRELANDS REGIONAL MEDICAL CENTER
C/O DINSMORE & SHOHL, LLP
ATTN: ELLEN ARVIN KENNEDY
100 WEST MAIN ST.
STE. 900
LEXINGTON KY 40507

**Secured creditor's email address**

**Date debt was incurred**

VARIOUS

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

SECOND-PRIORITY LIEN

**Describe debtor's property that is subject to a lien**

TWENTY-FIVE (25) UNITS IN THE FIRELANDS-BELLEVUE REAL ESTATE HOLDING COMPANY, LLC, AND TWENTY-FIVE (25) UNITS IN THE FIRELANDS BELLEVUE URGENT CARE OPERATING COMPANY, LLC

**Describe the lien**

UCC LIEN: SR1350716

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$800,000.00 | UNDETERMINED

**2.7**

**Secured creditor name and mailing address**

FIRST NATIONAL BANK OF BELLEVUE
120 NORTH ST.
BELLEVUE OH 44811

**Secured creditor's email address**

**Date debt was incurred**

VARIOUS

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

RECEIVABLES AS DEFINED IN THE BUSINESS MANAGER FINANCE AGREEMENT

**Describe the lien**

UCC LIEN: 201625100368

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

$322,500.00 | UNDETERMINED

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.8**

**Secured creditor name and mailing address**

HURON COUNTY TREASURER
16 E MAIN ST
NORWALK OH 44857-1597

**Secured creditor's email address**

**Date debt was incurred**

VARIOUS

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

REAL ESTATE LOCATED IN HURON COUNTY

**Describe the lien**

STATUTORY REAL PROPERTY TAXES AND ASSESSMENTS

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | $2,452.36 | UNDETERMINED |
|---|---|---|

**2.9**

**Secured creditor name and mailing address**

INTUITIVE SURGICAL, INC.
ATTN: ACCTS RECEIVABLE
1020 KIFER RD
SUNNYVALE CA 94086-5206

**Secured creditor's email address**

**Date debt was incurred**

9/30/2022

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

1 X DA VINCI XI SURGICAL SYSTEM WITH SINGLE CONSOLE, 1 X DA VINCI XI INTEGRATED TABLE MOTION UPGRADE, 1 X E-100 GENERATOR

**Describe the lien**

UCC LIEN: SR972700

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

| | $119,929.90 | UNDETERMINED |
|---|---|---|

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| 2.10 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

INTUITIVE SURGICAL, INC.
ATTN: ACCTS RECEIVABLE
1020 KIFER RD
SUNNYVALE CA 94086-5206

1 X DA VINCI XI SURGICAL SYSTEM WITH SINGLE CONSOLE, 1 X DA VINCI XI INTEGRATED TABLE MOTION UPGRADE, 1 X E-100 GENERATOR

**Secured creditor's email address**

**Describe the lien**

UCC LIEN: SR972701

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

9/30/2022

**Is anyone else liable on this claim?**

■ No
☐ Yes Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

| 2.11 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

MB FINANCIAL BANK, N.A.
101 N MICHIGAN AVE
MD: H54011
BIG RAPIDS MI 49307

PARAGON HOSPITAL INFORMATION SYSTEM (EQUIPMENT)

**Secured creditor's email address**

**Describe the lien**

UCC LIEN: SR851215

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

VARIOUS

**Is anyone else liable on this claim?**

■ No
☐ Yes Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

| | | Column A<br>Amount of claim<br><br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| 2.12 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $180,605.92 | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor name and mailing address**

OLYMPUS AMERICA INC.
3500 CORPORATE PARKWAY
CENTER VALLEY PA 18034

**Secured creditor's email address**

**Date debt was incurred**

3/9/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

SPECIFIC EQUIPMENT, LISTED BY MODEL NUMBER

**Describe the lien**

UCC LIEN: SR1048808

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.13 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $47,980.32 | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor name and mailing address**

SANDUSKY COUNTY TREASURER
100 N PARK AVE STE 112
FREMONT OH 43420

**Secured creditor's email address**

**Date debt was incurred**

VARIOUS

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

REAL ESTATE LOCATED IN SANDUSKY COUNTY

**Describe the lien**

STATUTORY REAL PROPERTY TAXES AND ASSESSMENTS

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.14 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

SIEMENS HEALTHCARE DIAG INC.
511 BENEDICT AVE
TARRYTOWN NY 10591

INSTRUMENT: DIMN EXL WITH LM, SERIAL NO. DR250316

**Secured creditor's email address**

**Describe the lien**

UCC LIEN: SR650924

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

2/5/2021

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.15 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

SIEMENS HEALTHCARE DIAG INC.
511 BENEDICT AVE
TARRYTOWN NY 10591

INSTRUMENT: DIMN EXL WITH LM, SERIAL NO. DR250311

**Secured creditor's email address**

**Describe the lien**

UCC LIEN: SR650925

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

2/5/2021

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.16 | **Secured creditor name and mailing address**<br><br>U.S. BANK EQUIPMENT FINANCE<br>1310 MADRID STREET<br>MARSHALL MN 56258 | **Describe debtor's property that is subject to a lien**<br><br>52 SEPARATE COPIERS, ALL REPLACEMENTS AND PARTS, AND ANY AND ALL PROCEEDS INCLUDING INSURANCE RECOVERIES | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**Secured creditor's email address**

**Describe the lien**

UCC LIEN: SR539915

**Date debt was incurred**

**Is the creditor an insider or related party?**

7/10/2020

■ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| **$19,050,947.65**<br>**plus undetermined amounts** |
|---|

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.
If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,330.31 | $8,330.31 |
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 4 | ☐ No ☐ Yes | | |
| 2.2 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,613.52 | $1,613.52 |
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE PTO | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 4 | ☐ No ☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

ANDRES, HUNTER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,391.80    Priority amount: $1,391.80

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.4** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

ANDRES, KARA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,664.44    Priority amount: $5,664.44

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.5** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,057.85    Priority amount: $3,057.85

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.6** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

ANSTEAD, EMILY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,297.32    Priority amount: $1,297.32

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

| | Total claim | Priority amount |
|---|---|---|

**2.7** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

$848.99 | $848.99

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.8** **Priority creditor's name and mailing address**

BAKER, PAULA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

$994.62 | $994.62

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.9** **Priority creditor's name and mailing address**

BAPTISTA, CHASITY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

$10,887.68 | $10,887.68

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.10** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

$1,107.79 | $1,107.79

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|

**2.11**  **Priority creditor's name and mailing address**

BAUER, KATHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,823.29   Priority amount: $1,823.29

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.12**  **Priority creditor's name and mailing address**

BISIGNANO, HANAH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $636.65   Priority amount: $636.65

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.13**  **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $502.20   Priority amount: $502.20

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.14**  **Priority creditor's name and mailing address**

BLEDSOE, CHERYL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,929.22   Priority amount: $1,929.22

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.15** | **Priority creditor's name and mailing address** | $809.17 | $809.17 |

**2.15** Priority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

Total claim: **$809.17**   Priority amount: **$809.17**

---

**2.16** Priority creditor's name and mailing address

BOLLENBACHER, BRIDGET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

Total claim: **$1,954.60**   Priority amount: **$1,954.60**

---

**2.17** Priority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

Total claim: **$7,702.30**   Priority amount: **$7,702.30**

---

**2.18** Priority creditor's name and mailing address

BRANDT, SARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

Total claim: **$6,219.71**   Priority amount: **$6,219.71**

| | Total claim | Priority amount |
|---|---|---|

**2.19**  **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **$29,032.31** | **$15,150.00** |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.20**  **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **$879.28** | **$879.28** |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.21**  **Priority creditor's name and mailing address**

BULGER, DEBRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **$24.35** | **$24.35** |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.22**  **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | **$1,018.16** | **$1,018.16** |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| | Total claim | Priority amount |
|---|---|---|

**2.23**  **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,389.49  Priority amount: $5,389.49

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.24**  **Priority creditor's name and mailing address**

CASTER, KATHLEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,040.30  Priority amount: $5,040.30

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.25**  **Priority creditor's name and mailing address**

CHURCHILL, JORDYN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $401.01  Priority amount: $401.01

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.26**  **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,917.24  Priority amount: $1,917.24

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|

**2.27** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

$4,465.86 | $4,465.86

---

**2.28** **Priority creditor's name and mailing address**

COY, MELISSA
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

$3,485.02 | $3,485.02

---

**2.29** **Priority creditor's name and mailing address**

CULBERT, KIMBERLY
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

$1,565.43 | $1,565.43

---

**2.30** **Priority creditor's name and mailing address**

EADS, PAMELA
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

$758.34 | $758.34

| | | Total claim | Priority amount |
|---|---|---|---|

**2.31** **Priority creditor's name and mailing address**

EISENHOWER, ALYSSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Total claim: $1,292.42 — Priority amount: $1,292.42

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- [ ] No
- [ ] Yes

---

**2.32** **Priority creditor's name and mailing address**

ENGELHART, JORDAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Total claim: $532.06 — Priority amount: $532.06

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- [ ] No
- [ ] Yes

---

**2.33** **Priority creditor's name and mailing address**

ENGLEHART, GAIL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Total claim: $5,541.48 — Priority amount: $5,541.48

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- [ ] No
- [ ] Yes

---

**2.34** **Priority creditor's name and mailing address**

FAMULARE, DIANA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Total claim: $2,399.18 — Priority amount: $2,399.18

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- [ ] No
- [ ] Yes

---

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.35** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,255.01 | $5,255.01

FAY, SUZANNE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.36** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,152.10 | $4,152.10

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.37** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,704.66 | $5,704.66

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.38** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,681.98 | $1,681.98

FULTZ, CHRISTY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

|  | Total claim | Priority amount |
|---|---|---|

**2.39   Priority creditor's name and mailing address**

GAMBOA, VICTORIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $585.90
Priority amount: $585.90

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.40   Priority creditor's name and mailing address**

GANGLUFF, DANIELLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,159.82
Priority amount: $3,159.82

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.41   Priority creditor's name and mailing address**

GARBER, JESSICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $976.89
Priority amount: $976.89

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.42   Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $9,607.49
Priority amount: $9,607.49

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.43** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,249.54 | $1,249.54

GATES, SHELBY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.44** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,755.34 | $2,755.34

GAZDECKI, ANDREA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.45** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 | $0.00

GENERAL COUNSEL, DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 INDEPENDENCE AVENUE, S.W.
WASHINGTON DC 20201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
NOTICE ONLY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.46** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,629.53 | $5,629.53

GEORGE, DARLENE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|

**2.47**  **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

$1,825.61     $1,825.61

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.48**  **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

$120.20     $120.20

GERINGER, MELISSA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.49**  **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

$5,162.39     $5,162.39

GORETZKI, KELLY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.50**  **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

$985.48     $985.48

GRAY, ASHLEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.51** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $2,623.76  Priority amount: $2,623.76

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.52** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $1,336.09  Priority amount: $1,336.09

HAGER, RILEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.53** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $2,859.37  Priority amount: $2,859.37

HANSEN, SHANNON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.54** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $2,213.11  Priority amount: $2,213.11

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.55** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,604.80 | $3,604.80

HAY, AMANDA
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- [ ] No
- [ ] Yes

---

**2.56** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,727.39 | $1,727.39

NAME ON FILE
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- [ ] No
- [ ] Yes

---

**2.57** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,752.37 | $2,752.37

HENNEY, CARRIE
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- [ ] No
- [ ] Yes

---

**2.58** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,317.78 | $2,317.78

NAME ON FILE
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- [ ] No
- [ ] Yes

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.59** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $419.59 | $419.59

HOWARD, ALEXANDER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.60** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,175.04 | $2,175.04

HUMPHREY, DIANNA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.61** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $886.23 | $886.23

HUNT, PAULA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.62** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,298.38 | $2,298.38

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

25-30191-maw    Doc 183    FILED 03/07/25    ENTERED 03/07/25 21:21:11    Page 54 of 288

| | | Total claim | Priority amount |
|---|---|---|---|

### 2.63

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

Total claim: $0.00    Priority amount: $0.00

INTERNAL REVENUE SERVICE
INSOLVENCY GROUP 6
1240 EAST NINTH STREET, ROOM 493
CLEVELAND OH 44199

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
NOTICE ONLY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

- [ ] No
- [ ] Yes

### 2.64

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

Total claim: $2,700.14    Priority amount: $2,700.14

JENNINGS, AMBER
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- [ ] No
- [ ] Yes

### 2.65

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

Total claim: $489.61    Priority amount: $489.61

NAME ON FILE
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- [ ] No
- [ ] Yes

### 2.66

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

Total claim: $8,033.26    Priority amount: $8,033.26

JONES, JULIE
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- [ ] No
- [ ] Yes

| | | Total claim | Priority amount |
|---|---|---|---|

**2.67** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$1,726.05    $1,726.05

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.68** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$3,174.15    $3,174.15

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.69** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$1,504.63    $1,504.63

KOCH, AMY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.70** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$1,310.25    $1,310.25

KOTH, MIGNON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|

**2.71** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,687.82 | $5,687.82

KRAMER, DANIEL
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- ☐ No
- ☐ Yes

---

**2.72** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,748.08 | $2,748.08

KUTZ, LINDA
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- ☐ No
- ☐ Yes

---

**2.73** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,626.63 | $1,626.63

LAWRENCE, AMY
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- ☐ No
- ☐ Yes

---

**2.74** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,882.92 | $1,882.92

LEPLEY, JESSICA
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

- ☐ No
- ☐ Yes

---

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.75  Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

$361.28     $361.28

LEWIS, DANA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.76  Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

$62.51     $62.51

LIPSTRAW, STACEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.77  Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

$5,685.23     $5,685.23

LISKAI, JILL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.78  Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

$9,210.45     $9,210.45

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.79 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,910.70 | $8,910.70 |
|---|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| 2.80 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,652.48 | $7,652.48 |

MARTIN, ELIZABETH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| 2.81 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,539.12 | $4,539.12 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| 2.82 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,091.53 | $2,091.53 |

MCBROOM, KAREN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| | | Total claim | Priority amount |
|---|---|---|---|

**2.83**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

|  |  | $4,850.54 | $4,850.54 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.84**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

|  |  | $5,533.71 | $5,533.71 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.85**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

|  |  | $2,889.48 | $2,889.48 |

MCGORY, JULIA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.86**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

|  |  | $4,382.68 | $4,382.68 |

MCKINNEY, MICHELE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| | Total claim | Priority amount |
|---|---|---|

**2.87** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply. | $8,802.84 | $8,802.84

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.88** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply. | $1,294.62 | $1,294.62

MEEKINS, HANNA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.89** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply. | $1,315.15 | $1,315.15

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.90** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply. | $633.92 | $633.92

MILAVEC, JAMIE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|

**2.91** | **Priority creditor's name and mailing address**

MILLER, KEVIN
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $8,754.53  Priority amount: $8,754.53

**Date or dates debt was incurred**
VARIOUS

Basis for the claim:
EMPLOYEE PTO

**Last 4 digits of account number**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.92** | **Priority creditor's name and mailing address**

MITTOWER, MARY LOU
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,488.50  Priority amount: $1,488.50

**Date or dates debt was incurred**
VARIOUS

Basis for the claim:
EMPLOYEE PTO

**Last 4 digits of account number**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.93** | **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,730.56  Priority amount: $5,730.56

**Date or dates debt was incurred**
VARIOUS

Basis for the claim:
EMPLOYEE PTO

**Last 4 digits of account number**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.94** | **Priority creditor's name and mailing address**

MOSHER, STACY
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,855.67  Priority amount: $1,855.67

**Date or dates debt was incurred**
VARIOUS

Basis for the claim:
EMPLOYEE PTO

**Last 4 digits of account number**

Is the claim subject to offset?

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| | Total claim | Priority amount |
|---|---|---|

**2.95** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$4,087.63**   Priority amount: **$4,087.63**

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE PTO |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.96** **Priority creditor's name and mailing address**

MYERS, ASHLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$7,199.83**   Priority amount: **$7,199.83**

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE PTO |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.97** **Priority creditor's name and mailing address**

MYERS, PATRICIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$2,344.85**   Priority amount: **$2,344.85**

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE PTO |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.98** **Priority creditor's name and mailing address**

MYERS, TRACY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$1,611.01**   Priority amount: **$1,611.01**

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>EMPLOYEE PTO |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.99** | **Priority creditor's name and mailing address** | | |

**As of the petition filing date, the claim is:**
Check all that apply.

|  |  |  |  |
|---|---|---|---|
|  |  | $2,627.36 | $2,627.36 |

NEFF, SALLY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| **2.100** | **Priority creditor's name and mailing address** | | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
Check all that apply.

|  |  |  |  |
|---|---|---|---|
|  |  | $1,078.75 | $1,078.75 |

NEILING, DAWN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| **2.101** | **Priority creditor's name and mailing address** | | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
Check all that apply.

|  |  |  |  |
|---|---|---|---|
|  |  | $6,561.79 | $6,561.79 |

NICHOLS, LORETTA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| **2.102** | **Priority creditor's name and mailing address** | | |
|---|---|---|---|

**As of the petition filing date, the claim is:**
Check all that apply.

|  |  |  |  |
|---|---|---|---|
|  |  | $1,133.76 | $1,133.76 |

NORWOOD, TAYLOR
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| | Total claim | Priority amount |
|---|---|---|

**2.103**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$0.00 | $0.00

OFFICE OF THE UNITED STATES ATTORNEY
SUITE 308, FOUR SEAGATE, THIRD FLOOR
TOLEDO OH 43604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
NOTICE ONLY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 8**

☐ No
☐ Yes

---

**2.104**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$4,804.61 | $4,804.61

OGLESBEE, DAVID
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 4**

☐ No
☐ Yes

---

**2.105**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$0.00 | $0.00

OHIO ATTORNEY GENERAL
COLLECTION ENFORCEMENT SECTION
ATTN: BANKRUPTCY UNIT
30 EAST BROAD ST., 14TH FLOOR
COLUMBUS OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
NOTICE ONLY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 8**

☐ No
☐ Yes

---

**2.106**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$0.00 | $0.00

OHIO BUREAU OF WORKERS' COMPENSATION
30 W. SPRING ST.
COLUMBUS OH 43215-2256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL BWC CLAIMS

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 8**

☐ No
☐ Yes

---

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.107** Priority creditor's name and mailing address

OHIO DEPARTMENT OF JOB AND FAMILY
SERVICES
30 E BROAD ST
COLUMBUS OH 43215

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $0.00
Priority amount: $0.00

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
NOTICE ONLY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.108** Priority creditor's name and mailing address

OHIO DEPARTMENT OF TAXATION
4485 NORTHLAND RIDGE BLVD
COLUMBUS OH 43229

As of the petition filing date, the claim is:
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.109** Priority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $4,802.23
Priority amount: $4,802.23

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.110** Priority creditor's name and mailing address

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,564.14
Priority amount: $1,564.14

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

|  | Total claim | Priority amount |
|---|---|---|

**2.111**   **Priority creditor's name and mailing address**

PAETH, CHERYL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,349.49     $1,349.49

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 4**

☐ No
☐ Yes

---

**2.112**   **Priority creditor's name and mailing address**

PALOMO, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$384.10     $384.10

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 4**

☐ No
☐ Yes

---

**2.113**   **Priority creditor's name and mailing address**

PATRICK, LISA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,639.62     $2,639.62

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 4**

☐ No
☐ Yes

---

**2.114**   **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,399.18     $2,399.18

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 4**

☐ No
☐ Yes

| | Total claim | Priority amount |
|---|---|---|

**2.115** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | $2,261.51 | $2,261.51 |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.116** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | $1,997.18 | $1,997.18 |
|---|---|---|

PHENICIE, DEBORAH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.117** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | $33.94 | $33.94 |
|---|---|---|

POSTELL, MISTY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.118** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | $823.82 | $823.82 |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.119**  **Priority creditor's name and mailing address**

PRICE, KELSEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,473.36    Priority amount: $1,473.36

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.120**  **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,584.82    Priority amount: $1,584.82

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.121**  **Priority creditor's name and mailing address**

RAIFSNIDER, NICOLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,703.16    Priority amount: $5,703.16

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.122**  **Priority creditor's name and mailing address**

RANDLES, AMY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,208.66    Priority amount: $5,208.66

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.123** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,428.52 | $2,428.52

RATHS, MELANIE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.124** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,164.44 | $3,164.44

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.125** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,767.99 | $1,767.99

REIDERMAN, AMY JO
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.126** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,294.21 | $2,294.21

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| | Total claim | Priority amount |
|---|---|---|

**2.127** **Priority creditor's name and mailing address**

ROEDER, JULIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,460.13    Priority amount: $3,460.13

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.128** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $7,258.45    Priority amount: $7,258.45

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.129** **Priority creditor's name and mailing address**

SCHAEFER, RANDALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,405.79    Priority amount: $1,405.79

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.130** **Priority creditor's name and mailing address**

SCHAFER, NICKOLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,258.60    Priority amount: $1,258.60

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.131**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

Total claim: $9,109.30    Priority amount: $9,109.30

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.132**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

Total claim: $8,710.75    Priority amount: $8,710.75

SCHOEN, MARIANNE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.133**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

Total claim: $6,548.44    Priority amount: $6,548.44

SEAMON, JENNIFER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.134**    **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

Total claim: $2,799.31    Priority amount: $2,799.31

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

|  | Total claim | Priority amount |
|---|---|---|

**2.135 Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,526.13  Priority amount: $2,526.13

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.136 Priority creditor's name and mailing address**

SHELLEY, NICOLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,025.39  Priority amount: $2,025.39

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.137 Priority creditor's name and mailing address**

SINGLETON, MINDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,691.33  Priority amount: $2,691.33

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.138 Priority creditor's name and mailing address**

SMITH, KELLI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,148.03  Priority amount: $1,148.03

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
EMPLOYEE PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.139**  **Priority creditor's name and mailing address**    **As of the petition filing date, the claim is:**
Check all that apply.

|  |  | $44.75 | $44.75 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
VARIOUS                                       EMPLOYEE PTO

**Last 4 digits of account number**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**      ☐ No
**unsecured claim: 4**                        ☐ Yes

---

**2.140**  **Priority creditor's name and mailing address**    **As of the petition filing date, the claim is:**
Check all that apply.

|  |  | $2,096.04 | $2,096.04 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
VARIOUS                                       EMPLOYEE PTO

**Last 4 digits of account number**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**      ☐ No
**unsecured claim: 4**                        ☐ Yes

---

**2.141**  **Priority creditor's name and mailing address**    **As of the petition filing date, the claim is:**
Check all that apply.

|  |  | $1,362.39 | $1,362.39 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
VARIOUS                                       EMPLOYEE PTO

**Last 4 digits of account number**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**      ☐ No
**unsecured claim: 4**                        ☐ Yes

---

**2.142**  **Priority creditor's name and mailing address**    **As of the petition filing date, the claim is:**
Check all that apply.

|  |  | $1,996.39 | $1,996.39 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
VARIOUS                                       EMPLOYEE PTO

**Last 4 digits of account number**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**      ☐ No
**unsecured claim: 4**                        ☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|

**2.143** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |
Check all that apply.

$650.72 | $650.72

STEVENS, ERIN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.144** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

$4,926.34 | $4,926.34

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.145** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

$599.50 | $599.50

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.146** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
Check all that apply.

$1,891.87 | $1,891.87

THORBAHN, KAYLEAH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.147 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,658.27 | $1,658.27 |
|---|---|---|---|---|

TOMLINSON, KATHERINE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| 2.148 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,576.45 | $5,576.45 |
|---|---|---|---|---|

TRAPP, LAURIE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| 2.149 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,638.25 | $3,638.25 |
|---|---|---|---|---|

VALENTINE, NATHAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| 2.150 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,614.03 | $5,614.03 |
|---|---|---|---|---|

VAN DYKE, LINDA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

|  | Total claim | Priority amount |
|---|---|---|

**2.151** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.

| | | $4,559.22 | $4,559.22 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.152** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.

$2,201.92 | $2,201.92

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.153** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.

$9,574.28 | $9,574.28

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.154** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.

$1,390.76 | $1,390.76

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.155**    **Priority creditor's name and mailing address**    **As of the petition filing date, the claim is:**
Check all that apply.    $4,071.56    $4,071.56

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
VARIOUS    EMPLOYEE PTO

**Last 4 digits of account number**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**    ☐ No
**unsecured claim: 4**    ☐ Yes

---

**2.156**    **Priority creditor's name and mailing address**    **As of the petition filing date, the claim is:**
Check all that apply.    $1,595.38    $1,595.38

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
VARIOUS    EMPLOYEE PTO

**Last 4 digits of account number**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**    ☐ No
**unsecured claim: 4**    ☐ Yes

---

**2.157**    **Priority creditor's name and mailing address**    **As of the petition filing date, the claim is:**
Check all that apply.    $2,674.52    $2,674.52

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
VARIOUS    EMPLOYEE PTO

**Last 4 digits of account number**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**    ☐ No
**unsecured claim: 4**    ☐ Yes

---

**2.158**    **Priority creditor's name and mailing address**    **As of the petition filing date, the claim is:**
Check all that apply.    $5,860.34    $5,860.34

WETOSKEY, NICOLE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
VARIOUS    EMPLOYEE PTO

**Last 4 digits of account number**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**    ☐ No
**unsecured claim: 4**    ☐ Yes

|  | Total claim | Priority amount |
|---|---|---|

**2.159** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.

WIGTON, PATRICIA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $5,492.27
Priority amount: $5,492.27

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

**2.160** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $1,342.44
Priority amount: $1,342.44

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

**2.161** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $2,438.56
Priority amount: $2,438.56

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
EMPLOYEE PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**    **Nonpriority creditor's name and mailing address**

3 CORDS SOLUTIONS, LLC
2715 BRANSFORD AVE
NASHVILLE TN 37204

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset? ☐ No ☐ Yes

**$2,970.00**

---

**3.2**    **Nonpriority creditor's name and mailing address**

A-1 SPRINKLER CO, INC
2383 NORTHPOINTE DR
MIAMISBURG OH 45342

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset? ☐ No ☐ Yes

**$10,381.00**

---

**3.3**    **Nonpriority creditor's name and mailing address**

ABBVIE
62671 COLLECTIONS CENT
CHICAGO IL 60693

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset? ☐ No ☐ Yes

**$21,236.00**

---

**3.4**    **Nonpriority creditor's name and mailing address**

ACCESS RN, INC./DYNAMIC ACCESS
2600 N CENTRAL EXPRESSWAY
SUITE 280
RICHARDSON TX 75080

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset? ☐ No ☐ Yes

**$7,725.00**

---

**3.5**    **Nonpriority creditor's name and mailing address**

ACCUVEIN INC
DEPT CH16850
PALATINE IL 60055

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset? ☐ No ☐ Yes

**$4,449.81**

---

|  | Amount of claim |
|---|---|

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$9,193.88**

ADVANCED STERILIZATION PRODUCTS
PO BOX 74007359
CHICAGO IL 60674-7359

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,573.48**

AEGIS TRAINING SOLUTIONS, LLC
9477 SILVERSIDE
SOUTH LYON MI 48178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$40,188.00**

AESTO HEALTH
1800 INTERNATIONAL PARK DR
SUITE 110
BIRMINGHAM AL 35243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,922.00**

ALCON VISION, LLC
6201 SOUTH FREEWAY
FORT WORTH TX 76134

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$9,072.51**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

|  | Amount of claim |
|---|---|

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$593.79** |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$22.41** |

ALLSCRIPTS LLC
24630 NETWORK PLACE
CHICAGO IL 60673-1246

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,900.00** |

ALPHA IMAGING
ATTN: BRAD TARORICK
4455 GLENBROOK RD
WILLOUGHBY OH 44094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$31,672.19** |

ALTERA DIGITAL HEALTH INC
PO BOX 735183
CHICAGO IL 60673-5183

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,099.76** |

AMAZON CAPITAL SERVICES, INC
PO BOX 81207
SEATTLE WA 98108-1207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| | | Amount of claim |
|---|---|---|

**3.16  Nonpriority creditor's name and mailing address**

AMERICAN PROFICIENCY INSTITUTE
PO BOX 30516
LANSING MI 48909-8016

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,910.00**

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.17  Nonpriority creditor's name and mailing address**

AMERICAN RED CROSS
PO BOX 73013
CHICAGO IL 60673-7013

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,120.67**

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.18  Nonpriority creditor's name and mailing address**

AMN HEALTHCARE LANGUAGE SERVICES
PO BOX 675248
DETROIT MI 48267-5248

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$975.92**

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.19  Nonpriority creditor's name and mailing address**

ANDRES, HUNTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,563.86**

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.20  Nonpriority creditor's name and mailing address**

ANDRES, KARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,862.91**

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| | | Amount of claim |
|---|---|---|

**3.21** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Is the claim subject to offset?** ☐ No ☐ Yes

**$2,374.49**

---

**3.22** **Nonpriority creditor's name and mailing address**

ANGIODYNAMICS
PO BOX 1549
ALBANY NY 12201-1549

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$33,082.50**

---

**3.23** **Nonpriority creditor's name and mailing address**

ANSTEAD, EMILY
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,976.08**

---

**3.24** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Is the claim subject to offset?** ☐ No ☐ Yes

**$3,940.58**

---

**3.25** **Nonpriority creditor's name and mailing address**

ARJO INC.
PO BOX 640799
PITTSBURGH PA 15264-0799

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$381.15**

---

| | | | Amount of claim |
|---|---|---|---|

**3.26** **Nonpriority creditor's name and mailing address**

ARTHREX INC
PO BOX 403511
ATLANTA GA 30384-3511

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$18,216.44**

---

**3.27** **Nonpriority creditor's name and mailing address**

ARUP LABORATORIES
PO BOX 27964
SALT LAKE CITY UT 84127-0964

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$330.90**

---

**3.28** **Nonpriority creditor's name and mailing address**

BAPTISTA, CHASITY
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$7,262.48**

---

**3.29** **Nonpriority creditor's name and mailing address**

BAUER, KATHY
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$2,425.14**

---

**3.30** **Nonpriority creditor's name and mailing address**

BAXTER HEALTHCARE
PO BOX 70564
CHICAGO IL 60673

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,923.78**

---

|  | Amount of claim |
|---|---|

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $42,705.00 |
|---|---|---|---|

BAYLESS PATHMARK, INC
19250 E BAGLEY RD
SUITE 101
MIDDLEBURG HEIGHTS OH 44130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $10,998.19 |
|---|---|---|---|

BECTON DICKINSON
21588 NETWORK PLACE
CHICAGO IL 60673-1215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $845.13 |
|---|---|---|---|

BEEKLEY CORPORATION
ONE PRESTIGE LANE
BRISTOL CT 06010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $307.30 |
|---|---|---|---|

BERARDI'S FRESH ROAST, INC
ATTN: SEAN LENEGHAN
12029 ABBEY RD
NORTH ROYALTON OH 44133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $5,441.24 |
|---|---|---|---|

BIOMERIEUX INC
PO BOX 500308
ST LOUIS MO 63150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | $161.59 |
| | | **As of the petition filing date, the claim is:** Check all that apply |
| | BISIGNANO, HANAH<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes |

| | | |
|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | $6,215.61 |
| | | **As of the petition filing date, the claim is:** Check all that apply |
| | BIZMATICS INC.<br>33115 COLLECTION CENTE<br>CHICAGO IL 60693 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes |

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | $688.60 |
| | | **As of the petition filing date, the claim is:** Check all that apply |
| | BLEDSOE, CHERYL<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes |

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | $612.00 |
| | | **As of the petition filing date, the claim is:** Check all that apply |
| | BMI<br>10 MUSIC SQUARE EAST<br>NASHVILLE TN 37203 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes |

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | $404.34 |
| | | **As of the petition filing date, the claim is:** Check all that apply |
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes |

|  | | | **Amount of claim** |
|---|---|---|---|

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,049.53** |
|---|---|---|---|

BOLLENBACHER, BRIDGET
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,549.29** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$21,412.00** |
|---|---|---|---|

BONE SUPPORT, INC
PO BOX 844806
BOSTON MA 02284-4806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$82,226.34** |
|---|---|---|---|

BOSTON SCIENTIFIC CORP
PO BOX 8500-6205
PHILADELPHIA PA 19178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,903.24** |
|---|---|---|---|

BRACCO DIAGNOSTICS INC
PO BOX 978952
DALLAS TX 75397-8952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

| | | Amount of claim |
|---|---|---|

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,207.95**

BRANDT, SARA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$38,831.32**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS AND AMOUNT IN EXCESS OF PRIORITY CAP</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$225.90**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$138.41**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,638.03**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| | Amount of claim |
|---|---|

**3.51**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$150.00

C F CLARK EQUIPMENT
9512 HAYES AVE
SANDUSKY OH 44870

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.52**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$2,648.65

CADWELL
909 N KELLOGS ST
KENNEWICK WA 99336

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.53**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$1,680.00

CAPP USA
201 MARPLE AVE
CLIFTON HTS PA 19018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.54**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$11.42

CARDINAL HEALTH
MEDICAL PRODUCTS
CHICAGO IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.55**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$10,074.00

CAREFUSION SOLUTIONSLLC
25082 NETWORK PLACE
CHICAGO IL 60673-1250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| | | Amount of claim |
|---|---|---|

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,004.87** |
|---|---|---|---|
| | CASTER, KATHLEEN<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,547.50** |
|---|---|---|---|
| | CBLH DESIGN<br>7850 FREEWAY CIRLE<br>CLEVELAND OH 44130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,900.00** |
|---|---|---|---|
| | CENTAURI HEALTH SOLUTIONS<br>PO BOX 637901<br>CINCINNATI OH 45263-7901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$189.00** |
|---|---|---|---|
| | CENTRAL EXTERMINATING CO<br>1525 GEORGE ST<br>SANDUSKY OH 44870 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,780.00** |
|---|---|---|---|
| | CHAMPION VIABLE AIR TESTING, LLC.<br>5605 DEERWOOD DR<br>COMMERCE TOWNSHIP MI 48382 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

|  | | **Amount of claim** |
|---|---|---|

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $63,302.51 |
|---|---|---|---|

CHANGE HEALTHCARE
PO BOX 572490
SALT LAKE CITY UT 84157-2490

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $463.90 |
|---|---|---|---|

CHARTER COMMUNICATIONS
P.O. BOX 6030
CAROL STREAM IL 60197-6030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $284.49 |
|---|---|---|---|

CHOICE BOOKS
10100 PIPER LANE
BRISTOW VA 20136

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $228.04 |
|---|---|---|---|

CHURCHILL, JORDYN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $2,080.84 |
|---|---|---|---|

CINTAS CORPORATION 318
PO BOX 630910
CINCINNATI OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

| | | Amount of claim |
|---|---|---|

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$135.00**

CLEVELAND CLINIC LABORATORIES
PO BOX 74222
CLEVELAND OH 44194-4222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$132.50**

CLINICAL TECHNOLOGY
7005 SOUTH EDGERTON RD
BRECKSVILLE OH 44141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$598.70**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,858.74**

CLOUD COLLECTIONS
PO BOX 936497
ATLANTA GA 31193-6497

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,700.00**

COMPUTERS AT WORK!, INC
2338 IMMOKALEE RD #151
NAPLES FL 34110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

|  | | Amount of claim |
|---|---|---|

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,990.38**

CONCORDANCE HEALTHCARE SOL
PO BOX 94631
CLEVELAND OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$10.97**

CONINE, JILLIAN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,778.31**

CONMED CORPORATION
11311 CONCEPT BLVD
LARGO FL 33773-4908

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,298.06**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$33,523.17**

COSTFLEX SYSTEMS
ATTN: MIMI PERKINS
PO BOX 91089
MOBILE AL 36691

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

| | | Amount of claim |
|---|---|---|

**3.76** **Nonpriority creditor's name and mailing address**

COVERYS
PO BOX 674027
DETROIT MI 48267-4027

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$25,000.00**

---

**3.77** **Nonpriority creditor's name and mailing address**

COY, MELISSA
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,376.31**

---

**3.78** **Nonpriority creditor's name and mailing address**

CRANEWARE
PO BOX 934241
ATLANTA GA 31193-4241

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$53,281.00**

---

**3.79** **Nonpriority creditor's name and mailing address**

CREDENTIALING CORP
20800 CENTER RIDGE RD
ROCKY RIVER OH 44116

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$994.94**

---

**3.80** **Nonpriority creditor's name and mailing address**

CULBERT, KIMBERLY
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Is the claim subject to offset?** ☐ No ☐ Yes

**$273.18**

| | | | **Amount of claim** |
|---|---|---|---|

**3.81**

Nonpriority creditor's name and mailing address

CURBELL
62882 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0628

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

Is the claim subject to offset? ☐ No ☐ Yes

**$237.54**

---

**3.82**

Nonpriority creditor's name and mailing address

DANIELS HEALTH
111 W. JACKSON BLVD
SUITE 1900
CHICAGO IL 60604

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

Is the claim subject to offset? ☐ No ☐ Yes

**$15,224.91**

---

**3.83**

Nonpriority creditor's name and mailing address

DAYSMART SOFTWARE, LLC
PO BOX 505664
ST. LOUIS MO 63150-5670

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

Is the claim subject to offset? ☐ No ☐ Yes

**$47.90**

---

**3.84**

Nonpriority creditor's name and mailing address

DBA ENOVIS FOOT & ANKLE
727 N SHEPHERD DRIVE
HOUSTON TX 77007

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

Is the claim subject to offset? ☐ No ☐ Yes

**$11,440.00**

---

**3.85**

Nonpriority creditor's name and mailing address

DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087

**Date(s) debt was incurred** <u>06/21/2024</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>TRADE</u>

Is the claim subject to offset? ☐ No ☐ Yes

**UNDETERMINED**

|  |  | Amount of claim |
|---|---|---|

**3.86** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

DEBRA LEWIS
C/O LESLIE MURRAY LAW LLC
ATTN: LESLIE O. MURRAY
316 E. WATER ST.
SANDUSKY OH 44870

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION - INDIVIDUAL</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.87** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

**$22,880.00**

DJO MEDSHAPE/FOOT & ANKLE
PO BOX 200182
DALLAS TX 75320-0182

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.88** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

**$1,395.00**

DOCTOR LOGIC, LLC
6401 ELDORADO PARKWAY
MCKINNEY TX 75070

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.89** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

**$284,250.00**

DORNIER MEDTECH
1155 ROBERTS BOULEVARD
KENNESAW GA 30144

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.90** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: Check all that apply

**$675.00**

DOSERESPONSE ANTICOAGULATION
142 DEER VALLEY DR
SEWICKLEY PA 15143

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| | | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$407.13** |
| | | ☐ Contingent | |
| | EADS, PAMELA<br>ADDRESS ON FILE | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$368.02** |
| | | ☐ Contingent | |
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$80.72** |
| | | ☐ Contingent | |
| | EISENHOWER, ALYSSA<br>ADDRESS ON FILE | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$558.89** |
| | | ☐ Contingent | |
| | EMD MILLIPORE CORPORATION<br>25760 NETWORK PLACE<br>CHICAGO IL 60673 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100,000.00** |
| | | ☐ Contingent | |
| | EMERGENCY PROFESSIONAL<br>PO BOX 634850<br>CINCINNATI OH 45263-4850 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | Amount of claim |
|---|---|---|

**3.96**  **Nonpriority creditor's name and mailing address**

EMPOWER ANNUITY INS CO OF AMERICA
PO BOX 825749
PHILADELPHIA PA 19182-5749

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$500.00**

---

**3.97**  **Nonpriority creditor's name and mailing address**

ENGELHART, JORDAN
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$408.74**

---

**3.98**  **Nonpriority creditor's name and mailing address**

ENGLEHART, GAIL
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$359.44**

---

**3.99**  **Nonpriority creditor's name and mailing address**

ENVIRONMENTAL WATER
ATTN: MIKE MCTINTOSH
PO BOX 611
BOWLING GREEN OH 43402

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$7,883.52**

---

**3.100**  **Nonpriority creditor's name and mailing address**

EQUIPARTS CORP
120 PENNSYVANIA AVE
OAKMONT PA 15139

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$348.66**

---

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.101 | **Nonpriority creditor's name and mailing address** | **$1,073.39** |
| | FAMULARE, DIANA<br>ADDRESS ON FILE | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | |
| | **Last 4 digits of account number** | |

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

| | | |
|---|---|---|
| 3.102 | **Nonpriority creditor's name and mailing address** | **$1,138.78** |
| | FAY, SUZANNE<br>ADDRESS ON FILE | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | |
| | **Last 4 digits of account number** | |

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

| | | |
|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | **$52,942.95** |
| | FAZIO, COREY<br>ADDRESS ON FILE | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | |
| | **Last 4 digits of account number** | |

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>DEFERRED COMPENSATION</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

| | | |
|---|---|---|
| 3.104 | **Nonpriority creditor's name and mailing address** | **$32.60** |
| | FEDERAL EXPRESS CORP<br>PO BOX 371461<br>PITTSBURGH PA 15250-7461 | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | |
| | **Last 4 digits of account number** | |

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

| | | |
|---|---|---|
| 3.105 | **Nonpriority creditor's name and mailing address** | **$113,512.56** |
| | FIRELANDS REG MED CENTER<br>1111 HAYES AVE<br>SANDUSKY OH 44870 | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | |
| | **Last 4 digits of account number** | |

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

|  |  | Amount of claim |
|---|---|---|

**3.106**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply    **$28,043.95**

FIRELANDS-BELLEVUE URGENT CARE OPERATING COMPANY LLC SANDUSKY OH 44870

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.107**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply    **$8,260.18**

FISHER HEALTHCARE 13551 COLLECTIONS CTR DR. CHICAGO IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.108**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply    **$2,423.37**

FISHER TITUS MEDICAL CNT 272 BENEDICT AVE NORWALK OH 44857

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.109**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply    **$160.50**

FITZSIMMONS HOSPITAL PO BOX 497 OAK FOREST IL 60452

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.110**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply    **$46,898.92**

FOGT, NATHAN ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** DEFERRED COMPENSATION

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

25-30191-maw    Doc 183    FILED 03/07/25    ENTERED 03/07/25 21:21:11    Page 101 of 288

|  |  | Amount of claim |
|---|---|---|

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$25,098.00** |
|---|---|---|---|

FORTEC MEDICAL INC
PO BOX 951147
CLEVELAND OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$777.32** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$521,308.61** |
|---|---|---|---|

FTMC MED PARK & MISC BILLING
272 BENEDICT AVE
NORWALK OH 44857

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,232.53** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,734.36** |
|---|---|---|---|

FULTZ, CHRISTY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

|  |  | Amount of claim |
|---|---|---|

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,268.51** |
|---|---|---|---|

GANGLUFF, DANIELLE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$20,092.50** |
|---|---|---|---|

GANNETT OHIO LOCALIQ
PO BOX 630599
CINCINNATI OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$148.45** |
|---|---|---|---|

GARBER, JESSICA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,748.17** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,120.21** |
|---|---|---|---|

GATES, SHELBY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| | | Amount of claim |
|---|---|---|

**3.121** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$5,390.56**

GAZDECKI, ANDREA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>VARIOUS</u>

Basis for the claim:<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

Last 4 digits of account number

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.122** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$27,390.00**

GE - OEC MEDICAL SYSTEMS
ATTN: GENERAL COUNSEL
5517 COLLECTIONS CENTER DR
CHICAGO IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

Last 4 digits of account number

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.123** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$2,026.62**

GE PRECISION HEALTHCARE LLC
PO BOX 96483
CHICAGO IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

Last 4 digits of account number

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.124** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$2,872.57**

GEORGE, DARLENE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>VARIOUS</u>

Basis for the claim:<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

Last 4 digits of account number

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.125** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$960.73**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>VARIOUS</u>

Basis for the claim:<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

Last 4 digits of account number

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | Amount of claim |
|---|---|---|

**3.126**   **Nonpriority creditor's name and mailing address**

GORDON FOOD SERVICE
ATTN: BETH
PO BOX88029
CHICAGO IL 60680-1029

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,648.05**

---

**3.127**   **Nonpriority creditor's name and mailing address**

GORETZKI, KELLY
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Is the claim subject to offset?** ☐ No ☐ Yes

**$3,731.70**

---

**3.128**   **Nonpriority creditor's name and mailing address**

GRAINGER
DEPT 824914980
PALATINE IL 60038-0001

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$31.73**

---

**3.129**   **Nonpriority creditor's name and mailing address**

GRAY, ASHLEY
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Is the claim subject to offset?** ☐ No ☐ Yes

**$636.10**

---

**3.130**   **Nonpriority creditor's name and mailing address**

GREAT LAKES COMMUNITY ACTION
PO BOX 590
FREMONT OH 43420

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$630.61**

---

| | | | Amount of claim |
| --- | --- | --- | --- |
| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $278.24 |
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $30,414.34 |
| | GRIFOLS USA, LLC.<br>PO BOX 741919<br>ATLANTA GA 30374 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $354.00 |
| | H&H PLUMBING & HEATING<br>1101 CASTALIA ST<br>BELLEVUE OH 44811 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,985.33 |
| | HAGER, RILEY<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,044.80 |
| | HANSEN, SHANNON<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

|  |  | Amount of claim |
|---|---|---|

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,910.00** |
|---|---|---|---|

HART ADVERTISING
480 CROSSINGS ROAD
SANDUSKY OH 44870

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$845.26** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,542.33** |
|---|---|---|---|

HAY, AMANDA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,319.14** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$432.60** |
|---|---|---|---|

HEALTHMARK INDUSTRIES CO.
PO BOX 7410624
CHICAGO IL 60674-0624

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

|  | | Amount of claim |
|---|---|---|

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$160.00**

HEARING SCREENING ASSOCIATES
3333 NORTH KENNICOTT AVENUE
ARLINGTON HEIGHTS IL 60004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,746.20**

HEARTLIGHT PHARMACY SERVICES
1331 N COLE ST
LIMA OH 45801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,174.67**

HENNEY, CARRIE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,725.00**

HENSLER SURGICAL PRODUCTS LLC
7038 MARKET ST., STE 200
WILMINGTON NC 28411

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,927.00**

HERAEUS MEDICAL LLC
PO BOX 21486
NEW YORK NY 10087-1486

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| | | Amount of claim |
|---|---|---|

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$47.50**

HILL ROM
PO BOX 643592
PITTSBURGH PA 15264-3592

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$655.63**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$100.00**

HOLOGIC INC.
24506 NETWORK PL
CHICAGO IL 60673-1245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$2,049.90**

HOOTSUITE INC
111 EAST 5TH AVENUE
VANCOUVER BC V5T 4L1
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$8,040.00**

HOSPITAL CARE GROUP, P.C.
6435 W. JEFFERSON BLVD
PMB 109
FORT WAYNE IN 46804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

|  | | Amount of claim |
|---|---|---|

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$435.37** |
|---|---|---|---|

HUMPHREY, DIANNA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$761.67** |
|---|---|---|---|

HUNT, PAULA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$597.41** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,630.51** |
|---|---|---|---|

ICU MEDICAL, INC
PO BOX 848908
LOS ANGELES CA 90084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$12,899.64** |
|---|---|---|---|

IMPERIALDADE
2647 MOMENTUM PLACE
CHICAGO IL 60689

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

| | | Amount of claim |
|---|---|---|

**3.156**

**Nonpriority creditor's name and mailing address**

INNOVATIVE MEDICAL SYSTEMS
PO BOX 1476
HUDSON OH 44236

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$14,400.00**

---

**3.157**

**Nonpriority creditor's name and mailing address**

INTEGRA LIFESCIENCES
PO BOX 404129
ATLANTA GA 30384-4129

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$6,438.38**

---

**3.158**

**Nonpriority creditor's name and mailing address**

INTEROPERABILITY BIDCO INC
PO BOX 392736
PITTSBURGH PA 15251

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$7,550.88**

---

**3.159**

**Nonpriority creditor's name and mailing address**

INTUITIVE SURGICAL INC
PO BOX 883629
LOS ANGELES CA 90088

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$119,929.90**

---

**3.160**

**Nonpriority creditor's name and mailing address**

ISTO BIOLOGICS
45 SOUTH ST, SUITE 3C
HOPKINTON MA 01748

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$5,760.00**

---

|  |  | Amount of claim |
|---|---|---|

**3.161** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$30,075.84**

J & J HEALTH CARE SYSTEM
5972 COLLECTIONS
CHICAGO IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,599.97**

JENNINGS, AMBER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,131.27**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,747.97**

JONES, JULIE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,009.44**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

|  |  | Amount of claim |
|---|---|---|

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$652.68**

KCI
PO BOX 301557
DALLAS TX 75303-1557

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$160.95**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$12,670.39**

KEY INNOVATIONS LLC.
ATTN: GENERAL COUNSEL
PO BOX 354
LOUISVILLE OH 44641

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,949.97**

KOCH, AMY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,552.81**

KOTH, MIGNON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| | | Amount of claim |
|---|---|---|

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,141.74** |
|---|---|---|---|

KRAMER, DANIEL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,007.24** |
|---|---|---|---|

KUTZ, LINDA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$46,748.28** |
|---|---|---|---|

LABORATORY CORP OF AMERICA
PO BOX 12140
BURLINGTON NC 27216-2140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$865.26** |
|---|---|---|---|

LABORIE MEDICAL TECHNOLOGIES
PO BOX 734615
CHICAGO IL 60673-4615

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,571.96** |
|---|---|---|---|

LAKE BUSINESS PRODUCTS
37200 RESEARCH DR
EASTLAKE OH 44095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No  ☐ Yes

| | | | Amount of claim |
| --- | --- | --- | --- |
| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$13,785.00** |
| | LAMAR COMPANIES<br>PO BOX 746966<br>ATLANTA GA 30374-6966 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$549.39** |
| | LAWRENCE, AMY<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,329.79** |
| | LBP LEASING<br>24800 LAKELAND BLVD<br>EUCLID OH 44132 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$702.06** |
| | LEPLEY, JESSICA<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,060.00** |
| | LGC CLINICAL DIAGNOSTICS, INC<br>37 BIRCH STREET<br>MILFORD MA 01757 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | Amount of claim |
|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address** | $757.50 |

**As of the petition filing date, the claim is:** Check all that apply

LIFE FITNESS
2716 NEWTORK PLACE
CHICAGO IL 60673-1271

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | $3,051.00 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

LIFE SAFETY ENTERPIRSES, INC
4699 HAMANN PARKWAY
WILLOUGHBY OH 44094

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | $30,116.80 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

LIFENET HEALTH
PO BOX 79636
BALTIMORE MD 21279-0636

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | $1,500.00 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

LIFESTYLES 2000
30 PONDS SIDE DRIVE
FREMONT OH 43420

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | $348.57 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

LIPSTRAW, STACEY
3844 CR 93
WOODVILLE OH 43469

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

|                                                                                                                                        | Amount of claim |
|----------------------------------------------------------------------------------------------------------------------------------------|----------------|

**3.186** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$320.00** |

LIPSTRAW, STACEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,516.74** |

LISKAI, JILL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$8,678.67** |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$153.30** |

LORIS PRINTING INC
2111 CLEVELAND RD
SANDUSKY OH 44870

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$9,822.10** |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

25-30191-maw    Doc 183    FILED 03/07/25    ENTERED 03/07/25 21:21:11    Page 117 of 288

| | Amount of claim |
|---|---|

**3.191** **Nonpriority creditor's name and mailing address**

LYNN MEDICAL INSTRUMENT
PO BOX 930459
WIXOM MI 48393

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$3,623.63**

---

**3.192** **Nonpriority creditor's name and mailing address**

LYNX EMS, LLC
10123 ALLIANCE RD
SUITE 300
BLUE ASH OH 45242-4707

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$250.00**

---

**3.193** **Nonpriority creditor's name and mailing address**

MACRO HELIX LLC
PO BOX 742256
ATLANTA GA 30374

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$3,901.02**

---

**3.194** **Nonpriority creditor's name and mailing address**

MARTIN, ELIZABETH
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$5,420.45**

---

**3.195** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$4,259.16**

---

25-30191-maw    Doc 183    FILED 03/07/25    ENTERED 03/07/25 21:21:11    Page 118 of 288

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.196 | **Nonpriority creditor's name and mailing address** | $300.31 |

MCBROOM, KAREN
ADDRESS ON FILE

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No  ☐ Yes

| | | |
|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address** | $385.00 |

MCCONNELL ORTHOPEDIC MFG. CO.
PO BOX 8306
GREENVILLE TX 75404-8306

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No  ☐ Yes

| | | |
|---|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address** | $1,888.71 |

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No  ☐ Yes

| | | |
|---|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address** | $2,006.17 |

NAME ON FILE
ADDRESS ON FILE

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No  ☐ Yes

| | | |
|---|---|---|
| 3.200 | **Nonpriority creditor's name and mailing address** | $1,450.50 |

MCGORY, JULIA
ADDRESS ON FILE

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    Basis for the claim:<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No  ☐ Yes

|  | Amount of claim |
|---|---|

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$938.06** |
|---|---|---|---|

MCKESSON MEDICAL SURGICAL
PO BOX 634404
CINCINNATI OH 45263-4404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,082.76** |
|---|---|---|---|

MCKINNEY, MICHELE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,684.25** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$246.50** |
|---|---|---|---|

MED PAT & INN PHONE
31 RIORDAN PLACE
SHREWSBURY NJ 07702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$470.00** |
|---|---|---|---|

MEDACIST SOLUTIONS GROUP, LLC
PO BOX 8139
CAROL STREAM IL 60197-8131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

| | | Amount of claim |
|---|---|---|

**3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$87,707.35**

MEDLINE INDUSTRIES INC
BOX 382075
PITTSBURGH PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No  ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$2,155.00**

MEDPIPE MAINTENANCE
ATTN: DAVID URBANIK
PO BOX 541
102 FREEMDOM DRIVE
LAWRENCE PA 15055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No  ☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$3,514.30**

MEDTRONIC USA INC
4642 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0046

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No  ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$2,450.00**

MEDYNUS
18 TECHNOLOGY DR, SUITE 109
IRVINE CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No  ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$793.85**

MEEKINS, HANNA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No  ☐ Yes

---

| | | Amount of claim |
|---|---|---|

**3.211** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,518.20**

MEMORIAL PROFESSIONAL SERVICES, LTD
710 CLEVELAND AVENUE
FREMONT OH 43420

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:** TRADE

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$64,049.09**

MERGE HEALTHCARE
PO BOX 205824
DALLAS TX 75320-5824

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:** TRADE

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$103.78**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$985.00**

METHAPHARM INC
PO BOX 749512
ATLANTA GA 30374-9512

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:** TRADE

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$0.38**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

| | Amount of claim |
|---|---|

**3.216** | **Nonpriority creditor's name and mailing address** | | |

MGC DIAGNOSTICS,
PO BOX 9201
MINNEAPOLIS MN 55480-9201

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** [ ] No [ ] Yes

**$855.93**

---

**3.217** | **Nonpriority creditor's name and mailing address** | | |

MID AMERICA BUSINES SYSTEMS
810 BUSCH COURT
COLUMBUS OH 43229

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** [ ] No [ ] Yes

**$761.52**

---

**3.218** | **Nonpriority creditor's name and mailing address** | | |

MILLENNIA PATIENT SERVICES, LLC
ATTN: GENERAL COUNSEL
5000 CENTREGREEN WAY
STE 100
CARY NC 27513

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** [ ] No [ ] Yes

**$34,964.97**

---

**3.219** | **Nonpriority creditor's name and mailing address** | | |

MILLER, KEVIN
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Is the claim subject to offset?** [ ] No [ ] Yes

**$2,738.10**

---

**3.220** | **Nonpriority creditor's name and mailing address** | | |

MINERVA SURGICAL INC
DEPT CH 17472
PALATINE IL 60055-7472

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** [ ] No [ ] Yes

**$30,455.00**

---

|  | | Amount of claim |
|---|---|---|

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,211.56** |
|---|---|---|---|
| | MITTOWER, MARY LOU<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,070.28** |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$350.95** |
|---|---|---|---|
| | MIZUHO OSI<br>PO BOX 1468<br>UNION CA 94587-1468 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,312.88** |
|---|---|---|---|
| | MODERNA, INC<br>200 TECHNOLOGY SQUARE<br>CAMBRIDGE MA 02139 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|
| | MODULLUZ, LTD<br>C/O RICHARD A. COOPER, STAT AGENT<br>50 PUBLIC SQ.<br>STE 2900<br>CLEVELAND OH 44113 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>POSSIBLE RIGHT OF FIRST REFUSAL RELATED TO 1005 W. MCPHERSON HWY.</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | | Amount of claim |
|---|---|---|---|

**3.226** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$622.90**

MOSHER, STACY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,610.22**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,794.04**

MYERS, ASHLEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$144.51**

MYERS, PATRICIA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,316.79**

MYERS, TRACY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

|  | | Amount of claim |
|---|---|---|

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$2,000.00** |
|---|---|---|---|

NADERER, MARC
850 E. COLE ROAD
FREMONT OH 43420

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$777.00** |
|---|---|---|---|

NANOSONICS INC
DEPT CH 10899
PALATINE IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$2,251.65** |
|---|---|---|---|

NEFF, SALLY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$226.85** |
|---|---|---|---|

NEILING, DAWN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$7,409.91** |
|---|---|---|---|

NICHOLS, LORETTA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ☐ No  ☐ Yes

|  |  | Amount of claim |
|---|---|---|

**3.236** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$863.13**

NIHON KOHDEN
PO BOX 7477
CAROL STREAM IL 60197-7477

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,261.60**

NORTH CENTRAL EMS
272 BENEDICT AVE
NORWALK OH 44857

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$972.13**

NORWOOD, TAYLOR
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$500.00**

NUANCE INC.
1 WAYSIDE RD.
BURLINGTON MA 01803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$281.00**

NURSES CHOICE CORP
PO BOX 958
WRIGHTSVILLE BEACH NC 28480

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

25-30191-maw    Doc 183    FILED 03/07/25    ENTERED 03/07/25 21:21:11    Page 127 of 288

|  |  | Amount of claim |
|---|---|---|

| 3.241 | **Nonpriority creditor's name and mailing address**<br><br>NUVASIVE CLINICAL SERVICES<br>10275 LITTLE PATUXENT PARKWAY<br>COLUMBIA MD 21044<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$950.00** |
| 3.242 | **Nonpriority creditor's name and mailing address**<br><br>O E MEYER CO<br>PO BOX 479<br>SANDUSKY OH 44871<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$4,288.05** |
| 3.243 | **Nonpriority creditor's name and mailing address**<br><br>OGLESBEE, DAVID<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$2,251.97** |
| 3.244 | **Nonpriority creditor's name and mailing address**<br><br>OHA: ASSOC FOR HOSPITALS<br>65 E. STATE ST<br>COLUMBUS OH 43215<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$57,223.08** |
| 3.245 | **Nonpriority creditor's name and mailing address**<br><br>OHIO CAT<br>PO BOX 854439<br>MINNEAPOLIS MN 55485<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$5,397.00** |

|  |  | Amount of claim |
|---|---|---|

**3.246**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply    **$15,500.00**

OHIO HEALTH INFORMATION PARTNERSHIP
L4371
COLUMBUS OH 43260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:**TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No ☐ Yes

---

**3.247**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply    **$11,247.01**

OLYMPUS AMERICA INC
PO BOX 200194
PITTSBURG PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:**TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No ☐ Yes

---

**3.248**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply    **$37,211.84**

OLYMPUS FINANCIAL SERV
PO BOX 200183
PITTSBURGH PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:**TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No ☐ Yes

---

**3.249**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply    **$906.05**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:**EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No ☐ Yes

---

**3.250**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply    **$2,924.42**

OMPC
ATTN: ERIN THOMAS
C/O APEX PHYSICS PARTN
PO BOX 1055
FRANKLIN TN 37065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:**TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No ☐ Yes

---

|  |  | Amount of claim |
|---|---|---|

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,274.12** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$697.66** |
|---|---|---|---|

ORTHO CLINICAL DIAGNOSTIC
PO BOX 3655
CAROL STREAM IL 60132-3655

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,400.00** |
|---|---|---|---|

ORTHOPAEDIC INSTITUTE OF OHIO INC
801 MEDICAL DRIVE STE A
LIMA OH 45804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,899.00** |
|---|---|---|---|

OUTFRONT MEDIA
PO BOX 33074
NEWARK NJ 07188-0074

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,231.30** |
|---|---|---|---|

PAETH, CHERYL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

|  | | | Amount of claim |
|---|---|---|---|

**3.256**   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply   **$693.00**

PAJUNK USA
4575 MARCONI DR
ALPHARETTA GA 30005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.257**   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply   **$4,926.88**

PAR EXCELLENCE SYSTEMS
11500 NORTHLAKE DR
SUITE 135
CINCINNATI OH 45249

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.258**   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply   **$216.56**

PARTSOURCE
PO BOX 645186
CINCINNATI OH 45264-5186

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.259**   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply   **$2,730.20**

PATHLINK OF OH LLC
ATTN: DAVID ANDERSON
66 W GILBERT ST, STE 1
RED BANK NJ 07701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.260**   **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply   **$18,989.00**

PATRICIA SEMER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>03/01/2024</u>   **Basis for the claim:**<u>EMPLOYEE SEVERANCE ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

---

| | Amount of claim |
|---|---|

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,049.83** |

PATRICK, LISA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$26,829.01** |

PAYMENT RESOLUTION SERVICES
PO BOX 415000
NASHVILLE TN 37241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.45** |

PEACOCK WATER
430 S MAIN ST
KENTON OH 43326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$488.80** |

PEM FILINGS
DEPARTMENT 1920
PO BOX 4110
WOBURN MA 01888-4110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$642.91** |

PEOPLE FACTS LLC
PO BOX 740303
LOS ANGELES CA 90074-0303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

|  | | Amount of claim |
|---|---|---|

**3.266** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$463.26**

PEPSI COLA GEN BOTTL INC
ATTN: ROGER DUVENDACK
PO BOX 75948
CHICAGO IL 60675-5948

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$631.61**

PERFORMANCE HEALTH SUPPLY INC
PO BOX 93040
CHICAGO IL 60673-3040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$567.32**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$13,632.05**

PERRYS PLANTATION INC
1400 SENECA IND PKWY
BELLEVUE OH 44811

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,516.63**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

25-30191-maw    Doc 183    FILED 03/07/25    ENTERED 03/07/25 21:21:11    Page 133 of 288

|  | Amount of claim |
|---|---|

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,049.70** |
|---|---|---|---|

PHENICIE, DEBORAH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$262.99** |
|---|---|---|---|

PIFER, SARA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$85.17** |
|---|---|---|---|

PITNEY BOWES GBL FINANC'L
PO BOX 981022
BOSTON MA 02298-1022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$467.30** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$19.48** |
|---|---|---|---|

PRECISION DYNAMICS CORP.
PO BOX 71549
CHICAGO IL 60694-1995

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

25-30191-maw     Doc 183     FILED 03/07/25     ENTERED 03/07/25 21:21:11     Page 134 of 288

|  | | Amount of claim |
|---|---|---|

**3.276** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$833.33**

PREMIER HEALTHCARE SOLUTIONS
5882 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.277** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$80,042.82**

PRESS GANEY ASSOC. INC.
BOX 88335
MILWAUKEEE WI 53288

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$2,456.91**

PRICE, KELSEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.279** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,093.59**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$86,917.78**

PRIORITY HEALTHCARE DIST
PO BOX 978510
DALLAS TX 75397-8510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

|  | Amount of claim |
|---|---|

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$72,500.00** |

PROMEDICA PHYSICIAN GROUP
ATTN: ONTHA OBERLEY
3909 WOODLEY ROAD
TOLEDO OH 43606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$370.00** |

PSG POINT OF SALE SYSTEMS
3150 N REPUBLIC BLVD
TOLEDO OH 43615

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,103.08** |

QUADAX INC
25201 CHAGRIN BLVD
BEACHWOOD OH 44122-5633

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$10,114.92** |

RADIOMETER AMERICA, INC.
250 S. KRAEMER BLVD.
BREA CA 92821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,306.75** |

RAIFSNIDER, NICOLE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| | | Amount of claim |
|---|---|---|

**3.286**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** Check all that apply     **$452.48**

RANDLES, AMY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.287**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** Check all that apply     **$2,192.75**

RATHS, MELANIE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.288**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** Check all that apply     **$5,080.09**

RAYMOND JAMES & ASSOC.
24950 COUNTRY CLUB
NORTH OLMSTEAD OH 44070

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.289**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** Check all that apply     **$2,736.86**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.290**   **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** Check all that apply     **$659.62**

REIDERMAN, AMY JO
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| | | | Amount of claim |
|---|---|---|---|

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$35,617.71** |
|---|---|---|---|
| | REINO LINEN SERVICE<br>PO BOX 85199<br>CHICAGO IL 60689 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$27.60** |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,059.50** |
|---|---|---|---|
| | RESMED<br>PO BOX 100047<br>ATLANTA GA 30348-0047 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$534.58** |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$284.11** |
|---|---|---|---|
| | REXEL USA, INC<br>PO BOX 417803<br>BOSTON MA 02241-7803 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | Amount of claim |
|---|---|---|

**3.296** **Nonpriority creditor's name and mailing address**

RICHARD LEONARD
C/O THE ROBENALT LAW FIRM
ATTN: THOMAS D. ROBERNALT, ESQ.
23550 CENTER RIDGE RD
STE. 103
WESTLAKE OH 44145

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION - INDIVIDUAL</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.297** **Nonpriority creditor's name and mailing address**

RIVERSIDE RAD & INTERVENTIONAL
100 E CAMPUS VIEW BLVD, STE 100
COLUMBUS OH 43235

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$57,250.00**

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.298** **Nonpriority creditor's name and mailing address**

ROCHE DIAGNOSTICS CORPORATION
9115 HAGUE ROAD BLDG B
INDIANAPOLIS IN 46250

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,456.14**

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.299** **Nonpriority creditor's name and mailing address**

ROEDER, JULIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,705.95**

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.300** **Nonpriority creditor's name and mailing address**

ROTO ROOTER
2610 STATE ROUTE 61
NORWALK OH 44857

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,010.00**

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

25-30191-maw    Doc 183    FILED 03/07/25    ENTERED 03/07/25 21:21:11    Page 139 of 288

|  |  |  | Amount of claim |
|---|---|---|---|

**3.301**   **Nonpriority creditor's name and mailing address**

     RUTH A. LEONARD
     C/O THE ROBENALT LAW FIRM
     ATTN: THOMAS D. ROBERNALT, ESQ.
     23550 CENTER RIDGE RD
     STE. 103
     WESTLAKE OH 44145

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>LITIGATION - INDIVIDUAL</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**Amount of claim: UNDETERMINED**

---

**3.302**   **Nonpriority creditor's name and mailing address**

     S.A. COMUNALECO., INC
     2900 NEWPARK DR
     BARBERTON OH 44203

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**Amount of claim: $515.00**

---

**3.303**   **Nonpriority creditor's name and mailing address**

     NAME ON FILE
     ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**Amount of claim: $3,029.84**

---

**3.304**   **Nonpriority creditor's name and mailing address**

     SAFE HARBOR SECURITY & FIRE LLC
     3812 LIBERTY AVE
     VERMILLION OH 44089

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**Amount of claim: $504.00**

---

**3.305**   **Nonpriority creditor's name and mailing address**

     SCHAEFER, RANDALL
     ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**Amount of claim: $78.66**

| | | Amount of claim |
|---|---|---|

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,509.00** |
|---|---|---|---|
| | SCHAFER, NICKOLAS<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,284.24** |
|---|---|---|---|
| | SCHAFFNER PUBLICATIONS INC<br>418 S BEVERLY DR<br>SANDUSKY OH 44870 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,541.22** |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,104.39** |
|---|---|---|---|
| | SCHOEN, MARIANNE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$957.94** |
|---|---|---|---|
| | SEAMON, JENNIFER<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $769.97 |
| --- | --- | --- | --- |
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,900.00 |
| --- | --- | --- | --- |
| | SENTEC INC<br>PO BOX 412817<br>BOSTON MA 02241-2871 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $11,276.55 |
| --- | --- | --- | --- |
| | SEQIRUS USA INC<br>25 DEFOREST AVENUE<br>SUMMIT NJ 07901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,673.64 |
| --- | --- | --- | --- |
| | SERVICE EXPRESS LLC<br>3855 SPARKS DRIVE SE<br>GRAND RAPIDS MI 49546 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $11,475.00 |
| --- | --- | --- | --- |
| | SHARED MEDICAL SERVICES INC<br>209 LIMESTONE PASS<br>COTTAGE GROVE WI 53527 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

|  | | Amount of claim |
|---|---|---|

| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $112.16 |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,513.17 |
|---|---|---|---|

SHELLEY, NICOLE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $469.68 |
|---|---|---|---|

SHRED-IT USA LLC/STERICYCLE, INC
28883 NETWORK PLACE
CHICAGO IL 60673-1288

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $43,148.28 |
|---|---|---|---|

SIEMENS HEALTHCARE DIAGNOSTICS
PO BOX 121102
DALLAS TX 75312-1102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,182.74 |
|---|---|---|---|

SIEMENS MEDICAL SOLUTIONS
40 LIBERTY BLVD
Malvern PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?** ☐ No ☐ Yes

---

|  | | Amount of claim |
|---|---|---|

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,170.80** |
|---|---|---|---|

SINGLETON, MINDY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$293.09** |
|---|---|---|---|

SMD WYNNE CORPORATION
8055 B CORPORATE BLV
PLAIN OH 43064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,181.87** |
|---|---|---|---|

SMITH, KELLI
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,238.69** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$733.20** |
|---|---|---|---|

SPECTRACORP TECHNOLOGIES GROUP INC
PO BOX 814409
DALLAS TX 75381-4409

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

|  |  | Amount of claim |
|---|---|---|

**3.326** **Nonpriority creditor's name and mailing address**  | **As of the petition filing date, the claim is:** Check all that apply | **$984.93** |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

Last 4 digits of account number

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.327** **Nonpriority creditor's name and mailing address**  | **As of the petition filing date, the claim is:** Check all that apply | **$9,330.00** |

SPINAL ELEMENTS
3115 MELROSE DR., SUITE 200
CARLSBAD CA 92010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

Last 4 digits of account number

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.328** **Nonpriority creditor's name and mailing address**  | **As of the petition filing date, the claim is:** Check all that apply | **$2,930.70** |

STANLEY ACCESS TECH LLC/
PO BOX 0371595
PITTSBURGH PA 15251-7595

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

Last 4 digits of account number

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.329** **Nonpriority creditor's name and mailing address**  | **As of the petition filing date, the claim is:** Check all that apply | **$2,097.49** |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>VARIOUS</u>

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

Last 4 digits of account number

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.330** **Nonpriority creditor's name and mailing address**  | **As of the petition filing date, the claim is:** Check all that apply | **$92.00** |

STAXI CORPORATION
PO BOX 71543
CHICAGO IL 60694-1543

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

Last 4 digits of account number

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.331 | **Nonpriority creditor's name and mailing address** | $17,893.40 |

**As of the petition filing date, the claim is:** Check all that apply

STERIS CORPORATION
PO BOX 644063
PITTSBURGH PA 15264-4063

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** [ ] No  [ ] Yes

---

| | | |
|---|---|---|
| 3.332 | **Nonpriority creditor's name and mailing address** | $9,761.56 |

**As of the petition filing date, the claim is:** Check all that apply

STERIS INSTRUMENT MANAGEMENT
PO BOX 531809
ATLANTA GA 30353-1809

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** [ ] No  [ ] Yes

---

| | | |
|---|---|---|
| 3.333 | **Nonpriority creditor's name and mailing address** | $702.76 |

**As of the petition filing date, the claim is:** Check all that apply

STETRIX INC
7531 BARTLETT CORPORATE COVE EAST
BARTLETT TN 38133

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** [ ] No  [ ] Yes

---

| | | |
|---|---|---|
| 3.334 | **Nonpriority creditor's name and mailing address** | $669.87 |

**As of the petition filing date, the claim is:** Check all that apply

STEVENS, ERIN
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** [ ] No  [ ] Yes

---

| | | |
|---|---|---|
| 3.335 | **Nonpriority creditor's name and mailing address** | $1,848.74 |

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** [ ] No  [ ] Yes

---

|  | | Amount of claim |
|---|---|---|

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $524.41 |
|---|---|---|---|

STRATA DECISION TECHNOLOGY, LLC
200 E RANDOLPH ST.
FL 49
CHICAGO IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,380.00 |
|---|---|---|---|

STRAUSS SURGICAL USA LLC
PO BOX 773137
DETROIT MI 48277-3137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $743.90 |
|---|---|---|---|

STRYKER ENDOSCOPY
PO BOX 93276
CHICAGO IL 60673-3276

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $12,612.84 |
|---|---|---|---|

STRYKER INSTRUMENTS
21343 NETWORK PLACE
CHICAGO IL 60673-1213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,535.00 |
|---|---|---|---|

STRYKER ORTHOPAEDICS
BOX 93213
CHICAGO IL 60673-3213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

|  | Amount of claim |
| --- | --- |

**3.341**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$113,966.02**

STRYKER SALES LLC
21343 NETWORK PLACE
CHICAGO IL 60673-1213

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No  ☐ Yes

---

**3.342**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$10,545.76**

SULLIVAN COTTER AND ASSOCIATES INC
62272 COLLECTIONS CENTER DR
CHICAGO IL 60693-0622

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No  ☐ Yes

---

**3.343**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$854.42**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No  ☐ Yes

---

**3.344**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$456.04**

SUNOPTIC TECHNOLOGIES, LLC
6018 BOWDENDALE AVENUE
JACKSONVILLE FL 32216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No  ☐ Yes

---

**3.345**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$3,266.03**

SUPERIOR AIR GROUND
395 W LAKE ST
ELMHURST IL 60126-1508

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No  ☐ Yes

25-30191-maw    Doc 183    FILED 03/07/25    ENTERED 03/07/25 21:21:11    Page 148 of 288

| | | Amount of claim |
|---|---|---|

**3.346** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$219.39**

SURGICAL PRODUCT SOLUTIONS
PO BOX #645922
PITTSBURGH PA 15264

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

SUSAN REIDERMAN
C/O MURRAY & MURRAY
ATTN: CHARLES M. MURRAY
111 E. SHORELINE DR.
SANDUSKY OH 44870

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>LITIGATION - INDIVIDUAL</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$524.42**

SYNTELLIS PERFORMANCE SOLUTIONS LLC
PO BOX 931201
ATLANTA GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.349** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$3,015.93**

SYSMEX
28241 NETWORK PLACE
CHICAGO IL 60673-1282

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$11,275.00**

TECHNICORE
PO BOX 1210
FINDLAY OH 45839

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

|  | | Amount of claim |
|---|---|---|

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | $30,673.94 |
| | THE CBORD GROUP INC<br>61 BROWN RD<br>ITHACA NY 14850 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | $135.00 |
| | THE DAISY FOUNDATION-720515276<br>11995 DUNBAR RD<br>GLEN ELLEN CA 95442 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | $11,515.00 |
| | THE JOINT COMMISSION<br>PO BOX 734505<br>CHICAGO IL 60673-4506 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | $105,963.83 |
| | THE TOLEDO CLINIC<br>4235 SECOR RD<br>TOLEDO OH 43623 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | |
|---|---|---|---|
| | | ☐ Contingent | $1,378.25 |
| | THE WICHMAN COMPANY<br>ATTN: JIM LAGRANGE<br>7 NORTH WESTWOOD<br>TOLEDO OH 43607 | ☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | Amount of claim |
|---|---|---|

**3.356** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$6,867.00**

THERAGENICS CORPORATION
PO BOX 531824
ATLANTA GA 30353-1824

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,473.92**

THORBAHN, KAYLEAH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

TIMOTHY ALAN BUIT
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION - INDIVIDUAL

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

TODD GROVES
C/O STEPHEN P. GRIFFIN, MICHAEL J. KAHLENBURG
4051 WHIPPLE AVE. NW, STE. 201
CANTON OH 44718

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION - INDIVIDUAL

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$155.58**

TOFT DAIRY INC
ATTN: DWAYNE COLSTON
PO BOX 2558
SANDUSKY OH 44870

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

| | Amount of claim |
|---|---|

**3.361** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,600.00**

TOLEDO HOSPITAL-OUTSIDE SERVICES
100 MADISON AVE 2ND FLOOR
TOLEDO OH 43604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.362** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$665.76**

TOLEDO MEDICAL TRANSCRIPTION, INC
7844 GALA DR.
HOLLAND OH 43528

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,315.90**

TOMLINSON, KATHERINE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**        **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,175.00**

TONY'S LAWN CARE AND SNOW REMOVAL
7910 STACY RD
SANDUSKY OH 44870

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$304.35**

TORRENCE SOUND EQUIPMENT
29050 GLENWOOD RD
PERRYSBURG OH 43551

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>        **Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**        **Is the claim subject to offset?**  ☐ No  ☐ Yes

| | Amount of claim |
|---|---|

**3.366**

Nonpriority creditor's name and mailing address

TOUCH MD
4221 W. BOY SCOUT BLVD
TAMPA FL 33607

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$796.00**

---

**3.367**

Nonpriority creditor's name and mailing address

TOWN MONEY SAVER INC.
PO BOX 1905
SANDUSKY OH 44870

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$6,920.50**

---

**3.368**

Nonpriority creditor's name and mailing address

TRAPP, LAURIE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$4,460.30**

---

**3.369**

Nonpriority creditor's name and mailing address

TRI ANIM HEALTH SERVICES
25197 NETWORK PLACE
CHICAGO IL 60673-1251

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$7,068.12**

---

**3.370**

Nonpriority creditor's name and mailing address

TRIOSE INC
PO BOX 749545
ATLANTA GA 30374-9545

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$6,740.49**

| | Amount of claim |
|---|---|

3.371 **Nonpriority creditor's name and mailing address**

US FOODS, INC.
ATTN: JAMIE ARMSRONG
9399 WEST HIGGINS ROAD
SUITE 100
ROSEMONT IL 60018

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$4,828.35**

---

3.372 **Nonpriority creditor's name and mailing address**

UT PHYSICIANS
MAIL STOP 840
TOLEDO OH 43615

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$66,249.99**

---

3.373 **Nonpriority creditor's name and mailing address**

UTAH MEDICAL PRODUCTS
7043 SOUTH 300 WEST
MIDVALE UT 84047

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$167.89**

---

3.374 **Nonpriority creditor's name and mailing address**

VALENTINA GROVES
C/O STEPHEN P. GRIFFIN, MICHAEL J. KAHLENBURG
4051 WHIPPLE AVE. NW, STE. 201
CANTON OH 44718

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>LITIGATION - INDIVIDUAL</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

3.375 **Nonpriority creditor's name and mailing address**

VALENTINE, NATHAN
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$3,134.25**

---

|  |  | Amount of claim |
|---|---|---|

| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $611.64 |
|---|---|---|---|
| | VAN DYKE, LINDA<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $6,250.00 |
|---|---|---|---|
| | VANTAGE HEALTHCARE OF OHIO LLC<br>5813 MONROE ST #170<br>SYLVANIA OH 43560 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,408.16 |
|---|---|---|---|
| | VAPOTHERM INC<br>PO BOX 933438<br>CLEVELAND OH 44193 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,353.19 |
|---|---|---|---|
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,949.24 |
|---|---|---|---|
| | VERATHON MEDICAL<br>PO BOX 935117<br>ATLANTA GA 31193-5117 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| | | Amount of claim |
|---|---|---|

**3.381** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,325.21**

VERISYS INC.
9960 CORPORATE CAMPUS DR
LOUSIVILLE KY 40223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,937.25**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.383** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$12,705.00**

VILEX INC.
111 MOFFITT ST.
MCMINNVILLE TN 37110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.384** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$421.40**

VISCOT MEDICAL LLC
PO BOX 351
EAST HANOVER NJ 07936

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.385** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$172.29**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

| | | Amount of claim |
|---|---|---|

| 3.386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,812.97 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,681.41 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $68,542.40 |

WADSWORTH SLAWSON NW
1500 MICHAEL OWENS WAY
PERRYSBURG OH 43551

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $670.26 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,600.00 |

WARNER DIESEL FILTRATION
2303 COLE CREEK DR
NORWALK OH 44857

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

| | | Amount of claim |
|---|---|---|

**3.391** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$111,802.62**

WEATHERBY LOCUMS INC
PO BOX 972633
DALLAS TX 75397

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,094.52**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.393** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$19,407.60**

WELCH ALLYN, INC
ATTN: GENERAL COUNSEL
4341 STATE ST RD
PO BOX 220
SKANEATELES FALLS NY 13153-0220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,371.77**

WETOSKEY, NICOLE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$391.58**

WIGTON, PATRICIA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

|  |  | **Amount of claim** |
| --- | --- | --- |

**3.396** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

Date(s) debt was incurred <u>VARIOUS</u>

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

Is the claim subject to offset?  ☐ No  ☐ Yes

**$331.28**

---

**3.397** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

Date(s) debt was incurred <u>VARIOUS</u>

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS</u>

Is the claim subject to offset?  ☐ No  ☐ Yes

**$0.32**

---

**3.398** **Nonpriority creditor's name and mailing address**

WINTHROP, MICHAEL
ADDRESS ON FILE

Date(s) debt was incurred <u>VARIOUS</u>

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>DEFERRED COMPENSATION</u>

Is the claim subject to offset?  ☐ No  ☐ Yes

**$492,054.09**

---

**3.399** **Nonpriority creditor's name and mailing address**

WOLFF BROS. SUPPLY INC.
PO BOX 933474
CLEVELAND OH 44193

Date(s) debt was incurred <u>VARIOUS</u>

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset?  ☐ No  ☐ Yes

**$66.67**

---

**3.400** **Nonpriority creditor's name and mailing address**

WOMEN CERTIFIED INC
PO BOX 550280
DAVIE FL 33355

Date(s) debt was incurred <u>VARIOUS</u>

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:<u>TRADE</u>

Is the claim subject to offset?  ☐ No  ☐ Yes

**$5,400.00**

---

|  | Amount of claim |
|---|---|

**3.401** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$464.00** |

WON DOOR CO.
ATTN: JEFF OLSEN
1865 S 3480 W
SALT LAKE CITY UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.402** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$59.40** |

WPS
625 ALASKA AVE
TORRENCE CA 90503-5124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.403** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$975.08** |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE PTO ACCRUED GREATER THAN 180 DAYS

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$8,962.19** |

XODUS MEDICAL INC
702 PROMINENCE DRIVE
NEW KENSINGTON PA 15068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$18,281.29** |

ZENITH SYSTEMS LLC
5055 CORBIN DR
BEDFORD HEIGHTS OH 44128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

| | | Amount of claim |
|---|---|---|

| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $45,397.71 |
|---|---|---|---|

ZIMMER BIOMET
14235 COLLECTION DRIVE
CHICAGO IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | RICHARD LEONARD<br>C/O ICE MILLER LLP<br>ATTN: JAMES D. CAMPBELL, ESQ.<br>250 WEST ST.<br>COLUMBUS OH 43215 | **Line**  3.296<br><br>☐ Not listed. Explain ____ | |
| 4.2 | RUTH A. LEONARD<br>C/O ICE MILLER LLP<br>ATTN: JAMES D. CAMPBELL, ESQ.<br>250 WEST ST.<br>COLUMBUS OH 43215 | **Line**  3.301<br><br>☐ Not listed. Explain ____ | |

25-30191-maw    Doc 183    FILED 03/07/25    ENTERED 03/07/25 21:21:11    Page 162 of 288

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | **Total of claim amounts** |
|---|---|

**5a. Total claims from Part 1**             5a.  $    **505,036.14**
                                                    **plus undetermined amounts**

**5b. Total claims from Part 2**             5b. + $    **4,788,826.92**
                                                    **plus undetermined amounts**

**5c. Total of Parts 1 and 2**               5c.  $    **5,293,863.06**
Lines 5a + 5b = 5c.                                  **plus undetermined amounts**

Fill in this information to identify the case:

Debtor name  **The Bellevue Hospital**

United States Bankruptcy Court for the:  **Northern District of Ohio (Canton)**

Case number (if known)  **25-30191**

☐ Check if this is an
  amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | OTHER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 1998 ANTHEM INSURANCE COMPANIES INC<br>ATTN: GENERAL COUNSEL<br>120 MONUMENT CIR<br>INDIANAPOLIS IN 46204 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ABBOTT LABORATORIES, INC<br>ATTN: GENERAL COUNSEL<br>100 ABBOTT PARK ROAD<br>ABBOTT PARK IL 60064 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACCESSRN INC<br>ATTN: CONTRACTS<br>1540 S HOLLAND SYLVANIA<br>STE 101<br>MAUMEE OH 43537 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | ADVANCED NEUROLOGIC ASSOCIATES INC |
| | List the contract number of any government contract | | ATTN: PRESIDENT<br>6433 STATE ROUTE 113 E<br>BELLEVUE OH 44811 |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | AESCULAP, INC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>3773 CORPORATE PARKWAY<br>CENTER VALLEY PA 18034 |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | AESTO HEALTH LLC D/B/A AESTO HEALTH |
| | List the contract number of any government contract | | ATTN: SHARON HELLER, CHIEF RISK OFFICER<br>1800 INTERNATIONAL PARK DR<br>STE 110<br>BIRMINGHAM AL 35243 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | AESTO LLC D/B/A AESTO HEALTH |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>1800 INTERNATIONAL PARK DR<br>STE 110<br>BIRMINGHAM AL 35243 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | ALLSCRIPTS LLC |
| | List the contract number of any government contract | 33756 | ATTN: GENERAL COUNSEL<br>24630 NETWORK PL<br>CHICAGO IL 60673 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | ALPHA IMAGING<br>ATTN: GENERAL COUNSEL<br>4455 GLENBROOK RD<br>WILLOUGHBY OH 44094 |
| | List the contract number of any government contract | SA-014612.51 | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | ALPHA IMAGING<br>ATTN: GENERAL COUNSEL<br>4455 GLENBROOK RD<br>WILLOUGHBY OH 44094 |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | ALTERA DIGITAL HEALTH INC<br>ATTN: GENERAL COUNSEL<br>2429 MILITARY RD<br>STE 300<br>NIAGARA FALLS NY 14304 |
| | List the contract number of any government contract | 493540 | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | AMERICAN COLLEGE OF RADIOLOGY<br>ATTN: VICTORIA O'BRIEN, NRDR DATA REGISTRIES ASSISTANT<br>1891 PRESTON WHITE DR<br>RESTON VA 20191 |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | 54 DAYS | AMN HEALTHCARE INC.<br>ATTN: GENERAL COUNSEL<br>2999 OLYMPUS BLVD, SUITE 500<br>COPPELL TX 75019 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | ANGIODYNAMICS INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 1549<br>ALBANY NY 12201 |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | AR SYSTEMS/DIAGNOSISPLUS INC<br>ATTN: DAY EGUSQUIZA, PRESIDENT<br>PO BOX 2521<br>TWIN FALLS ID 83303 |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE/SALE AGREEMENT | |
| | State the term remaining | UNDETERMINED | ARUP LABORATORIES INC<br>ATTN: GENERAL COUNSEL<br>500 CHIPETA WAY<br>SALT LAKE CITY UT 84108 |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT | |
| | State the term remaining | UNDETERMINED | ASHCOM TECHNOLOGIES INC<br>ATTN: GENERAL COUNSEL<br>3917 RESEARCH PARK DR<br>STE B4<br>ANN ARBOR MI 48108 |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | 906 DAYS | ATLANTA COMPUTER SALES INC<br>ATTN: GENERAL COUNSEL<br>1925 GRASSLAND PKWY<br>ALPHARETTA GA 30004 |
| | List the contract number of any government contract | 45787 | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**    SERVICES AGREEMENT | |
| | **State the term remaining**    UNDETERMINED | |
| | **List the contract number of any government contract** | AVEZEN LLC D/B/A TOUCHMD<br>ATTN: GENERAL COUNSEL<br>99 NORTH MAIN ST<br>STE 7<br>CEDAR CITY UT 84720 |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest**    SERVICES AGREEMENT | |
| | **State the term remaining**    UNDETERMINED | |
| | **List the contract number of any government contract** | BARD MEDICAL DIVISION<br>ATTN: GENERAL COUNSEL<br>8195 INDUSTRIAL BLVD.<br>COVINGTON GA 30014 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest**    SERVICES AGREEMENT | |
| | **State the term remaining**    UNDETERMINED | |
| | **List the contract number of any government contract** | BECKMAN COULTER<br>ATTN: GENERAL COUNSEL<br>250 SOUTH KRAEMER BOULEVARD<br>BREA CA 92821-6232 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest**    REAL ESTATE LEASE | |
| | **State the term remaining**    UNDETERMINED | |
| | **List the contract number of any government contract** | BELLEVUE HOSPITAL PAIN MANAGEMENT, LLC<br>ATTN: GENERAL COUNSEL<br>1400 W. MAIN ST<br>BELLEVUE OH 44811 |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest**    REAL ESTATE LEASE | |
| | **State the term remaining**    UNDETERMINED | |
| | **List the contract number of any government contract** | BELLEVUE HOSPITAL PAIN MANAGEMENT, LLC<br>ATTN: GENERAL COUNSEL<br>1400 W. MAIN ST<br>BELLEVUE OH 44811 |

25-30191-maw    Doc 183    FILED 03/07/25    ENTERED 03/07/25 21:21:11    Page 168 of 288

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE | |
| | State the term remaining | UNDETERMINED | BELLEVUE HOSPITAL PAIN MANAGEMENT, LLC ATTN: GENERAL COUNSEL 1400 W. MAIN ST BELLEVUE OH 44811 |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | BELLEVUE HOSPITAL PAIN MANAGEMENT, LLC ATTN: GENERAL COUNSEL 1400 W. MAIN ST BELLEVUE OH 44811 |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | BIOFIRE DIAGNOSTICS LLC ATTN: GENERAL COUNSEL 515 COLOROW WAY SALT LAKE CITY UT 84108 |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | BIZMATICS INC ATTN: GENERAL COUNSEL 4010 MOORPARK AVE STE 222 SAN JOSE CA 95117 |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | BIZMATICS INC ATTN: GENERAL COUNSEL 4010 MOORPARK AVE STE 222 SAN JOSE CA 95117 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BLANCHARD VALLEY CONTINUING CARE SERVICES ATTN: GENERAL COUNSEL 1900 SOUTH MAIN ST FINDLAY OH 45840 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BLANCHARD VALLEY HEALTH SYSTEM ATTN: GENERAL COUNSEL 1900 SOUTH MAIN ST FINDLAY OH 45840 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BRAUN ATTN: GENERAL COUNSEL 824 12TH AVENUE BETHLEHEM PA 18018 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | CARDINAL HEALTH 200, LLC ATTN: GENERAL COUNSEL 7000 CARDINAL PLACE DUBLIN OH 43017 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CARRIE A DICHIARO MD ATTN: GENERAL COUNSEL 3629 HARTLAND PARKSIDE PL LEXINGTON KY 40515 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | CARRIE A DICHIARO MD ATTN: GENERAL COUNSEL 3629 HARTLAND PARKSIDE PL LEXINGTON KY 40515 |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | CENTRAL EXTERMINATING COMPANY INC ATTN: GENERAL COUNSEL 3202 ST CLAIR AVE CLEVELAND OH 44114 |
| | List the contract number of any government contract | 104080 | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT | |
| | State the term remaining | 222 DAYS | CH INTERMEDIATE HOLDINGS LLC D/B/A COREPOINT HEALTH LLC D/B/A LYNIATE ATTN: GENERAL COUNSEL 3010 GAYLORD PKWY STE 320 FRISCO TX 75034 |
| | List the contract number of any government contract | INV71399 | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | CLINICAL COLLEAGUES INC ATTN: KURT D ZUMWALT 1765 E NINE MILE RD STE 1-229 PENSACOLA FL 32514 |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | CLINICAL COMPUTER SYSTEMS INC ATTN: GENERAL COUNSEL 715 TOLLGATE RD STE H ELGIN IL 60123 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | CLINICAL COMPUTER SYSTEMS INC |
| | List the contract number of any government contract | | ATTN: KIM SELL 715 TOLLGATE RD STE H ELGIN IL 60123 |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | COLOPLAST |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 1601 WEST RIVER ROAD, SUITE 304 MINNEAPOLIS MN 55411 |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | OPERATING AGREEMENT | |
| | State the term remaining | UNDETERMINED | COMMUNITY HOSPITALS AND WELLNESS CENTERS |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 433 W HIGH ST BRYAN OH 43506 |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | OTHER AGREEMENT | |
| | State the term remaining | UNDETERMINED | COMMUNITY INSURANCE COMPANY D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 6000 LOMBARDO CENTER STE 200 SEVEN HILLS OH 44131 |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | COMPREHENSIVE PURCHASING ALLIANCE LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 5050 BRADENTON AVE DUBLIN OH 43017 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CONCORDANCE HEALTHCARE SOLUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>85 SHAFFER PARK DR<br>TIFFIN OH 44883 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CONCORDANCE HEALTHCARE SOLUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>85 SHAFFER PARK DR<br>TIFFIN OH 44802 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | COVIDIEN<br>C/O MEDTRONIC<br>ATTN: GENERAL COUNSEL<br>710 MEDTRONIC PARKWAY<br>MINNEAPOLIS MN 55432-5604 |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CPS SOLUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>655 METRO PL SOUTH<br>STE 450<br>DUBLIN OH 43017 |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CPS SUPPLY CHAIN SOLUTIONS LLC F/K/A PSI SUPPLY CHAIN SOLUTIONS LLC<br>ATTN: LINDA GANNIES<br>655 METRO PL SOUTH<br>STE 450<br>DUBLIN OH 43017 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CPS TELEPHARMACY INC<br>ATTN: GENERAL COUNSEL<br>1771 DIEHL RD<br>STE 300<br>NAPERVILLE IL 60563 |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CPS TELEPHARMACY INC<br>ATTN: GENERAL COUNSEL<br>6409 QUAIL HOLLOW RD<br>MEMPHIS TN 38120 |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CPS TELEPHARMACY INC<br>ATTN: GENERAL COUNSEL<br>1771 DIEHL RD<br>STE 300<br>NAPERVILLE IL 60563 |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | |
| | List the contract number of any government contract | | CPS TELEPHARMACY INC<br>ATTN: GENERAL COUNSEL<br>6409 QUAIL HOLLOW RD<br>MEMPHIS TN 38120 |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CROSSCHX INC<br>ATTN: GENERAL COUNSEL<br>100 EAST BROAD ST<br>STE 1750<br>COLUMBUS OH 43215 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CURRANCE INC<br>ATTN: JEFFREY MACDONALD<br>15615 ALTON PKWY<br>STE 450<br>IRVINE CA 92618 |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DANIELS SHARPSMART INC<br>ATTN: GENERAL COUNSEL<br>111 W JACKSON BLVD<br>STE 1900<br>CHICAGO IL 60604 |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DELTA DENTAL OF OHIO<br>ATTN: MATTHEW J MCPHERSON<br>FIFTH THIRD CENTER<br>STE 2600<br>600 SUPERIOR AVE EAST<br>CLEVELAND OH 44114 |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DELTA DENTAL OF OHIO INC<br>ATTN: GENERAL COUNSEL<br>FIFTH THIRD CENTER<br>600 SUPERIOR AVE EAST<br>STE 2600<br>CLEVELAND OH 44114 |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DELTA DENTAL PLAN OF OHIO INC<br>ATTN: GENERAL COUNSEL<br>FIFTH THIRD CENTER<br>600 SUPERIOR AVE EAST<br>STE 2600<br>CLEVELAND OH 44114 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DEPUY SYNTHES<br>ATTN: GENERAL COUNSEL<br>1690 RUSSELL RD<br>PO BOX 1766<br>PAOLI PA 19301 |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | DEVICOR MEDICAL PRODUCTS INC<br>ATTN: GENERAL COUNSEL<br>300 E BUSINESS WAY 5TH FLOOR<br>CINCINNATI OH 45241 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DEVICOR MEDICAL PRODUCTS INC D/B/A MAMMOTOME<br>ATTN: GENERAL COUNSEL<br>300 E-BUSINESS WAY, 5TH FLOOR<br>CINCINNATI OH 45241 |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DEVICOR MEDICAL PRODUCTS INC D/B/A MAMMOTOME<br>ATTN: SERVICE DEPARTMENT<br>300 E-BUSINESS WAY, 5TH FLOOR<br>CINCINNATI OH 45241 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 288 DAYS | |
| | **List the contract number of any government contract** | | DEVICOR MEDICAL PRODUCTS INC D/B/A MAMMOTOME<br>ATTN: GENERAL COUNSEL<br>300 E-BUSINESS WAY, 5TH FLOOR<br>CINCINNATI OH 45241 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | DEVICOR MEDICAL PRODUCTS INC D/B/A MAMMOTOME ATTN: SERVICE DEPARTMENT 300 E-BUSINESS WAY, 5TH FLOOR CINCINNATI OH 45241 |
| | **List the contract number of any government contract** | 36987 | |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DEVOTED HEALTH INC ATTN: LEGAL DEPARTMENT 221 CRESCENT ST STE 202 WALTHAM MA 02453 |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DEVOTED HEALTH INC ATTN: LEGAL DEPARTMENT 221 CRESCENT ST STE 202 WALTHAM MA 02453 |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | DEWITT CONSTRUCTION LLC ATTN: GENERAL COUNSEL 608 E MAIN ST BELLEVUE OH 44811 |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DIRECT ENERGY BUSINESS LLC ATTN: GENERAL COUNSEL 1001 LIBERTY AVE PITTSBURGH PA 15222 |
| | **List the contract number of any government contract** | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE/SALE AGREEMENT | |
| | State the term remaining | UNDETERMINED | DIRECT ENERGY BUSINESS LLC ATTN: GENERAL COUNSEL 1001 LIBERTY AVE PITTSBURGH PA 15222 |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE/SALE AGREEMENT | |
| | State the term remaining | UNDETERMINED | DIRECT ENERGY BUSINESS MARKETING LLC ATTN: GENERAL COUNSEL 1001 LIBERTY AVE PITTSBURGH PA 15222 |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | DJO LLC ATTN: GENERAL COUNSEL 2900 LAKE VISTA DR DALLAS TX 75067 |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | DOCUSIGN INC ATTN: GENERAL COUNSEL 1301 2ND AVE STE 2000 SEATTLE WA 98101 |
| | List the contract number of any government contract | 43923 | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | DOSERESPONSE ANTICOAGULATION SERVICES LLC ATTN: GENERAL COUNSEL 142 DEER VALLEY DR SEWICKLEY PA 15143 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest**   SERVICES AGREEMENT | |
| | **State the term remaining**   UNDETERMINED | DOSERESPONSE LLC ATTN: GENERAL COUNSEL 1860 BLAKE ST STE B101 BELLEVUE OH 44811 |
| | **List the contract number of any government contract** | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest**   EMPLOYMENT AGREEMENT | |
| | **State the term remaining**   UNDETERMINED | DOUGLAS HOY MD ATTN: GENERAL COUNSEL 472 CR 294 CLYDE OH 43410 |
| | **List the contract number of any government contract** | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest**   SERVICES AGREEMENT | |
| | **State the term remaining**   906 DAYS | DRAGER INC ATTN: PRESIDENT 3135 QUARRY RD TELFORD PA 18969 |
| | **List the contract number of any government contract** | |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest**   SERVICES AGREEMENT | |
| | **State the term remaining**   UNDETERMINED | DRFIRSTCOM INC ATTN: GENERAL COUNSEL 9420 KEY WEST AVE STE 101 ROCKVILLE MD 20850 |
| | **List the contract number of any government contract** | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest**   SERVICES AGREEMENT | |
| | **State the term remaining**   UNDETERMINED | EAGLE TELEMEDICINE LLC ATTN: CHIEF EXECUTIVE OFFICER 280 INTERSTATE NORTH CIR SE STE 150 ATLANTA GA 30339 |
| | **List the contract number of any government contract** | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | EAGLE TELEMEDICINE LLC<br>ATTN: GENERAL COUNSEL<br>280 INTERSTATE NORTH CIR SE<br>STE 150<br>ATLANTA GA 30339 |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ECRI AND THE INSTITUTE FOR SAFE MEDICATION PRACTICES PSO<br>ATTN: GENERAL COUNSEL<br>ATTN: RANDAL S WHITE, CHIEF LEGAL OFFICER<br>5200 BUTLER PIKE<br>PLYMOUTH MEETING PA 19462 |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | |
| | List the contract number of any government contract | | ECRI INSTITUTE<br>ATTN: JEFF MILLER<br>5200 BUTLER PIKE<br>PLYMOUTH MEETING PA 19462 |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | |
| | List the contract number of any government contract | | ECRI INSTITUTE<br>ATTN: JEFF MILLER<br>5200 BUTLER PIKE<br>PLYMOUTH MEETING PA 19462 |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | |
| | List the contract number of any government contract | | ECRI INSTITUTE<br>ATTN: GENERAL COUNSEL<br>5200 BUTLER PIKE<br>PLYMOUTH MEETING PA 19462 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ELMWOOD ASSISTED LIVING AND SKILLED NURSING OF FREMONT |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 1545 FANGBONER RD FREMONT OH 43420 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | EMD MILLIPORE CORPORATION |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 400 SUMMIT DR BURLINGTON MA 01803 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | EMERGENCY CARE RESEARCH INSTITUTE D/B/A ECRI |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 5200 BUTLER PIKE PLYMOUTH MEETING PA 19462 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EMERGENCY PROFESSIONAL SERVICES INC ATTN: GENERAL COUNSEL TEAM HEALTH |
| | **List the contract number of any government contract** | | 265 BROOKVIEW CENTER WAY SUITE 400 KNOXVILLE TN 37919 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EMERGENCY PROFESSIONAL SERVICES INC ATTN: PRESIDENT |
| | **List the contract number of any government contract** | | 7123 PEARL RD STE 201 MEDDLEBURG HEIGHTS OH 44130 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EMERGENCY PROFESSIONAL SERVICES INC<br>ATTN: PRESIDENT<br>7123 PEARL RD<br>STE 201<br>MIDDLEBURG HEIGHTS OH 44130 |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EMERGENCY PROFESSIONAL SERVICES INC<br>ATTN: GENERAL COUNSEL<br>7123 PEARL RD<br>STE 201<br>MIDDLEBURG HEIGHTS OH 44130 |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | RETIREMENT BENEFITS AGREEMENT (PENSION, SERPS, ETC.) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EMPOWER RETIREMENT LLC<br>ATTN: GENERAL COUNSEL<br>8515 E ORCHARD RD<br>GREENWOOD VILLAGE CO 80111 |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENERGY CONTROL INC<br>ATTN: GENERAL COUNSEL<br>25477 SOUTHPOINT RD<br>PERRYSBURG OH 43551 |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | 40627 | ENERGY CONTROL INC<br>ATTN: GENERAL COUNSEL<br>26477 SOUTHPOINT RD<br>PERRYSBURG OH 43551 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | ENVIRONMENTAL WATER LTD |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>143 E WOOSTER ST STE B<br>BOWLING GREEN OH 43402 |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | EPIPHANY HEALTHCARE |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>4341 STATE ST RD<br>SKANEATELES FALLS NY 13153 |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | EPIPHANY HEALTHCARE / WELCH ALLYN INC |
| | List the contract number of any government contract | 47572 | ATTN: GENERAL COUNSEL<br>4341 STATE ST RD<br>PO BOX 220<br>SKANEATELES FALLS NY 13153 |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | EPSTEIN BECKER & GREEN PC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>875 THIRD AVE<br>NEW YORK NY 10022 |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT | |
| | State the term remaining | 212 DAYS | ESO SOLUTIONS INC |
| | List the contract number of any government contract | ESO-146635 | ATTN: GENERAL COUNSEL<br>PO BOX 738310<br>DALLAS TX 75373 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ESP GLOBAL LLC<br>ATTN: GENERAL COUNSEL<br>10205 US HWY 15-501<br>UNIT 26-168<br>SOUTHERN PINES NC 28387 |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ESP GLOBAL LLC<br>ATTN: GENERAL COUNSEL<br>10205 US HWY 15-501<br>UNIT 26-168<br>SOUTHERN PINES NC 28387 |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FIFTH THIRD BANK NATIONAL ASSOCIATION<br>ATTN: GENERAL COUNSEL<br>38 FOUNTAIN SQUARE PLAZA<br>CINCINNATI OH 45263 |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | |
| | **State the term remaining** | 623 DAYS | |
| | **List the contract number of any government contract** | | FIRELANDS REGIONAL HEALTH SYSTEM<br>ATTN: GENERAL COUNSEL<br>1111 HAYES AVE<br>SANDUSKY OH 44870 |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FIRELANDS REGIONAL MEDICAL CENTER<br>ATTN: GENERAL COUNSEL<br>1111 HAYES AVE<br>SANDUSKY OH 44870 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FIRELANDS REGIONAL MEDICAL CENTER<br>ATTN: LEGAL DEPARTMENT, PRESIDENT & CEO<br>1111 HAYES AVE<br>SANDUSKY OH 44870 |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | OTHER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FIRELANDS REGIONAL MEDICAL CENTER<br>ATTN: GENERAL COUNSEL<br>1111 HAYES AVE<br>SANDUSKY OH 44870 |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCING AGREEMENT | |
| | **State the term remaining** | 145 DAYS | |
| | **List the contract number of any government contract** | | FIRELANDS REGIONAL MEDICAL CENTER<br>ATTN: GENERAL COUNSEL<br>1111 HAYES AVE<br>SANDUSKY OH 44870 |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCING AGREEMENT | |
| | **State the term remaining** | 145 DAYS | |
| | **List the contract number of any government contract** | | FIRELANDS REGIONAL MEDICAL CENTER<br>ATTN: GENERAL COUNSEL<br>1111 HAYES AVE<br>SANDUSKY OH 44870 |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FIRELANDS REGIONAL MEDICAL CENTER<br>ATTN: GENERAL COUNSEL<br>1111 HAYES AVE<br>SANDUSKY OH 44870 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | FINANCING AGREEMENT | |
| | State the term remaining | UNDETERMINED | FIRELANDS REGIONAL MEDICAL CENTER |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>1111 HAYES AVE<br>SANDUSKY OH 44870 |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | EQUITY AGREEMENT | |
| | State the term remaining | UNDETERMINED | FIRELANDS REGIONAL MEDICAL CENTER |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>1111 HAYES AVE<br>SANDUSKY OH 44870 |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | EQUITY AGREEMENT | |
| | State the term remaining | UNDETERMINED | FIRELANDS REGIONAL MEDICAL CENTER |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>1111 HAYES AVE<br>SANDUSKY OH 44870 |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | OPERATING AGREEMENT | |
| | State the term remaining | UNDETERMINED | FIRELANDS REGIONAL MEDICAL CENTER |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>1111 HAYES AVE<br>SANDUSKY OH 44870 |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | FIRELANDS REGIONAL MEDICAL CENTER |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>1111 HAYES AVE<br>SANDUSKY OH 44870 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FIRST HEALTH GROUP CORP ATTN: PRESIDENT 10260 MEANLEY DR SAN DIEGO CA 92131 |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | RETIREMENT BENEFITS AGREEMENT (PENSION, SERPS, ETC.) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FIS BUSINESS SYSTEM LLC ATTN: GENERAL COUNSEL 347 RIVERSIDE AVE JACKSONVILLE FL 32202 |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | FISHER HEALTHCARE, A DIVISION OF FISHER SCIENTIFIC COMPANY LLC ATTN: GENERAL COUNSEL 168 THIRD AVENUE WALTHAM MA 02451 |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FISHER-TITUS HEALTH ATTN: GENERAL COUNSEL 272 BENEDICT AVE NORWALK OH 44857 |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FISHER-TITUS LLC ATTN: GENERAL COUNSEL 272 BENEDICT AVE NORWALK OH 44857 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | FISHER-TITUS MEDICAL CARE LLC<br>ATTN: VP MEDICAL CARE & PROVIDER PRACTICES<br>272 BENEDICT AVE<br>NORWALK OH 44857 |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | FISHER-TITUS MEDICAL CENTER<br>ATTN: GENERAL COUNSEL<br>272 BENEDICT AVE<br>NORWALK OH 44857 |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | FISHER-TITUS MEDICAL CENTER<br>ATTN: PRESIDENT<br>272 BENEDICT AVE<br>NORWALK OH 44857 |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | OPERATING AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | FISHER-TITUS MEDICAL CENTER<br>ATTN: GENERAL COUNSEL<br>272 BENEDICT AVE<br>NORWALK OH 44857 |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | FISHER-TITUS MEDICAL CENTER AND FISHER-TITUS LLC<br>ATTN: GENERAL COUNSEL<br>272 BENEDICT AVE<br>NORWALK OH 44857 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | FISHER-TITUS MEDICAL CENTER AND FISHER-TITUS LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 272 BENEDICT AVE NORWALK OH 44857 |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | FISHER-TITUS MEDICAL CENTER D/B/A FISHER-TITUS EXECUTIVE UROLOGY |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 272 BENEDICT AVE NORWALK OH 44857 |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | FISHER-TITUS MEDICAL CENTER D/B/A FISHER-TITUS EXECUTIVE UROLOGY |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 272 BENEDICT AVE NORWALK OH 44857 |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | FISHER-TITUS MEDICAL CENTER ON BEHALF OF FISHER-TITUS LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 272 BENEDICT AVE NORWALK OH 44857 |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | FORESIGHT IMAGING |
| | List the contract number of any government contract | 27662 | ATTN: GENERAL COUNSEL 1 EXECUTIVE DR STE 202 CHELMSFORD MA 01824 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.129** | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FORTEC MEDICAL INC<br>ATTN: GENERAL COUNSEL<br>6245 HUDSON CROSSING PKWY<br>HUDSON OH 44236 |
| **2.130** | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | FORTEC MEDICAL INC<br>ATTN: GENERAL COUNSEL<br>6245 HUDSON CROSSING PKWY<br>HUDSON OH 44236 |
| **2.131** | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | FORTEC MEDICAL INC<br>ATTN: GENERAL COUNSEL<br>6245 HUDSON CROSSING PARKWAY<br>HUDSON OH 44236 |
| **2.132** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | 45790 | FORWARD ADVANTAGE INC<br>ATTN: GENERAL COUNSEL<br>7255 N FIRST ST<br>STE 106<br>FRESNO CA 93720 |
| **2.133** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | FORWARD ADVANTAGE INC<br>ATTN: GENERAL COUNSEL<br>7255 N FIRST STREET<br>FRESNO CA 93720 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | FORWARD ADVANTAGE INC |
| | List the contract number of any government contract | 45788 | ATTN: GENERAL COUNSEL 7255 N FIRST ST STE 106 FRESNO CA 93720 |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | FORWARD ADVANTAGE INC ATTN: GENERAL COUNSEL 7255 N FIRST STREET |
| | List the contract number of any government contract | | FRESNO CA 93720 |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | FRESHWORKS INC ATTN: GENERAL COUNSEL 2950 S DELAWARE ST |
| | List the contract number of any government contract | | STE 201 SAN MATEO CA 94403 |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | OPERATING AGREEMENT | |
| | State the term remaining | UNDETERMINED | FULTON COUNTY HEALTH CENTER ATTN: GENERAL COUNSEL |
| | List the contract number of any government contract | | 5517 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | FULTON COUNTY HEALTH CENTER ATTN: GENERAL COUNSEL |
| | List the contract number of any government contract | | 725 SOUTH SHOOP AVENUE WAUSEON OH 43567 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | GE HEALTHCARE ATTN: GENERAL COUNSEL 5517 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | GE HEALTHCARE IITS ATTN: GENERAL COUNSEL 15724 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| | List the contract number of any government contract | 39332 | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE | |
| | State the term remaining | UNDETERMINED | GE HEALTHCARE, A DIVISION OF GENERAL ELECTRIC COMPANY ATTN: GENERAL COUNSEL 9900 INNOVATION DR WAUWATOSA WI 53226 |
| | List the contract number of any government contract | E146F9 | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | GE MEDICAL SYSTEMS INFORMATION TECHNOLOGIES INC ATTN: GENERAL COUNSEL 5517 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | GE PRECISION HEALTHCARE LLC ATTN: GENERAL COUNSEL 2984 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | GE PRECISION HEALTHCARE LLC ATTN: GENERAL COUNSEL 5517 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| | **List the contract number of any government contract** | 17598 | |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | GE PRECISION HEALTHCARE LLC ATTN: GENERAL COUNSEL 2984 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| | **List the contract number of any government contract** | 39332 | |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | GE PRECISION HEALTHCARE LLC ATTN: GENERAL COUNSEL 15724 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| | **List the contract number of any government contract** | | |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | GE PRECISION HEALTHCARE LLC ATTN: GENERAL COUNSEL 2984 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| | **List the contract number of any government contract** | 42939 | |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | GE PRECISION HEALTHCARE LLC ATTN: GENERAL COUNSEL 2984 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 |
| | **List the contract number of any government contract** | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | 875 DAYS | |
| | List the contract number of any government contract | | GE PRECISION HEALTHCARE LLC<br>ATTN: GENERAL COUNSEL<br>2984 COLLECTIONS CENTER DR<br>CHICAGO IL 60693 |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | GENERAL ELECTRIC COMPANY<br>ATTN: GENERAL COUNSEL<br>1 NEUMANN WAY<br>CINCINNATI OH 45215 |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | GETINGE USA SALES LLC<br>ATTN: GENERAL COUNSEL<br>1 GEOFFREY WAY<br>WAYNE NJ 07470 |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE/SALE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | 4714 | GLOBAL HEALTHCARE EXCHANGE LLC<br>ATTN: GENERAL COUNSEL<br>1315 CENTURY DR<br>STE 100<br>LOUISVILLE CO 80027 |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE/SALE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | Quote: Q-00061970; Contract ID: C-6582 | GLOBAL HEALTHCARE EXCHANGE LLC<br>ATTN: GENERAL COUNSEL<br>1315 CENTURY DR<br>STE 100<br>LOUISVILLE CO 80027 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GLOBAL HEALTHCARE EXCHANGE LLC ATTN: CUSTOMER CONTRACTS 1315 W CENTURY DR STE 100 LOUISVILLE CO 80027 |
| | **List the contract number of any government contract** | | |
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GLOBAL HEALTHCARE EXCHANGE LLC ATTN: CUSTOMER CONTRACTS 1315 W CENTURY DR STE 100 LOUISVILLE CO 80027 |
| | **List the contract number of any government contract** | | |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GORDON FOOD SERVICE ATTN: GENERAL COUNSEL 1300 GEZON PKWY SW WYOMING MI 49509 |
| | **List the contract number of any government contract** | | |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GORDON FOOD SERVICE ATTN: GENERAL COUNSEL 1300 GEZON PKWY SW WYOMING MI 49509 |
| | **List the contract number of any government contract** | | |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GOVERNMENT DATA SERVICES LLC ATTN: GENERAL COUNSEL 3200 MARKET ST STE 102 AKRON OH 44333 |
| | **List the contract number of any government contract** | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | 129 DAYS | GREAT LAKES COMMUNITY ACTION PARTNERSHIP ATTN: GENERAL COUNSEL 2317 COUNTRYSIDE DR FREMONT OH 43420 |
| | List the contract number of any government contract | | |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | GREAT LAKES PHYSICIANS (GROUP) ATTN: GENERAL COUNSEL 1400 WEST MAIN ST BELLEVUE OH 44811 |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE/SALE AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | GREATAMERICA FINANCIAL SERVICES CORPORATION ATTN: GENERAL COUNSEL 625 FIRST ST SE CEDAR RAPIDS IA 52401 |
| | List the contract number of any government contract | 1320710 | |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | 907 DAYS | HART ADVERTISING OPERATED BY LAKE ERIE OUTDOOR GROUP LLC ATTN: GENERAL COUNSEL 69-75 E SEMINARY ST NORWALK OH 44857 |
| | List the contract number of any government contract | | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | HART ADVERTISING OPERATED BY LAKE ERIE OUTDOOR GROUP LLC ATTN: GENERAL COUNSEL 69-75 E SEMINARY ST NORWALK OH 44857 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HB MAGRUDER MEMORIAL HOSPITAL ATTN: GENERAL COUNSEL 615 FULTON ST PORT CLINTON OH 43452 |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | HEALTH INFORMATION ASSOCIATES INC ATTN: GENERAL COUNSEL PO BOX 3787 PAWLEYS ISLAND SC 29585 |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | HEALTH INFORMATION ASSOCIATES INC ATTN: GENERAL COUNSEL PO BOX 3787 PAWLEYS ISLAND SC 29585 |
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | HEALTH INFORMATION ASSOCIATES INC ATTN: GENERAL COUNSEL PO BOX 3787 PAWLEYS ISLAND SC 29585 |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 115 DAYS | |
| | **List the contract number of any government contract** | | HEALTH INFORMATION ASSOCIATES INC ATTN: GENERAL COUNSEL PO BOX 3787 PAWLEYS ISLAND SC 29585 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HEALTH VALUE MANAGEMENT INC D/B/A CHOICECARE NETWORK<br>ATTN: PRESIDENT<br>PO BOX 19013<br>GREEN BAY WI 54307 |
| | **List the contract number of any government contract** | | |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HEALTHSMART PREFERRED CARE II LP<br>ATTN: PRESIDENT<br>7700 FORSYTH BLVD<br>CLAYTON MO 63105 |
| | **List the contract number of any government contract** | | |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HEALTHSMART PREFERRED CARE II LP<br>ATTN: PRESIDENT<br>7700 FORSYTH BLVD<br>CLAYTON MO 63105 |
| | **List the contract number of any government contract** | | |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HENRY COUNTY HOSPITAL<br>ATTN: GENERAL COUNSEL<br>1600 EAST RIVERVIEW<br>NAPOLEON OH 43545 |
| | **List the contract number of any government contract** | | |
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HENSLER SURGICAL PRODUCTS LLC<br>ATTN: GENERAL COUNSEL<br>2420 SOUTH 17TH ST<br>STE C<br>WILMINGTON NC 28401 |
| | **List the contract number of any government contract** | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE | |
| | **State the term remaining** | POTENTIALLY EXPIRED | HIRT COLL & HOY LTD<br>ATTN: GENERAL COUNSEL<br>PO BOX 303<br>BELLEVUE OH 44811 |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE | |
| | **State the term remaining** | UNDETERMINED | HIRT COLLY & HOY LIMITED<br>ATTN: GENERAL COUNSEL<br>PO BOX 303<br>BELLEVUE OH 44811 |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HL4 CONSULTING LLC<br>ATTN: DARRELL LENTZ<br>2217 CARROLL RD<br>BAY CITY MI 48708 |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HL4 CONSULTING LLC<br>ATTN: GENERAL COUNSEL<br>2217 CARROLL RD<br>BAY CITY MI 48708 |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HL4 CONSULTING LLC<br>ATTN: GENERAL COUNSEL<br>2217 CARROLL RD<br>BAY CITY MI 48708 |
| | **List the contract number of any government contract** | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | HOLOGIC INC ATTN: GENERAL COUNSEL 24506 NETWORK PL CHICAGO IL 60673 |
| | List the contract number of any government contract | 34024 | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | HOLOGIC INC ATTN: GENERAL COUNSEL 24506 NETWORK PLACE CHICAGO IL 60673 |
| | List the contract number of any government contract | | |
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | 36 DAYS | HOOTSUITE INC ATTN: GENERAL COUNSEL 111 EAST 5TH AVE VANCOUVER BC V5T 4LI CANADA |
| | List the contract number of any government contract | Q-419559-1 | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | HOSPITAL CARE GROUP PC ATTN: MARK F DRAPALA, CEO 14417 ILLINOIS RD FORT WAYNE IN 46814 |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | HPM REVENUE CYCLE SERVICES LLC ATTN: GENERAL COUNSEL ATTN: GENERAL COUNSEL 50 CHARLES LINDBERGH BLVD UNIONDALE NY 11553 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HUMANA MILITARY<br>ATTN: GENERAL COUNSEL<br>ATTN: GENERAL COUNSEL<br>450 VETERANS MEMORIAL PKWY<br>STE 7A<br>EAST PROVIDENCE RI 02914 |
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HUNTER CONSULTING COMPANY<br>ATTN: ROSS HUNTER, VICE PRESIDENT<br>6600 CLOUGH PIKE<br>CINCINNATI OH 45244 |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | 25532 | HYLAND SOFTWARE INC<br>ATTN: GENERAL COUNSEL<br>28500 CLEMENS RD<br>WESTLAKE OH 44145 |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | 25002 | HYLAND SOFTWARE INC<br>ATTN: GENERAL COUNSEL<br>28500 CLEMENS RD<br>WESTLAKE OH 44145 |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 11 DAYS | |
| | **List the contract number of any government contract** | 18212_v4 | ICAD INC<br>ATTN: LISA DAVIES, SALES MANAGER<br>98 SPIT BROOK RD<br>STE 100<br>NASHUA NH 03062 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 11 DAYS | |
| | **List the contract number of any government contract** | 39374 | ICAD INC<br>ATTN: GENERAL COUNSEL<br>98 SPIT BROOK RD<br>STE 100<br>NASHUA NH 03062 |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | ICAD INC<br>ATTN: GENERAL COUNSEL<br>98 SPIT BROOK RD<br>NASHUA NH 03062 |
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ICU MEDICAL SALES INC<br>ATTN: CUSTOMER CONTRACTING<br>600 NORTH FIELD DR<br>LAKE FOREST IL 60045 |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ICU MEDICAL SALES INC<br>ATTN: CUSTOMER CONTRACTING<br>600 NORTH FIELD DR<br>LAKE FOREST IL 60045 |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | IMMACILATE CONCEPTION SCHOOL<br>C/O BELLEVUE CITY SCHOOL<br>ATTN: TREASURER<br>125 NORTH ST<br>BELLEVUE OH 44811 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | IMPRIVATA |
| | List the contract number of any government contract | 27452 | ATTN: GENERAL COUNSEL<br>10 MAGUIRE RD<br>BLG 4<br>LEXINGTONMA MA 02421 |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | 146 DAYS | INJOY HEALTH EDUCATION |
| | List the contract number of any government contract | INV350482 | ATTN: GENERAL COUNSEL<br>7107 LA VISTA PL<br>LONGMONT CO 80503 |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | INNOVATIVE MEDICAL SYSTEMS LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>5653 WILLIAMSBURG CIR<br>HUDSON OH 44236 |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | INSIGHT |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>6820 S HARL AVE<br>TEMPE AZ 85283 |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | INSIGHT GLOBAL FINANCE |
| | List the contract number of any government contract | 221105307 | ATTN: GENERAL COUNSEL<br>6820 S HARL AVE<br>TEMPE AZ 85283 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | INSIGHT GLOBAL FINANCE ATTN: GENERAL COUNSEL 6820 S HARL AVE TEMPE AZ 85283 |
| | List the contract number of any government contract | 42943 | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | INSIGHT GLOBAL FINANCE ATTN: GENERAL COUNSEL 6820 S HARL AVE TEMPE AZ 85283 |
| | List the contract number of any government contract | 34101 | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | INSIGHT GLOBAL FINANCE ATTN: GENERAL COUNSEL 6820 S HARL AVE TEMPE AZ 85283 |
| | List the contract number of any government contract | 33417 | |
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | LICENSING AGREEMENT | |
| | State the term remaining | UNDETERMINED | INTELLICURE INC ATTN: GENERAL COUNSEL 2700 RESEARCH FOREST DR THE WOODLANDS TX 77381 |
| | List the contract number of any government contract | 6.01.005166 | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | INTUITIVE SURGICAL INC ATTN: GENERAL COUNSEL 1020 KIFER RD SUNNYVALE CA 94086 |
| | List the contract number of any government contract | 42001176 | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | INTUITIVE SURGICAL INC ATTN: GENERAL COUNSEL 1020 KIFER RD SUNNYVALE CA 94086 |
| | List the contract number of any government contract | 42001176 | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | INTUITIVE SURGICAL INC ATTN: GENERAL COUNSEL 1020 KIFER RD SUNNYVALE CA 94086 |
| | List the contract number of any government contract | 42001176 | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | OTHER AGREEMENT | |
| | State the term remaining | UNDETERMINED | ITX HEALTHCARE LLC ATTN: GENERAL COUNSEL 129 E CRAWFORD ST STE 460 FINDLAY OH 45840 |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | JB ROOFING, A TECTA AMERICA CO LLC ATTN: GENERAL COUNSEL 1480 SOUTH CR TIFFIN OH 44883 |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | JESSICA MARIE RAPP DO ATTN: GENERAL COUNSEL 1 JENNIFER WAY NORWALK OH 44857 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC<br>ATTN: CONTRACT MANAGER, ENTERPRISE CONTRACTING<br>1000 US HWY 202 SOUTH<br>RARITAN NJ 08869 |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | |
| | List the contract number of any government contract | 24485 | JOHNSON CONTROLS FIRE PROTECTION LP<br>ATTN: GENERAL COUNSEL<br>DEPT CH10320<br>PALATINE IL 60055 |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JOHNSON CONTROLS FIRE PROTECTION LP<br>ATTN: GENERAL COUNSEL<br>3661 BRIARFIELD BLVD<br>STE 101<br>MAUMEE OH 43537 |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | |
| | List the contract number of any government contract | | JOINT COMMISSION RESOURCES INC<br>ATTN: GENERAL COUNSEL<br>ONE RENAISSANCE BLVD<br>STE 401<br>OAKBROOK TERRACE IL 60181 |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JUNIPER ADVISORY LLC<br>ATTN: GENERAL COUNSEL<br>110 NORTH WACKER DR<br>STE 2500<br>CHICAGO IL 60606 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | JUNIPER ADVISORY LLC<br>ATTN: GENERAL COUNSEL<br>110 NORTH WACKER DR<br>STE 2500<br>CHICAGO IL 60606 |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | KARASIK AND FAZIO LLC<br>ATTN: DR GREGORY KARASIK<br>157 CENTENNIAL DR<br>BELLEVUE OH 44811 |
| | List the contract number of any government contract | | |
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | KARL STORZ ENDOSCOPY-AMERICA, INC.<br>ATTN: GENERAL COUNSEL<br>2151 E. GRAND AVE<br>EL SEGUNDO CA 90245 |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | KEY INNOVATIONS LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 354<br>LOUISVILLE OH 44641 |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | KEY INNOVATIONS LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 354<br>LOUISVILLE OH 44641 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KROLL RESTRUCTURING ADMINISTRATION LLC ATTN: LEGAL DEPARTMENT 1 WORLD TRADE CENTER, 31ST FLOOR NEW YORK NY 10007 |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KROLL RESTRUCTURING ADMINISTRATION LLC ATTN: GENERAL COUNSEL 1 WORLD TRADE CENTER 31ST FLOOR NEW YORK NY 10007 |
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | 35915 | KRONOS INC ATTN: GENERAL COUNSEL PO BOX 845765 BOSTON MA 02284 |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KRONOS INC ATTN: GENERAL COUNSEL 900 CHELMSFORD STREET LOWELL MA 01851 |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KRONOS INC ATTN: GENERAL COUNSEL 900 CHELMSORD STREET LOWELL MA 01851 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | KRONOS INC<br>ATTN: GENERAL COUNSEL<br>900 CHELMSFORD STREET<br>LOWELL MA 01851 |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LABORATORY CORPORATION OF AMERICA HOLDINGS<br>ATTN: GENERAL COUNSEL<br>531 SOUTH SPRING ST<br>BURLINGTON NC 27215 |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LABORATORY SUPPLY COMPANY<br>ATTN: GENERAL COUNSEL<br>4310 CHEFS WAY<br>STE 102<br>LOUISVILLE KY 40218 |
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LABORATORY SUPPLY COMPANY<br>ATTN: GENERAL COUNSEL<br>4310 CHEFS WAY<br>STE 102<br>LOUISVILLE KY 40218 |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LAKE BUSINESS PRODUCTS INC<br>ATTN: GENERAL COUNSEL<br>653 MINER RD<br>HIGHLAND HEIGHTS OH 44143 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LEROY R EBERLY MD ATTN: GENERAL COUNSEL 9052 PARKVIEW COURT LAKESIDE OH 43440 |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 1,261 DAYS | |
| | **List the contract number of any government contract** | | LIFE SAFETY ENTERPRISES INC ATTN: GENERAL COUNSEL 4699 HAMANN PKWY WILLOUGHBY OH 44094 |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LIFE SAFETY SYSTEMS LLC ATTN: GENERAL COUNSEL 10143 ROYALTON RD STE R NORTH ROYALTON OH 44133 |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LIFESTYLES ATTN: GENERAL COUNSEL 30 PONDS SIDE DR FREMONT OH 43420 |
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LUMENIS BE INC ATTN: GENERAL COUNSEL 2077 GATEWAY PL STE 300 SAN JOSE CA 95110 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
| | **State the term remaining** | POTENTIALLY EXPIRED |
| | **List the contract number of any government contract** | 35413 |

LUMENIS INC
ATTN: GENERAL COUNSEL
5302 BETSY ROSS DR
SANTA CLARA CA 95054

| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
|---|---|---|
| | **State the term remaining** | POTENTIALLY EXPIRED |
| | **List the contract number of any government contract** | |

LUMENIS INC
ATTN: GENERAL COUNSEL
5302 BETSY ROSS DRIVE
SANTA CLARA CA 95054

| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
|---|---|---|
| | **State the term remaining** | POTENTIALLY EXPIRED |
| | **List the contract number of any government contract** | 35414 |

LUMENIS INC
ATTN: GENERAL COUNSEL
5302 BETSY ROSS DR
SANTA CLARA CA 95054

| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
|---|---|---|
| | **State the term remaining** | POTENTIALLY EXPIRED |
| | **List the contract number of any government contract** | |

LUMENIS INC
ATTN: GENERAL COUNSEL
5302 BETSY ROSS DR
SANTA CLARA CA 95054

| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
|---|---|---|
| | **State the term remaining** | POTENTIALLY EXPIRED |
| | **List the contract number of any government contract** | 45277 |

LUMENIS INC
ATTN: GENERAL COUNSEL
5302 BETSY ROSS DR
SANTA CLARA CA 95054

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | LYNX EMS LLC<br>ATTN: GENERAL COUNSEL<br>4700 ASHWOOD DR<br>STE 200<br>CINCINNATI OH 45241 |
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | MACRO HELIX LLC<br>ATTN: GENERAL COUNSEL<br>2 NATIONAL DATA PLAZA<br>4TH FLOOR<br>ATLANTA GA 30329 |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | MACRO HELIX LLC<br>ATTN: GENERAL COUNSEL<br>2 NATIONAL DATA PLAZA, 4TH FLOOR<br>ATLANTA GA 30329 |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | OPERATING AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | MAGRUDER HOSPITAL<br>ATTN: GENERAL COUNSEL<br>615 FULTON ST<br>PORT CLINTON OH 43452 |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | |
| | List the contract number of any government contract | | MAGRUDER HOSPITAL<br>ATTN: GENERAL COUNSEL<br>615 FULTON STREET<br>PORT CLINTON OH 43452 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE | |
| | **State the term remaining** | UNDETERMINED | MAILFINANCE INC ATTN: GENERAL COUNSEL 478 WHEELERS FARMS RD MILFORD CT 06461 |
| | **List the contract number of any government contract** | | |
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | MARC NADERER MD ATTN: GENERAL COUNSEL 402 WEST MCPHERSON HWY CLYDE OH 43410 |
| | **List the contract number of any government contract** | | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | MARC NADERER MD ATTN: GENERAL COUNSEL 402 WEST MCPHERSON HWY CLYDE OH 43410 |
| | **List the contract number of any government contract** | | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | |
| | **State the term remaining** | 68 DAYS | MARC NADERER MD ATTN: GENERAL COUNSEL 1400 WEST MAIN ST BELLEVUE OH 44811 |
| | **List the contract number of any government contract** | | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MARC NADERER MD ATTN: GENERAL COUNSEL 1400 WEST MAIN ST BELLEVUE OH 44811 |
| | **List the contract number of any government contract** | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MARC NADERER MD |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 1400 WEST MAIN ST BELLEVUE OH 44811 |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | |
| | **State the term remaining** | 694 DAYS | MARC NADERER MD |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 1400 WEST MAIN ST BELLEVUE OH 44811 |
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | MARCO HELIX LLC |
| | **List the contract number of any government contract** | 39407 | ATTN: GENERAL COUNSEL PO BOX 742256 ATLANTA GA 30374 |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MATRIX RISK MANAGEMENT SERVICES LLC |
| | **List the contract number of any government contract** | NIS2036 01 | ATTN: GENERAL COUNSEL 125 PRESUMPSCOT ST FALMOUTH ME 04105 |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | MCG HEALTH LLC |
| | **List the contract number of any government contract** | 43595 | ATTN: GENERAL COUNSEL 701 FIFTH AVE ST 4900 SEATTLE WA 98104 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MCG HEALTH LLC<br>ATTN: CONTRACTS DEPT<br>901 FIFTH AVE<br>STE 2000<br>SEATTLE WA 98164 |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MCKESSON LAB SERVICES<br>ATTN: GENERAL COUNSEL<br>9954 MAYLAND DR<br>STE 4000<br>RICHMOND VA 23233 |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MCKESSON MEDICAL-SURGICAL INC<br>ATTN: GENERAL COUNSEL<br>9954 MAYLAND DR<br>STE 4000<br>RICHMOND VA 23233 |
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MCKESSON MEDICAL-SURGICAL INC<br>ATTN: GENERAL COUNSEL<br>1951 BISHOP LANE SUITE 300<br>LOUISVILLE KY 40218 |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 1,196 DAYS | |
| | **List the contract number of any government contract** | | MCKESSON MEDICAL-SURGICAL INC<br>ATTN: GENERAL COUNSEL<br>9954 MAYLAND DR<br>STE 4000<br>RICHMOND VA 23233 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MEDACIST SOLUTIONS GROUP LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 892<br>CHESHIRE CT 06410 |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MEDACIST SOLUTIONS GROUP LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 892<br>CHESHIRE CT 06410 |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MEDACIST SOLUTIONS GROUP LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 892<br>CHESHIRE CT 06410 |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MEDALIST MANAGEMENT LLC<br>ATTN: GENERAL COUNSEL<br>540 OFFICENTER<br>STE 150<br>GAHANNA OH 43230 |
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MEDIALAB SOLUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 847635<br>BOSTON MA 02284 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MEDICAL INFORMATION TECHNOLOGY INC ATTN: GENERAL COUNSEL 7 BLUE HILL RIVER RD CANTON MA 02021 |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MEDICAL MUTUAL OF OHIO ATTN: GENERAL COUNSEL 2060 EAST NINTH ST CLEVELAND OH 44115 |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MEDICAL MUTUAL OF OHIO ATTN: GENERAL COUNSEL 2060 EAST NINTH ST CLEVELAND OH 44115 |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | OTHER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MEDICAL MUTUAL OF OHIO ATTN: GENERAL COUNSEL 2060 EAST NINTH ST CLEVELAND OH 44115 |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MEDICAL MUTUAL OF OHIO ATTN: GENERAL COUNSEL 2060 EAST NINTH ST CLEVELAND OH 44115 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | MEDICAL SOLUTION PROFESSIONALS ATTN: GENERAL COUNSEL 540 OFFICE CENTER PL GAHANNA OH 43230 |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | MEDKEEPER ATTN: GENERAL COUNSEL 1860 BLAKE ST STE B101 DENVER CO 80202 |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | |
| | List the contract number of any government contract | | MEDLINE INDUSTRIES HOLDINGS LP ATTN: ALEX LIBERMAN, GENERAL COUNSEL THREE LAKES DR NORTHFIELD IL 60093 |
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | MEDLINE INDUSTRIES HOLDINGS LP ATTN: GENERAL COUNSEL THREE LAKES DR NORTHFIELD IL 60093 |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | MEDLINE INDUSTRIES INC ATTN: GENERAL COUNSEL THREE LAKES DR NORTHFIELD IL 60093 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MEDLINE INDUSTRIES LP ATTN: ALEX LIBERMAN, GENERAL COUNSEL THREE LAKES DR NORTHFIELD IL 60093 |
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MEDLINE INDUSTRIES LP ATTN: GENERAL COUNSEL THREE LAKES DR NORTHFIELD IL 60093 |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | 43922 | MEDPIPE MAINTENANCE ATTN: GENERAL COUNSEL PO BOX 541 102 FREEDOM DR LAWRENCE PA 15055 |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MEDPIPE MAINTENANCE ATTN: GENERAL COUNSEL 102 FREEDOM DR LAWRENCE PA 15055 |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | 43922 | MEDPIPE MAINTENANCE ATTN: GENERAL COUNSEL PO BOX 541 102 FREEDOM DR LAWRENCE PA 15055 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest**    SERVICES AGREEMENT | |
| | **State the term remaining**    POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | MEDPIPE MAINTENANCE<br>ATTN: GENERAL COUNSEL<br>102 FREEDOM DR<br>LAWRENCE PA 15055 |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest**    SERVICES AGREEMENT | |
| | **State the term remaining**    UNDETERMINED | |
| | **List the contract number of any government contract**    #30804 | MEDPIPE MAINTENANCE<br>ATTN: GENERAL COUNSEL<br>PO BOX 541<br>LAWRENCE PA 15055 |
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest**    SERVICES AGREEMENT | |
| | **State the term remaining**    POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | MEDTRONIC USA INC<br>ATTN: GENERAL COUNSEL<br>180 INTERNATIONAL DR<br>PORTSMOUTH NH 03801 |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest**    OPERATING AGREEMENT | |
| | **State the term remaining**    UNDETERMINED | |
| | **List the contract number of any government contract** | MEMORIAL HOSPITAL<br>ATTN: GENERAL COUNSEL<br>715 S TAFT AVE<br>FREMONT OH 43420 |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest**    OPERATING AGREEMENT | |
| | **State the term remaining**    UNDETERMINED | |
| | **List the contract number of any government contract** | MEMORIAL HOSPITAL<br>ATTN: GENERAL COUNSEL<br>715 S TAFT AVE<br>FREMONT OH 43420 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT | |
| | **State the term remaining** UNDETERMINED | MEMORIAL PROFESSIONAL SERVICES PROMEDICA EAP ATTN: VICE PRESIDENT, OPERATIONS 100 MADISON AVE TOLEDO OH 43604 |
| | **List the contract number of any government contract** | |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT | |
| | **State the term remaining** UNDETERMINED | MEMORIAL PROFESSIONAL SERVICES LTD ATTN: VICE PRESIDENT, OPERATIONS PROMEDICA EMPLOYEE ASSISTANCE PROGRAM 100 MADISON AVE TOLEDO OH 43604 |
| | **List the contract number of any government contract** | |
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT | |
| | **State the term remaining** POTENTIALLY EXPIRED | MERGE HEALTHCARE SOLUTIONS INC ATTN: GENERAL COUNSEL 900 WALNUT RIDGE DR HARTLAND WI 53029 |
| | **List the contract number of any government contract** 44399 | |
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT | |
| | **State the term remaining** POTENTIALLY EXPIRED | MERGE HEALTHCARE SOLUTIONS INC ATTN: GENERAL COUNSEL 900 WALNUT RIDGE DR HARTLAND WI 53029 |
| | **List the contract number of any government contract** 44399 | |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT | |
| | **State the term remaining** POTENTIALLY EXPIRED | MERGE HEALTHCARE SOLUTIONS INC ATTN: GENERAL COUNSEL 900 WALNUT RIDGE DR HARTLAND WI 53029 |
| | **List the contract number of any government contract** 28536 | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | Q-53881-1 | MERGE HEALTHCARE SOLUTIONS INC<br>ATTN: GENERAL COUNSEL<br>900 WALNUT RIDGE DR<br>HARTLAND WI 53029 |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | U-21252 | MERGE HEALTHCARE SOLUTIONS INC<br>ATTN: GENERAL COUNSEL<br>900 WALNUT RIDGE DR<br>HARTLAND WI 53029 |
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | 35237 | MGC DIAGNOSTICS CORPORATION<br>ATTN: GENERAL COUNSEL<br>350 OAK GROVE PKWY<br>ST PAUL MN 55127 |
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | 35237 | MGC DIAGNOSTICS CORPORATION<br>ATTN: GENERAL COUNSEL<br>350 OAK GROVE PKWY<br>ST PAUL MN 55127 |
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | 40435 | MGC DIAGNOSTICS CORPORATION<br>ATTN: GENERAL COUNSEL<br>350 OAK GROVE PKWY<br>ST PAUL MN 55127 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | MGC DIAGNOSTICS CORPORATION ATTN: GENERAL COUNSEL 350 OAK GROVE PKWY ST PAUL MN 55127 |
| | **List the contract number of any government contract** | 40435 | |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MICROAIRE SURGICAL INSTRUMENTS LLC ATTN: GENERAL COUNSEL 3590 GRAND FORKS BLVD CHARLOTTESVILLE VA 22911 |
| | **List the contract number of any government contract** | | |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MILLENNIA PATIENT SERVICES LLC ATTN: GENERAL COUNSEL 5000 CENTREGREEN WAY STE 100 CARY NC 27513 |
| | **List the contract number of any government contract** | | |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MILLENNIA PATIENT SERVICES LLC D/B/A MILLENIA ATTN: GENERAL COUNSEL 5000 CENTREGREEN WAY STE 100 CARY NC 27513 |
| | **List the contract number of any government contract** | | |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MOLINA HEALTHCARE OF OHIO INC ATTN: GENERAL COUNSEL 200 OCEANGATE STE 100 LONG BEACH CA 90802 |
| | **List the contract number of any government contract** | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | MOLINA HEALTHCARE OF OHIO INC ATTN: GENERAL COUNSEL 200 OCEANGATE STE 100 LONG BEACH CA 90802 |
| | List the contract number of any government contract | | |
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | MOLINA HEALTHCARE OF OHIO INC ATTN: PRESIDENT/CEO 8101 N HIGH ST STE 180 COLUMBUS OH 43235 |
| | List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | NANOSONICS INC ATTN: GENERAL COUNSEL 7205 E 87TH ST INDIANAPOLIS IN 46256 |
| | List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | NATIONWIDE LIFE INSURANCE COMPANY ATTN: GENERAL COUNSEL ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| | List the contract number of any government contract | NIS2036 01 | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE | |
| | State the term remaining | UNDETERMINED | NATIONWIDE LIFE INSURANCE COMPANY ATTN: GENERAL COUNSEL ONE NATIONWIDE PLAZA COLUMBUS OH 43215 |
| | List the contract number of any government contract | NIS 2036.01 | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | NAVEX GLOBAL INC ATTN: GENERAL COUNSEL 5500 MEADOWS RD STE 500 LAKE OSWEGO OR 97035 |
| | List the contract number of any government contract | 445726 | |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | NIHON KOHDEN ATTN: GENERAL COUNSEL 15353 BARRANCA PKWY IRVINE CA 92618 |
| | List the contract number of any government contract | | |
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | NIHON KOHDEN ATTN: GENERAL COUNSEL 15353 BARRANCA PKWY IRVINE CA 92618 |
| | List the contract number of any government contract | | |
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE | |
| | State the term remaining | UNDETERMINED | NOMS HEALTHCARE ATTN: JOSHUA FREDERICK, PRESIDENT & CEO ADMINISTRATIVE SERVICES 3008 HAYES AVE SANDUSKY OH 44870 |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | NORTH COAST HEALTHCARE COLLABORATIVE LLC ATTN: GENERAL COUNSEL 1111 HAYES AVE SANDUSKY OH 44870 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | 694 DAYS | NORTH COAST PROFESSIONAL COMPANY D/B/A FIRELANDS PHYSICIAN GROUP ATTN: GENERAL COUNSEL 1111 HAYES AVE SANDUSKY OH 44870 |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | NORTHERN LITHO OHIO ATTN: GENERAL COUNSEL A DELAWARE LIMITED LIABILITY COMPANY 9010 STRADA STELL COURT STE 103 NAPLES FL 34109 |
| | List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE | |
| | State the term remaining | UNDETERMINED | NORTHERN OHIO MEDICAL SPECIALISTS LLC ATTN: GENERAL COUNSEL 102 COMMERCE PARK DR STE C BELLEVUE OH 44811 |
| | List the contract number of any government contract | | |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | NORTHERN OHIO MEDICAL SPECIALISTS LLC ATTN: GENERAL COUNSEL 102 COMMERCE PARK DR STE C BELLEVUE OH 44811 |
| | List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | PROMISSORY NOTE AGREEMENT | |
| | State the term remaining | UNDETERMINED | NORTHERN OHIO MEDICAL SPECIALISTS LLC ATTN: GENERAL COUNSEL 102 COMMERCE PARK DR STE C BELLEVUE OH 44811 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NORTHERN OHIO MEDICAL SPECIALISTS LLC ATTN: GENERAL COUNSEL 102 COMMERCE PARK DR STE C BELLEVUE OH 44811 |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NORTHERN OHIO MEDICAL SPECIALISTS LLC ATTN: PRESIDENT & CEO 3004 HAYES AVE SANDUSKY OH 44870 |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NORTHERN OHIO MEDICAL SPECIALISTS LLC ATTN: GENERAL COUNSEL 102 COMMERCE PARK DR STE C BELLEVUE OH 44811 |
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NORTHERN OHIO MEDICAL SPECIALISTS LLC ATTN: GENERAL COUNSEL 102 COMMERCE PARK DR STE C BELLEVUE OH 44811 |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NORTHERN OHIO MEDICAL SPECIALISTS LLC ATTN: GENERAL COUNSEL 102 COMMERCE PARK DR STE C BELLEVUE OH 44811 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NORTHERN OHIO MEDICAL SPECIALISTS LLC ATTN: GENERAL COUNSEL 102 COMMERCE PARK DR STE C BELLEVUE OH 44811 |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NORTHERN OHIO MEDICAL SPECIALISTS LLC ATTN: GENERAL COUNSEL 102 COMMERCE PARK DR STE C BELLEVUE OH 44811 |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | NORTHWEST OHIO SHARED SERVICES ATTN: GENERAL COUNSEL 3230 CENTRAL PARK WEST DR STE 206 TOLEDO OH 43617 |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NORTHWEST OHIO SHARED SERVICES ATTN: GENERAL COUNSEL 3230 CENTRAL PARK WEST DR STE 206 TOLEDO OH 43617 |
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NORWALK AREA HEALTH SYSTEMS INC ATTN: GENERAL COUNSEL FISHER - TITUS HEALTH 272 BENEDICT AVE NORWALK OH 44857 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | NUANCE COMMUNICATIONS INC<br>ATTN: GENERAL COUNSEL<br>1 WAYSIDE RD<br>BURLINGTON MA 01803 |
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NUVASIVE CLINICAL SERVICES MONITORING INC<br>ATTN: GENERAL COUNSEL<br>10275 LITTLE PATUXENT PKWY<br>STE 300<br>COLUMBIA MD 21044 |
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NUVASIVE CLINICAL SERVICES MONITORING INC<br>ATTN: LEGAL AFFAIRS<br>10275 LITTLE PATUXENT PKWY<br>STE 300<br>COLUMBIA MD 21044 |
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | 00600BIO- | OE MEYER CO<br>ATTN: GENERAL COUNSEL<br>3303 TIFFIN AVE<br>SANDUSKY OH 44870 |
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | OE MEYER CO<br>ATTN: GENERAL COUNSEL<br>3303 TIFFIN AVE<br>SANDUSKY OH 44870 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** UNDETERMINED | OE MEYER CO ATTN: GENERAL COUNSEL 3303 TIFFIN AVE SANDUSKY OH 44870 |
| | **List the contract number of any government contract** | |
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT | |
| | **State the term remaining** POTENTIALLY EXPIRED | OEC MEDICAL SYSTEMS INC, A GE HEALTHCARE BUSINESS ATTN: GENERAL COUNSEL 5517 COLLECTIONS CENTER DR CHICAGO IL 60693 |
| | **List the contract number of any government contract** 42791 | |
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT | |
| | **State the term remaining** UNDETERMINED | OHIO CAT ATTN: GENERAL COUNSEL 3993 E ROYALTON RD BROADVIEW HEIGHTS OH 44147 |
| | **List the contract number of any government contract** 1481180-1 | |
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT | |
| | **State the term remaining** UNDETERMINED | OHIO DEPARTMENT OF HEALTH ATTN: GENERAL COUNSEL BUREAU OF HEALTH IMPROVEMENT AND WELLNESS 246 NORTH HIGH ST COLUMBUS OH 43215 |
| | **List the contract number of any government contract** 39358 | |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT | |
| | **State the term remaining** UNDETERMINED | OHIO HEALTH CHOICE INC ATTN: GENERAL COUNSEL PO BOX 2090 AKRON OH 44309 |
| | **List the contract number of any government contract** | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | OTHER AGREEMENT | |
| | State the term remaining | UNDETERMINED | OHIO UNIVERSITY HERITAGE COLLEGE OF OSTEOPATHIC MEDICINE ATTN: GENERAL COUNSEL HERITAGE HALL 1 OHIO UNIVERSITY ATHENS OH 45701 |
| | List the contract number of any government contract | | |
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | OHIO UNIVERSITY ON BEHALF OF THE OHIO UNIVERSITY HERITAGE COLLEGE OF OSTEOPATHIC MEDICINE ATTN: GENERAL COUNSEL OFFICE OF THE EXECUTIVE DEAN HERITAGE HALL 1 OHIO UNIVERSITY ATHENS OH 45701 |
| | List the contract number of any government contract | | |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | OLAH HEALTHCARE TECHNOLOGY LLC ATTN: GENERAL COUNSEL 4215 WORTH AVE STE 310 COLUMBUS OH 43219 |
| | List the contract number of any government contract | | |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | OLYMPUS AMERICA INC ATTN: GENERAL COUNSEL 48 WOERD AVE WALTHAM MA 02453 |
| | List the contract number of any government contract | 44081 | |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | OLYMPUS AMERICA INC ATTN: GENERAL COUNSEL 48 WOERD AVE WALTHAM MA 02453 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | OLYMPUS AMERICA INC ATTN: GENERAL COUNSEL 48 WOERD AVE WALTHAM MA 02453 |
| | **List the contract number of any government contract** | 44081 | |
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | OLYMPUS AMERICA INC ATTN: GENERAL COUNSEL 48 WOERD AVE WALTHAM MA 02453 |
| | **List the contract number of any government contract** | 36467 | |
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | OLYMPUS AMERICA INC ATTN: GENERAL COUNSEL 3500 CORPORATE PKWY CENTER VALLEY PA 18034 |
| | **List the contract number of any government contract** | 28894 | |
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | OLYMPUS AMERICA INC ATTN: GENERAL COUNSEL 3500 CORPORATE PARKWAY CENTER VALLEY PA 18034 |
| | **List the contract number of any government contract** | | |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE | |
| | **State the term remaining** | POTENTIALLY EXPIRED | OLYMPUS AMERICA INC ATTN: GENERAL COUNSEL 3500 CORPORATE PARKWAY CENTER VALLEY PA 18034 |
| | **List the contract number of any government contract** | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | OLYMPUS AMERICA INC |
| | List the contract number of any government contract | Q-00965447 | ATTN: SERVICE CONTRACTS REAM 3500 CORPORATE PKWY CENTER VALLEY PA 18034 |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | OLYMPUS AMERICA INC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 3500 CORPORATE PKWY PO BOX 610 CENTER VALLEY PA 18034 |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | OLYMPUS AMERICA INC |
| | List the contract number of any government contract | Q-01242810 | ATTN: SERVICE CONTRACTS TEAM 3500 CORPORATE PKWY CENTER VALLEY PA 18034 |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | OLYMPUS AMERICA INC |
| | List the contract number of any government contract | Q-01242810 | ATTN: SERVICE CONTRACTS TEAM 3500 CORPORATE PKWY CENTER VALLEY PA 18034 |
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | OLYMPUS FINANCIAL SERVICES |
| | List the contract number of any government contract | 28893 | ATTN: GENERAL COUNSEL PO BOX 200183 PITTSBURGH PA 15251 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | OLYMPUS FINANCIAL SERVICES |
| | **List the contract number of any government contract** | 28888 | ATTN: GENERAL COUNSEL PO BOX 200183 PITTSBURGH PA 15251 |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | OMPC LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 809 GLENEAGLES CT STE 100 TOWSON MD 21286 |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | OMPC LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 809 GLENEAGLES CT STE 100 TOWSON MD 21286 |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | OTHER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | OPTUM |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 11000 OPTUM CIR EDEN PRAIRIE MN 55344 |
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | OTHER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | OPTUM |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 11000 OPTUM CIR EDEN PRAIRIE MN 55344 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | OPTUMHEALTH CARE SOLUTIONS LLC ATTN: CONTRACTS ADMINISTRATION 11000 OPTUM CIR EDEN PRAIRIE MN 55344 |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | ORGANOGENESIS INC ATTN: GENERAL COUNSEL 10933 NORTH TORREY PINES RD LA JOLLA CA 92037 |
| | List the contract number of any government contract | | |
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE | |
| | State the term remaining | UNDETERMINED | ORGANOGENESIS INC ATTN: GENERAL COUNSEL 10933 NORTH TORREY PINES RD LA JOLLA CA 92037 |
| | List the contract number of any government contract | | |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | ORTHO-CLINICAL DIAGNOSTICS INC ATTN: GENERAL COUNSEL 1001 US ROUTE 202 RARITAN NJ 08869 |
| | List the contract number of any government contract | | |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE/SALE AGREEMENT | |
| | State the term remaining | UNDETERMINED | ORTHO-CLINICAL DIAGNOSTICS INC ATTN: GENERAL COUNSEL 1001 US ROUTE 202 RARITAN NJ 08869 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ORTHO-CLINICAL DIAGNOSTICS INC ATTN: GENERAL COUNSEL 1001 US ROUTE 202 RARITAN NJ 08869 |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ORTHO-CLINICAL DIAGNOSTICS INC ATTN: GENERAL COUNSEL 1001 US ROUTE 202 RARITAN NJ 08869 |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ORTHOPAEDIC INSTITUTE OF OHIO INC ATTN: PRESIDENT 801 MEDICAL DR STE A LIMA OH 45804 |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ORTHOPAEDIC INSTITUTE OF OHIO INC ATTN: GENERAL COUNSEL 801 MEDICAL DR STE A LIMA OH 45804 |
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ORTHOPAEDIC INSTITUTE OF OHIO INC ATTN: GENERAL COUNSEL 801 MEDICAL DR STE A LIMA OH 45804 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | ORTHOPAEDIC INSTITUTE OF OHIO INC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 801 MEDICAL DR STE A LIMA OH 45804 |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | PAIN MANAGEMENT GROUP LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 123 EAST CRAWFORD ST FINDLAY OH 45840 |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | PAIN MANAGEMENT GROUP LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 123 EAST CRAWFORD ST FINDLAY OH 45840 |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | PAIN MANAGEMENT GROUP LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL C/O JOHN L BOOKMYER 123 E CRAWFORD ST FINDLAY OH 45840 |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | PAR EXCELLENCE SYSTEMS INC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 11500 NORTHLAKE DR CINCINNATI OH 45249 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT | |
| | **State the term remaining** UNDETERMINED | |
| | **List the contract number of any government contract** | PAR EXCELLENCE SYSTEMS INC ATTN: GENERAL COUNSEL 11500 NORTHLAKE DR CINCINNATI OH 45249 |
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT | |
| | **State the term remaining** UNDETERMINED | |
| | **List the contract number of any government contract** | PAR EXCELLENCE SYSTEMS INC ATTN: GENERAL COUNSEL 11500 NORTHLAKE DR CINCINNATI OH 45249 |
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT | |
| | **State the term remaining** UNDETERMINED | |
| | **List the contract number of any government contract** | PAR EXCELLENCE SYSTEMS INC ATTN: GENERAL COUNSEL 11500 NORTHLAKE DR CINCINNATI OH 45249 |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | PARAGON 28 INC ATTN: GENERAL COUNSEL 14445 GRASSLANDS DR ENGLEWOOD CO 80112 |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT | |
| | **State the term remaining** POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | PARAGON 28, INC ATTN: GENERAL COUNSEL 14445 GRASSLANDS DR ENGLEWOOD CO 80112 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PARAMOUNT CARE INC<br>ATTN: GENERAL COUNSEL<br>1901 INDIAN WOOD CIR<br>MAUMEE OH 43537 |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PARAMOUNT CARE INC<br>ATTN: PRESIDENT<br>1901 INDIAN WOOD CIR<br>MAUMEE OH 43537 |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | OTHER AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PARAMOUNT HEALTHCARE<br>ATTN: GENERAL COUNSEL<br>1901 INDIAN WOOD CIR<br>MAUMEE OH 43537 |
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | |
| | List the contract number of any government contract | | PARK PLACE TECHNOLOGIES LLC<br>ATTN: GENERAL COUNSEL<br>5910 LANDERBROOK DR<br>STE 300<br>MAYFIELD HEIGHTS OH 44124 |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | 1,606 DAYS | |
| | List the contract number of any government contract | 45308 | PEM FILINGS<br>ATTN: GENERAL COUNSEL<br>50 WATERBURY RD<br>STE 357<br>PROSPECT CT 06712 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | PERFORMANCE HEALTH |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>28100 TORCH PARKWAY SUITE 700<br>WARRENVILLE IL 60555 |
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | PERRY PROTECH |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>1089 FAIRINGTON DR<br>SIDNEY OH 45365 |
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | PERRY PROTECH |
| | **List the contract number of any government contract** | 29942 | ATTN: GENERAL COUNSEL<br>1089 FAIRINGTON DR<br>SIDNEY OH 45365 |
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE | |
| | **State the term remaining** | POTENTIALLY EXPIRED | PERRY PROTECH |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>1089 FAIRINGTON DR<br>SIDNEY OH 45365 |
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 82 DAYS | PERRY'S PLANTATION INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>1400 SENECA INDUSTRIAL PKWY<br>BELLEVUE OH 44811 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | PETER HIGHLANDER DPM ATTN: GENERAL COUNSEL 217 YORKSHIRE PL BELLEVUE OH 44811 |
| | List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | PF2 EIS LLC ATTN: CONTRACT OPERATIONS 5995 WINDWARD PKWY ALPHARETTA GA 30005 |
| | List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | PHILIPS HEALTHCARE ATTN: GENERAL COUNSEL PO BOX 3003 BOTHELL WA 98041 |
| | List the contract number of any government contract | 32868 | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | PHILIPS HEALTHCARE ATTN: GENERAL COUNSEL 22100 OTHELL EVERETT HIGHWAY BOTHELL WA 98041 |
| | List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | PHILIPS HEALTHCARE ATTN: GENERAL COUNSEL 22100 BOTHELL EVERETT HIGHWAY BOTHELL WA 98041 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PHILIPS HEALTHCARE ATTN: GENERAL COUNSEL ANDOVER BUSINESS CENTER / MS0400 3000 MINUTEMAN ROAD ANDOVER MA 01810 |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PIRAMAL CRITICAL CARE INC ATTN: GENERAL COUNSEL 3950 SCHELDEN CIR BETHLEHEM PA 18017 |
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PIRAMAL CRITICAL CARE INC ATTN: GENERAL COUNSEL 3950 SCHELDEN CIR BETHLEHEM PA 18017 |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE | |
| | State the term remaining | 581 DAYS | |
| | List the contract number of any government contract | 0040139613 | PITNEY BOWES INC ATTN: GENERAL COUNSEL PO BOX 371887 PITTSBURGH PA 15250 |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PITNEY BOWES INC ATTN: GENERAL COUNSEL PO BOX 371887 PITTSBURGH PA 15250 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | POOL LABORATORY ALLIANCE LLC<br>ATTN: GENERAL COUNSEL<br>1000 E 80TH PLACE<br>STE 700<br>MERRILLVILLE IN 46410 |
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 549 DAYS | |
| | **List the contract number of any government contract** | 00002268- | POSEY PRODUCTS LLC<br>ATTN: CONTRACTS DEPARTMENT<br>570 ENTERPRISE DR<br>NEENAH WI 54956 |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | POWER DMS<br>ATTN: GENERAL COUNSEL<br>PO BOX 2468<br>ORLANDO FL 32802 |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | 24475 | POWER DMS<br>ATTN: GENERAL COUNSEL<br>PO BOX 2468<br>ORLANDO FL 32802 |
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | Q-16001 | POWERDMS<br>ATTN: GENERAL COUNSEL<br>101 S. GARLAND AVE. STE 300<br>ORLANDO FL 32801 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PRECISION RADIOLOGY INC<br>ATTN: MARK A BUEHLER II, MD, PRESIDENT<br>PO BOX 527<br>SANDUSKY OH 44871 |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PRECISION RADIOLOGY INC<br>ATTN: MARK A BUEHLER II, MD, PRESIDENT<br>PO BOX 527<br>SANDUSKY OH 44871 |
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER HEALTHCARE ALLIANCE LP<br>ATTN: PRESIDENT<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER HEALTHCARE ALLIANCE LP<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER HEALTHCARE ALLIANCE LP<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER HEALTHCARE ALLIANCE LP<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER HEALTHCARE ALLIANCE LP<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER HEALTHCARE ALLIANCE LP<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER HEALTHCARE ALLIANCE LP<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER HEALTHCARE ALLIANCE LP<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | PREMIER HEALTHCARE ALLIANCE LP<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | PREMIER HEALTHCARE ALLIANCE LP<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | PREMIER HEALTHCARE ALLIANCE LP<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |
| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | PREMIER HEALTHCARE ALLIANCE LP<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | PREMIER HEALTHCARE ALLIANCE LP<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER HEALTHCARE ALLIANCE LP ATTN: GENERAL COUNSEL 13034 BALLANTYNE CORPORATE PL CHARLOTTE NC 28277 |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER HEALTHCARE ALLIANCE LP ATTN: GENERAL COUNSEL 13034 BALLANTYNE CORPORATE PL CHARLOTTE NC 28277 |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER HEALTHCARE ALLIANCE LP ATTN: GENERAL COUNSEL 13034 BALLANTYNE CORPORATE PL CHARLOTTE NC 28277 |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER HEALTHCARE ALLIANCE LP ATTN: GENERAL COUNSEL 13034 BALLANTYNE CORPORATE PL CHARLOTTE NC 28277 |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER HEALTHCARE ALLIANCE LP ATTN: GENERAL COUNSEL 13034 BALLANTYNE CORPORATE PL CHARLOTTE NC 28277 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER HEALTHCARE ALLIANCE LP<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER HEALTHCARE ALLIANCE LP, F/K/A PREMIER PURCHASING PARTNERS LP<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER INC<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER INC<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PREMIER INC<br>ATTN: GENERAL COUNSEL<br>13034 BALLANTYNE CORPORATE PL<br>CHARLOTTE NC 28277 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | PRESS GANEY ASSOCIATES INC<br>ATTN: GENERAL COUNSEL<br>404 COLUMBIA PL<br>SOUTH BEND IN 46601 |
| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PRESS GANEY ASSOCIATES INC<br>ATTN: CONTRACTS DEPT<br>404 COLUMBIA PL<br>SOUTH BEND IN 46601 |
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PRESS GANEY ASSOCIATES LLC<br>ATTN: GENERAL COUNSEL<br>BOX 88335<br>MILWAUKEE WI 53288 |
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | 38977 | PROGNOCIS<br>ATTN: GENERAL COUNSEL<br>4010 MOORPARK AVE<br>STE 222<br>SAN JOSE CA 95117 |
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PROMEDICA PHYSICIAN GROUP INC<br>ATTN: GENERAL COUNSEL<br>100 MADISON AVE<br>TOLEDO OH 43604 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | REAL ESTATE LEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PROMEDICA PHYSICIAN GROUP INC<br>ATTN: GENERAL COUNSEL<br>100 MADISON AVE<br>TOLEDO OH 43604 |
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PROMEDICA TOLEDO CHILDREN'S HOSPITAL<br>ATTN: GENERAL COUNSEL<br>2142 NORTH COVE BLVD<br>TOLEDO OH 43606 |
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PROVISION SECURITY SOLUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>111 WEIR DR<br>WOODBURY MN 55125 |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | QUADAX INC<br>ATTN: CHIEF OPERATING OFFICER<br>7500 OLD OAK BLVD<br>CLEVELAND OH 44130 |
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | QUADAX INC<br>ATTN: ATTN: ANTHONY W PETRAS, CHIEF OPERATING OFFICER<br>7500 OLD OAK BLVD<br>CLEVELAND OH 44130 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | QUIDEL CORPORATION<br>ATTN: GENERAL COUNSEL<br>9975 SUMMERS RIDGE RD<br>SAN DIEGO CA 92121 |
| | **List the contract number of any government contract** | | |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | QUIDEL CORPORATION<br>ATTN: GENERAL COUNSEL<br>9975 SUMMERS RIDGE RD<br>SAN DIEGO CA 92121 |
| | **List the contract number of any government contract** | 42773 | |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 353 DAYS | QUIDEL CORPORATION<br>ATTN: GENERAL COUNSEL<br>9975 SUMMERS RIDGE RD<br>SAN DIEGO CA 92121 |
| | **List the contract number of any government contract** | | |
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | RADIOMETER AMERICA INC<br>ATTN: GENERAL COUNSEL<br>250 S KRAEMER BLVD<br>MS B1 SW11<br>BREA CA 92821 |
| | **List the contract number of any government contract** | MS3065-R1 | |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | REACHLOCAL<br>ATTN: GENERAL COUNSEL<br>6111 W PLANO PKWY<br>STE 1000<br>PLANO TX 75093 |
| | **List the contract number of any government contract** | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | 24776 | REALVNC LTD<br>ATTN: GENERAL COUNSEL<br>BETJEMAN HOUSE<br>104 HILLS RD<br>CAMBRIDGE  CB2 1LQ<br>UNITED KINGDOM |
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RECONDO TECHNOLOGY INC<br>ATTN: GENERAL COUNSEL<br>7900 E UNION AVE<br>STE 400<br>DENVER CO 80237 |
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | REINO LINEN SERVICE INC<br>ATTN: DAN DARR, PRESIDENT<br>119 SOUTH MAIN ST<br>GIBSONBURG OH 43431 |
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RELAYHEALTH, A DIVISION OF MCKESSON TECHNOLOGIES INC<br>ATTN: GENERAL COUNSEL<br>THE PRENTICE-HALL CORPORATION SYSTEM INC<br>251 LITTLE FALLS DR<br>WILMINGTON DE 19808 |
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RELIANCE STANDARD LIFE INSURANCE<br>ATTN: GENERAL COUNSEL<br>1700 MARKET ST<br>STE 1200<br>PHILADELPHIA PA 19103 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 329 DAYS | |
| | **List the contract number of any government contract** | | RELIANCE STANDARD LIFE INSURANCE<br>ATTN: GENERAL COUNSEL<br>1700 MARKET ST<br>STE 1200<br>PHILADELPHIA PA 19103 |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE | |
| | **State the term remaining** | 329 DAYS | |
| | **List the contract number of any government contract** | | RELIANCEMATRIX<br>ATTN: GENERAL COUNSEL<br>1700 MARKET ST<br>STE 1200<br>PHILADELPHIA PA 19103 |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | A239595607 | REPUBLIC SERVICES<br>ATTN: GENERAL COUNSEL<br>FULTZ MED OFFICE BLDG<br>1005 W MCPHERSON HWY<br>CLYDE OH 43410 |
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | A228283629 | REPUBLIC SERVICES<br>ATTN: GENERAL COUNSEL<br>FULTZ MED OFFICE BLDG<br>1005 W MCPHERSON HWY<br>CLYDE OH 43410 |
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | A239565144 | REPUBLIC SERVICES<br>ATTN: GENERAL COUNSEL<br>FULTZ MED OFFICE BLDG<br>1005 W MCPHERSON HWY<br>CLYDE OH 43410 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | REVENUE MANAGEMENT GROUP INC D/B/A KEYBRIDGE MEDICAL REVENUE CARE |
| | | | ATTN: GENERAL COUNSEL |
| | List the contract number of any government contract | 45782 | 2348 BATON ROUGE AVE LIMA OH 45805 |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | REVENUE MANAGEMENT GROUP INC D/B/A KEYBRIDGE MEDICAL REVENUE CARE |
| | | | ATTN: GENERAL COUNSEL SCOTT KOENIG, PRESIDENT |
| | List the contract number of any government contract | | 2348 BATON ROUGE AVE LIMA OH 45805 |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | RIVERSIDE RADIOLOGY AND INTERVENTIONAL ASSOCIATES INC |
| | | | ATTN: DOUGLAS READER, MD, PRESIDENT 100 E CAMPUS VIEW BLVD |
| | List the contract number of any government contract | | STE 100 COLUMBUS OH 43235 |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | RIVERSIDE RADIOLOGY AND INTERVENTIONAL ASSOCIATES INC |
| | | | ATTN: DOUGLAS READER, MD, PRESIDENT 100 E CAMPUS VIEW BLVD |
| | List the contract number of any government contract | | STE 100 COLUMBUS OH 43235 |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | RIVERSIDE RADIOLOGY AND INTERVENTIONAL ASSOCIATES INC |
| | | | ATTN: GENERAL COUNSEL 100 E CAMPUS VIEW BLVD |
| | List the contract number of any government contract | | STE 100 COLUMBUS OH 43235 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RIVERSIDE RADIOLOGY AND INTERVENTIONAL ASSOCIATES INC ATTN: GENERAL COUNSEL 100 E CAMPUS VIEW BLVD STE 100 COLUMBUS OH 43235 |
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ROBERT SEESE MD ATTN: GENERAL COUNSEL 1603 A TURNBERRY DR PICKERINGTON OH 43147 |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | PROMISSORY NOTE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ROBERT SEESE MD ATTN: GENERAL COUNSEL 1603 A TURNBERRY DR PICKERINGTON OH 43147 |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ROBERT SEESE MD ATTN: GENERAL COUNSEL 1603 A TURNBERRY DR PICKERINGTON OH 43147 |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | 1018851 | ROCHE DIAGNOSTICS CORPORATION ATTN: GENERAL COUNSEL 9115 HAGUE RD BLDG B INDIANAPOLIS IN 46250 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | ROCHE DIAGNOSTICS CORPORATION ATTN: GENERAL COUNSEL 9115 HAGUE RD BLDG B INDIANAPOLIS IN 46250 |
| | List the contract number of any government contract | 44398 | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | ROCHE DIAGNOSTICS CORPORATION ATTN: GENERAL COUNSEL 9115 HAGUE RD BLDG B INDIANAPOLIS IN 46250 |
| | List the contract number of any government contract | | |
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | ROCHE DIAGNOSTICS CORPORATION ATTN: GENERAL COUNSEL 9115 HAGUE ROAD, INDIANAPOLIS IN 46250 |
| | List the contract number of any government contract | | |
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | OPERATING AGREEMENT | |
| | State the term remaining | UNDETERMINED | SANDUSKY COUNTY PAIN MANAGEMENT LLC ATTN: GENERAL COUNSEL FOUR SEAGATE, 9TH FLOOR TOLEDO OH 43551 |
| | List the contract number of any government contract | | |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE | |
| | State the term remaining | UNDETERMINED | SAVAGE & ASSOCIATES INC ATTN: GENERAL COUNSEL 655 BEAVER CREEK CIR MAUMEE OH 43537 |
| | List the contract number of any government contract | | |

25-30191-maw    Doc 183    FILED 03/07/25    ENTERED 03/07/25 21:21:11    Page 256 of 288

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SAVAGE & ASSOCIATES INC<br>ATTN: GENERAL COUNSEL<br>655 BEAVER CREEK CIR<br>MAUMEE OH 43537 |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SAVAGE & ASSOCIATES INC<br>ATTN: GENERAL COUNSEL<br>655 BEAVER CREEK CIR<br>MAUMEE OH 43537 |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SCHAAF DRUGS LLC<br>ATTN: GENERAL COUNSEL<br>1475 E 86TH ST<br>STE 200<br>INDIANAPOLIS IN 46240 |
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SCHAAF DRUGS LLC<br>ATTN: GENERAL COUNSEL<br>1475 E 86TH ST<br>STE 200<br>INDIANAPOLIS IN 46240 |
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | 24052 | SCHILL GROUNDS MANAGEMENT<br>ATTN: J SCHILL<br>5000 MILLS INDUSTRIAL PKWY<br>NORTH RIDGEVILLE OH 44039 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | SCHINDLER ELEVATOR CORPORATION |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>1530 TIMBERWOLF DR<br>STE B<br>HOLLAND OH 43528 |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | 115 DAYS | SCHMIDT SECURITY PRO<br>ATTN: GENERAL COUNSEL |
| | List the contract number of any government contract | 0499836-IN | 241 MANSFIELD INDUSTRIAL PKWY<br>MANSFIELD OH 44903 |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | SENECA MEDICAL INC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>85 SHAFFER PARK DR<br>TIFFIN OH 44883 |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | SENECA MEDICAL LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>85 SHAFFER PARK DR<br>TIFFIN OH 44883 |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | SHAIKH FAWWAD MD |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>2354 GOLDENROD LN<br>PERRYSBURG OH 43551 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SHAIKH FAWWAD MD<br>ATTN: GENERAL COUNSEL<br>2354 GOLDENROD LN<br>PERRYSBURG OH 43551 |
| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SHAIKH FAWWAD MD<br>ATTN: GENERAL COUNSEL<br>2354 GOLDENROD LN<br>PERRYSBURG OH 43551 |
| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | 12837380 | SHRED-IT USA LLC<br>ATTN: GENERAL COUNSEL<br>28161 N KEITH DR<br>LAKE FOREST IL 60045 |
| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SIEMENS HEALTHCARE DIAGNOSTICS INC<br>ATTN: GENERAL COUNSEL<br>511 BENEDICT AVE<br>TARRYTOWN NY 10591 |
| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SIEMENS HEALTHCARE DIAGNOSTICS INC<br>ATTN: GENERAL COUNSEL<br>1717 DEERFIELD RD<br>DEERFIELD IL 60015 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SIEMENS HEALTHCARE DIAGNOSTICS INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>115 NORWOOD PARK SOUTH<br>NORWOOD MA 02062 |
| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 125 DAYS | SIEMENS HEALTHCARE DIAGNOSTICS INC |
| | **List the contract number of any government contract** | 34966 | ATTN: GENERAL COUNSEL<br>PO BOX 121102<br>DALLAS TX 75312 |
| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 132 DAYS | SIEMENS HEALTHCARE DIAGNOSTICS INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>221 GREGSON DIVE<br>CARY NC 27511 |
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 1,220 DAYS | SIEMENS HEALTHCARE DIAGNOSTICS INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>PO BOX 121102<br>DALLAS TX 75312 |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SIEMENS HEALTHCARE DIAGNOSTICS INC |
| | **List the contract number of any government contract** | 969 | ATTN: GENERAL COUNSEL<br>115 NORWOOD PARK SOUTH<br>NORWOOD MA 02062 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | SIEMENS HEALTHCARE DIAGNOSTICS INC ATTN: GENERAL COUNSEL PO BOX 121102 DALLAS TX 75312 |
| | **List the contract number of any government contract** | 184256-4 | |
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 230 DAYS | SIEMENS MEDICAL SOLUTIONS USA INC ATTN: GENERAL COUNSEL 40 LIBERTY BLVD MALVERN PA 19355 |
| | **List the contract number of any government contract** | 1-TRWK34 | |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SIEMENS MEDICAL SOLUTIONS USA INC ATTN: GENERAL COUNSEL 2501 N BARRINGTON ROAD HOFFMAN ESTATES IL 60192 |
| | **List the contract number of any government contract** | | |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 663 DAYS | SIEMENS MEDICAL SOLUTIONS USA INC ATTN: GENERAL COUNSEL 40 LIBERTY BLVD MALVERN PA 19355 |
| | **List the contract number of any government contract** | 37598 | |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 663 DAYS | SIEMENS MEDICAL SOLUTIONS USA INC ATTN: GENERAL COUNSEL 40 LIBERTY BLVD MALVERN PA 19355 |
| | **List the contract number of any government contract** | 37599 | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SIMENS HEALTHCARE DIAGNOSTICS INC<br>ATTN: GENERAL COUNSEL<br>115 NORWOOD PARK SOUTH<br>NORWOOD MA 02062 |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | 45299 | SODEXO OPERATIONS LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 360170<br>PITTSBURGH PA 15251 |
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 1,606 DAYS | |
| | **List the contract number of any government contract** | 45309 | SPECTRACORP TECHNOLOGIES GROUP<br>ATTN: GENERAL COUNSEL<br>8131 LBJ FREEWAY<br>STE 360<br>DALLAS TX 75251 |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 237 DAYS | |
| | **List the contract number of any government contract** | 41312022 | SPEED WRENCH INC<br>SPEED-TECH EQUIPMENT<br>ATTN: GENERAL COUNSEL<br>3364 QUINCY ST<br>HUDSONVILLE MI 49426 |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | 413121022 | SPEED WRENCH INC<br>ATTN: GENERAL COUNSEL<br>3364 QUINCY ST<br>HUDSONVILLE MI 49426 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | 413121022 | SPEED WRENCH INC<br>ATTN: GENERAL COUNSEL<br>3364 QUINCY ST<br>HUDSONVILLE MI 49426 |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SPINAL ELEMENTS INC<br>ATTN: GENERAL COUNSEL<br>3115 MELROSE DR<br>STE 200<br>CARLSBAD CA 92010 |
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SPINAL ELEMENTS INC<br>ATTN: GENERAL COUNSEL<br>3115 MELROSE DR<br>STE 200<br>CARLSBAD CA 92010 |
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SPINAL ELEMENTS INC<br>ATTN: GENERAL COUNSEL<br>3115 MELROSE DR<br>STE 200<br>CARLSBAD CA 92010 |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SPINAL ELEMENTS INC<br>ATTN: GENERAL COUNSEL<br>3115 MELROSE DR<br>STE 200<br>CARLSBAD CA 92010 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | SPORT VIEW TELEVISION LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 7699 LOCHLIN DR BRIGHTON MI 48116 |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | OPERATING AGREEMENT | |
| | State the term remaining | UNDETERMINED | ST LUKE'S HOSPITAL |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 5901 MONCLAVA RD MAUMEE OH 43537 |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | 333 DAYS | STANDARD ENERGY CORPORATION |
| | List the contract number of any government contract | | ATTN: LARRY FREEMAN AND NAN HAMILTON 1077 CELESTIAL ST STE 110 CINCINNATI OH 45202 |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | STANDARD ENERGY CORPORATION |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 1077 CELESTIAL ST STE 110 CINCINNATI OH 45202 |
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | STAPLES |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 500 STAPLES DRIVE FRAMINGHAM MA 01702 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | STATE COLLECTION & RECOVERY SERVICES LLC ATTN: CARMELO DELGADO, JR 136 NORTH RIDGE ST STE B MONROEVILLE OH 44847 |
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | STERICYCLE INC ATTN: CONTRACTS 2355 WAUKEGAN RD BANNOCKBURN IL 60015 |
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | STERICYCLE INC ATTN: CONTRACTS 2355 WAUKEGAN RD BANNOCKBURN IL 60015 |
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | STERICYCLE INC ATTN: CONTRACTS 2355 WAUKEGAN RD BANNOCKBURN IL 60015 |
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | STERICYCLE INC ATTN: CONTRACTS 2355 WAUKEGAN RD BANNOCKBURN IL 60015 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | STERICYCLE INC ATTN: GENERAL COUNSEL 4010 COMMERCIAL AVE NORTHBROOK IL 60062 |
| | List the contract number of any government contract | SV1246 | |
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | STERIS CORPORATION ATTN: GENERAL COUNSEL 5960 HEISLEY RD MENTOR OH 44060 |
| | List the contract number of any government contract | 1-5009654582/6 | |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | STERIS CORPORATION ATTN: GENERAL COUNSEL 5960 HEISLEY RD MENTOR OH 44060 |
| | List the contract number of any government contract | 29764 | |
| 2.512 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | STERIS CORPORATION ATTN: GENERAL COUNSEL PO BOX 644063 PITTSBURGH PA 15264 |
| | List the contract number of any government contract | 1-5009654582/4 | |
| 2.513 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | STERIS CORPORATION ATTN: GENERAL COUNSEL PO BOX 644063 PITTSBURGH PA 15264 |
| | List the contract number of any government contract | 34726 | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | STRYKER SALES CORP ATTN: GENERAL COUNSEL 4100 E MILHAM AVE KALAMAZOO MI 49001 |
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | STRYKER SALES CORP ATTN: LEGAL COUNSEL 1901 ROMENCE RD PKWY PORTAGE MI 49002 |
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | PP10086009 | STRYKER SALES CORP ATTN: GENERAL COUNSEL 4100 E MILHAM AVE KALAMAZOO MI 49001 |
| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | PP10086009 | STRYKER SALES CORP ATTN: GENERAL COUNSEL 4100 E MILHAM AVE KALAMAZOO MI 49001 |
| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUMMA HEALTH NETWORK LLC ATTN: GENERAL COUNSEL 10 NORTH MAIN ST PO BOX 3620 AKRON OH 44309 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUMMACARE INC<br>ATTN: GENERAL COUNSEL<br>10 NORTH MAIN ST<br>PO BOX 3620<br>AKRON OH 44309 |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | OTHER AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUMMACARE INC<br>ATTN: GENERAL COUNSEL<br>1200 EAST MARKET ST<br>STE 400<br>AKRON OH 44305 |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUPERIOR AIR-GROUND AMBULANCE SERVICE OF MICHIGAN INC<br>ATTN: GENERAL COUNSEL<br>395 W LAKE ST<br>ELMHURST IL 60126 |
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUPERIOR AIR-GROUND AMBULANCE SERVICE OF OHIO INC<br>ATTN: MARY FRANCO & KIRA MENDRICK<br>395 W LAKE ST<br>ELMHURST IL 60126 |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SYMPLR HEALTHSOURCE HR INC<br>ATTN: GENERAL COUNSEL<br>315 CAPITOL ST<br>STE 100<br>HOUSTON TX 77002 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | |
| | List the contract number of any government contract | 34105 | SYSAID TECHNOLOGIES LTD<br>ATTN: GENERAL COUNSEL<br>303 WYMAN ST<br>STE 300<br>WALTHAM MA 02451 |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | |
| | List the contract number of any government contract | | SYSAID TECHNOLOGIES LTD<br>ATTN: GENERAL COUNSEL<br>303 WYMAN ST<br>STE 300<br>WALTHAM MA 02451 |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | 192 DAYS | |
| | List the contract number of any government contract | 51033506 | SYSMEX AMERICA INC<br>ATTN: GENERAL COUNSEL<br>577 APTAKISIC RD<br>LINCOLNSHIRE IL 60069 |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | TEAM HEALTH<br>ATTN: GENERAL COUNSEL<br>265 BROOKVIEW CENTRE WAY<br>STE 400<br>KNOXVILLE TN 37919 |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | TEAM HEALTH<br>ATTN: GENERAL COUNSEL<br>265 BROOKVIEW CENTER WAY<br>STE 400<br>KNOXVILLE TN 37919 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | TECHNICORE CLINICAL ENGINEERING LLC ATTN: GENERAL COUNSEL 1900 S MAIN ST PO BOX 1210 FINDLAY OH 45839 |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | TECHNICORE CLINICAL ENGINEERING LLC ATTN: GENERAL COUNSEL 1900 S MAIN ST PO BOX 1210 FINDLAY OH 45839 |
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TELEFLEX LLC ATTN: GENERAL COUNSEL 3015 CARRINGTON MILL BLVD MORRISVILLE NC 27560 |
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | TELETRONICS INC ATTN: GENERAL COUNSEL 22550 ASCOA CT STRONGSVILLE OH 44149 |
| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TELETRONICS INC ATTN: GENERAL COUNSEL 22550 ASCOA CT STRONGSVILLE OH 44149 |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | TERARECON ATTN: GENERAL COUNSEL 4000 EAST THIRD AVENUE SUITE 200 FOSTER CITY CA 94403 |
| | List the contract number of any government contract | | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | TERARECON INC ATTN: GENERAL COUNSEL 4000 EAST THIRD AVE STE 200 FOSTER CITY CA 94404 |
| | List the contract number of any government contract | 28615 | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | THE AMERICAN NATIONAL RED CROSS BIOMEDICAL SERVICES ATTN: JACKIE BATTLE, BIOMEDICAL SERVICES 431 18TH ST NW WASHINGTON DC 20006 |
| | List the contract number of any government contract | | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | OTHER AGREEMENT | |
| | State the term remaining | UNDETERMINED | THE CITY OF BELLEVUE ATTN: KEVIN STRECKER 3000 SENECA INDUSTRIAL PKWY BELLEVUE OH 44811 |
| | List the contract number of any government contract | | |
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | THE LAMAR COMPANIES ATTN: GENERAL COUNSEL 5030 ADVANTAGE DR STE 102 TOLEDO OH 43612 |
| | List the contract number of any government contract | 4385585 | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | #4385596 | THE LAMAR COMPANIES ATTN: GENERAL COUNSEL 5030 ADVANTAGE DR STE 102 TOLEDO OH 43612 |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE ORTHOPAEDIC INSTITUTE OF OHIO INC ATTN: PRESIDENT 801 MEDICAL DR STE A LIMA OH 45804 |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE TOLEDO CLINIC INC ATTN: MICHAEL D'ERAMO, CAO 4235 SECOR RD TOLEDO OH 43623 |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 329 DAYS | |
| | **List the contract number of any government contract** | | THE TOLEDO CLINIC INC ATTN: MICHAEL DBRAMO, CAO 4235 SECOR RD TOLEDO OH 43623 |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 329 DAYS | |
| | **List the contract number of any government contract** | | THE TOLEDO CLINIC INC ATTN: MICHAEL DBRAMO, CAO 4235 SECOR RD TOLEDO OH 43623 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE TOLEDO HOSPITAL D/B/A PROMEDICA TOLEDO HOSPITAL ATTN: PRESIDENT, OR TO PARTICIPANT 2142 NORTH COVE BLVD TOLEDO OH 43606 |
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | 39652 | THE WICHMAN COMPANY ATTN: GENERAL COUNSEL 7 NORTH WESTWOOD TOLEDO OH 43607 |
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | 39652 | THE WICHMAN COMPANY ATTN: GENERAL COUNSEL 7 NORTH WESTWOOD TOLEDO OH 43607 |
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TIFFIN UNIVERSITY ATTN: GENERAL COUNSEL 155 MIAMI ST TIFFIN OH 44883 |
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TIMOTHY BUIT ATTN: GENERAL COUNSEL 1121 MIDDLEFIELD TRAIL BRUNSWICK OH 44212 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TORNIER INC ATTN: GENERAL COUNSEL 10801 NESBITT AVE S BLOOMINGTON MN 55437 |
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | TORNIER INC ATTN: CORPORATE ACCOUNTS 10801 NESBITT AVE S BLOOMINGTON MN 55437 |
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | 85292 | TORRENCE SOUND EQUIPMENT COMPANY ATTN: GENERAL COUNSEL 29050 GLENWOOD RD PERRYSBURG OH 43551 |
| 2.552 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE/SALE AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | 38859 | TORRENCE SOUND EQUIPMENT COMPANY ATTN: GENERAL COUNSEL 29050 GLENWOOD RD PERRYSBURG OH 43551 |
| 2.553 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | 23873 | TORRENCE SOUND EQUIPMENT COMPANY ATTN: GENERAL COUNSEL 29050 GLENWOOD RD PERRYSBURG OH 43551 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.554 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRACELINK INC<br>ATTN: GENERAL COUNSEL<br>200 BALLARDVALE ST<br>BLDG 1<br>WILMINGTON MA 01887 |
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRACELINK INC<br>ATTN: GENERAL COUNSEL<br>200 BALLARDVALE ST<br>BLDG 1<br>WILMINGTON MA 01887 |
| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | TSG GUARD INC D/B/A VALOR HEALTH PLAN<br>ATTN: VICE PRESIDENT OF MANAGED CARE<br>7171 KECK PARK CIR NW<br>NORTH CANTON OH 44720 |
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | TSG GUARD INC D/B/A VALOR HEALTH PLAN<br>ATTN: GENERAL COUNSEL<br>7171 KECK PARK CIR NW<br>NORTH CANTON OH 44720 |
| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | |
| | **List the contract number of any government contract** | | TSG GUARD INC D/B/A VALOR HEALTH PLAN<br>ATTN: VICE PRESIDENT OF MANAGED CARE<br>7171 KECK PARK CIR NW<br>NORTH CANTON OH 44720 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.559 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | UNISON ADMINISTRATIVE SERVICES LLC<br>ATTN: GENERAL COUNSEL<br>UNISON PLAZA<br>1001 BRINTON RD<br>PITTSBURGH PA 15221 |
| | List the contract number of any government contract | | |
| 2.560 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | UNISON ADMINISTRATIVE SERVICES LLC<br>ATTN: GENERAL COUNSEL<br>UNISON PLAZA<br>1001 BRINTON RD<br>PITTSBURGH PA 15221 |
| | List the contract number of any government contract | 20080319 | |
| 2.561 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | UNITED HEALTHCARE INSURANCE COMPANY AND ITS AFFILIATES<br>ATTN: GENERAL COUNSEL<br>PO BOX 30449<br>SALT LAKE CITY UT 84130-0449 |
| | List the contract number of any government contract | | |
| 2.562 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | UNITED HEALTHCARE INSURANCE COMPANY, ON BEHALF OF ITSELF AND ITS CORPORATE AFFILIATES<br>ATTN: GENERAL COUNSEL<br>1001 LAKESIDE AVENUE<br>SUITE 1000<br>CLEVELAND OH 44114 |
| | List the contract number of any government contract | | |
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | UNITED HEALTHCARE INSURANCE COMPANY, ON BEHALF OF ITSELF AND ITS OTHER AFFILIATES<br>ATTN: GENERAL COUNSEL<br>1001 LAKESIDE AVENUE<br>SUITE 1000<br>CLEVELAND OH 44114 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | UNITED HEALTHCARE INSURANCE COMPANY, ON BEHALF OF ITSELF AND ITS OTHER AFFILIATES |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 1001 LAKESIDE AVE STE 1000 CLEVELAND OH 44114 |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | UNITEDHEALTHCARE COMMUNITY PLAN OF OHIO, INC. |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL PO BOX 30449 SALT LAKE CITY UT 84130-0449 |
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | UNITEDHEALTHCARE COMMUNITY PLAN OF OHIO, INC. |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL PO BOX 30449 SALT LAKE CITY UT 84130-0449 |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | UNITEDHEALTHCARE INSURANCE COMPANY, ON BEHALF OF ITSELF AND ITS OTHER AFFILIATES |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL PO BOX 30449 SALT LAKE CITY UT 84130-0449 |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | UNITEDHEALTHCARE OF OHIO, INC. |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 1001 LAKESIDE AVENUE SUITE 1000 CLEVELAND OH 44114 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | UNITEDHEALTHCARE OF OHIO, INC.<br>ATTN: GENERAL COUNSEL<br>1001 LAKESIDE AVENUE<br>SUITE 1000<br>CLEVELAND OH 44114 |
| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | UNITEDHEALTHCARE OF OHIO, INC.<br>ATTN: GENERAL COUNSEL<br>1001 LAKESIDE AVENUE<br>SUITE 1000<br>CLEVELAND OH 44114 |
| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | UNITEDHEALTHCARE OF OHIO, INC.<br>ATTN: GENERAL COUNSEL<br>2300 W. PLANO PKWY,<br>#C1E105<br>PLANO TX 75075-8427 |
| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | UNIVERSITY HOSPITAL REGIONAL HOSPITAL<br>ATTN: GENERAL COUNSEL<br>29000 CENTER RIDGE RD<br>WESTLAKE OH 44145 |
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | UNIVERSITY HOSPITALS OSTEOPATHIC CONSORTIUM AT UH REGIONAL HOSPITALS<br>ATTN: GENERAL COUNSEL<br>29000 CENTER RIDGE RD<br>WESTLAKE OH 44145 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

UNIVERSITY HOSPITALS REGIONAL HOSPITALS
ATTN: GENERAL COUNSEL
29000 CENTER RIDGE RD
WESTLAKE OH 44145

| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
|---|---|---|
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

UNIVERSITY HOSPITALS REGIONAL HOSPITALS
ATTN: GENERAL COUNSEL
29000 CENTER RIDGE RD
WESTLAKE OH 44145

| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
|---|---|---|
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

UNIVERSITY OF TOLEDO PHYSICIANS LLC
ATTN: CHIEF PHYSICIAN OFFICER
4510 DORR ST
TOLEDO OH 43615

| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
|---|---|---|
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

UNIVERSITY OF TOLEDO PHYSICIANS LLC
ATTN: CHIEF PHYSICIAN OFFICER
4510 DORR ST
TOLEDO OH 43615

| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT |
|---|---|---|
| | **State the term remaining** | POTENTIALLY EXPIRED |
| | **List the contract number of any government contract** | 29942 |

US BANK EQUIPMENT FINANCE
ATTN: GENERAL COUNSEL
1310 MADRID ST
STE 101
MARSHALL MN 56258

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | USA TECHNOLOGIES INC<br>ATTN: GENERAL COUNSEL<br>100 DEERFIELD LN<br>STE 140<br>MALVERN PA 19355 |
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VANTAGE HEALTHCARE OF OHIO LLC<br>ATTN: WILLIAM J HENWOOD, EXECUTIVE DIRECTOR<br>950 WEST WOOSTER ST<br>BOWLING GREEN OH 43402 |
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VANTAGE HEALTHCARE OF OHIO LLC<br>ATTN: GENERAL COUNSEL<br>950 WEST WOOSTER ST<br>BOWLING GREEN OH 43402 |
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VANTAGE HEALTHCARE OF OHIO LLC<br>ATTN: GENERAL COUNSEL<br>6001 MONCLOVA RD<br>MAUMEE OH 43537 |
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VANTAGE HEALTHCARE OF OHIO LLC<br>ATTN: GENERAL COUNSEL<br>6001 MONCLOVA RD<br>MAUMEE OH 43537 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest**    OPERATING AGREEMENT | |
| | **State the term remaining**    UNDETERMINED | VANTAGE HOLDING COMPANY LLC ATTN: GENERAL COUNSEL 1305 S MAIN ST MEADVILLE PA 16335 |
| | **List the contract number of any government contract** | |
| 2.585 | **State what the contract or lease is for and the nature of the debtor's interest**    SERVICES AGREEMENT | |
| | **State the term remaining**    UNDETERMINED | VANTAGE OHIO SERIES CELL OF MV RE LLC ATTN: WILLIAM J HENWOOD C/O VANTAGE HEALTHCARE OF OHIO, LLC 950 WEST WOOSTER ST BOWLING GREEN OH 43402 |
| | **List the contract number of any government contract** | |
| 2.586 | **State what the contract or lease is for and the nature of the debtor's interest**    SERVICES AGREEMENT | |
| | **State the term remaining**    UNDETERMINED | VANTAGE OUTSOURCING LLC ATTN: CEO 1901 S 4TH ST STE 22 EFFINGHAM IL 62401 |
| | **List the contract number of any government contract** | |
| 2.587 | **State what the contract or lease is for and the nature of the debtor's interest**    SERVICES AGREEMENT | |
| | **State the term remaining**    716 DAYS | VELOCITYEHS ATTN: GENERAL COUNSEL 222 MERCHANDISE MART PLAZA STE 1750 CHICAGO IL 60654 |
| | **List the contract number of any government contract** | |
| 2.588 | **State what the contract or lease is for and the nature of the debtor's interest**    SERVICES AGREEMENT | |
| | **State the term remaining**    POTENTIALLY EXPIRED | VERATHON MEDICAL ATTN: GENERAL COUNSEL 20001 NORTH CREEK PK BOTHELL WA 98011 |
| | **List the contract number of any government contract**    23852 | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | VERATHON MEDICAL ATTN: GENERAL COUNSEL 20001 NORTH CREEK PK BOTHELL WA 98011 |
| | List the contract number of any government contract | | |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | VIZIENT INC ATTN: GENERAL COUNSEL 290 EAST JOHN CARPENTER FREEWAY IRVING TX 75062 |
| | List the contract number of any government contract | | |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | VIZIENT INC ATTN: MEMBERSHIP/SALES OPERATIONS, LEGAL DEPARTMENT 290 EAST JOHN CARPENTER FWY IRVING TX 75062 |
| | List the contract number of any government contract | | |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | VIZIENT SUPPLY LLC F/K/A NOVATION LLC ATTN: GENERAL COUNSEL 290 E JOHN CARPENTER FRWY IRVING TX 75062 |
| | List the contract number of any government contract | | |
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | VIZIENT SUPPLY LLC F/K/A NOVATION LLC ATTN: GENERAL COUNSEL 290 E JOHN CARPENTER FRWY IRVING TX 75062 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | POTENTIALLY EXPIRED | WADSWORTH SERVICE ATTN: GENERAL COUNSEL 1500 MICHAEL OWENS WAY PERRYSBURG OH 43551 |
| | **List the contract number of any government contract** | | |
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 226 DAYS | WADSWORTH SERVICE ATTN: GENERAL COUNSEL 1500 MICHAEL OWENS WAY PERRYSBURG OH 43551 |
| | **List the contract number of any government contract** | | |
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | WADSWORTH SOLUTIONS ATTN: GENERAL COUNSEL 12154 DIX TOLEDO RD SOUTHGATE MI 48195 |
| | **List the contract number of any government contract** | | |
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | WADSWORTH SOLUTIONS ATTN: GENERAL COUNSEL 1500 MICHAEL OWENS WAY PERRYSBURG OH 43551 |
| | **List the contract number of any government contract** | | |
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | WADSWORTH SOLUTIONS ATTN: GENERAL COUNSEL 7851 FREEWAY CIR MIDDLEBURG HEIGHTS OH 44130 |
| | **List the contract number of any government contract** | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | WARBIRD CONSULTING PARTNERS LLC |
| | **List the contract number of any government contract** | | ATTN: CONTRACTING<br>600 GALLERIA PKWY<br>STE 1400<br>ATLANTA GA 30339 |
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | WATER MANAGEMENT ADVISORS LTD |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>143 EAST WOOSTER ST<br>STE B<br>BOWLING GREEN OH 43402 |
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 361 DAYS | WEBPT INC |
| | **List the contract number of any government contract** | | ATTN: LEGAL DEPARTMENT<br>111 WEST MONROE<br>STE 200<br>PHOENIX AZ 85003 |
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 235 DAYS | WELCH ALLYN INC |
| | **List the contract number of any government contract** | #40083609 | ATTN: GENERAL COUNSEL<br>4341 STATE ST RD<br>SKANEATELES FALLS NY 13153 |
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | 235 DAYS | WELCH ALLYN INC |
| | **List the contract number of any government contract** | 40083609 | ATTN: GENERAL COUNSEL<br>4341 STATE ST RD<br>SKANEATELES FALLS NY 13153 |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | WON-DOOR CORPORATION ATTN: GENERAL COUNSEL 1865 SOUTH 3480 WEST SALT LAKE CITY UT 84104 |
| | List the contract number of any government contract | | |
| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | OPERATING AGREEMENT | |
| | State the term remaining | UNDETERMINED | WOOD COUNTY HOSPITAL ATTN: GENERAL COUNSEL 950 W WOOSTER ST BOWLING GREEN OH 43402 |
| | List the contract number of any government contract | | |
| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | OPERATING AGREEMENT | |
| | State the term remaining | UNDETERMINED | WOOD COUNTY HOSPITAL ASSOCIATION ATTN: GENERAL COUNSEL 950 W WOOSTER ST BOWLING GREEN OH 43402 |
| | List the contract number of any government contract | | |
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | POTENTIALLY EXPIRED | WRIGHT MEDICAL TECHNOLOGY INC ATTN: STRATEGIC CONTRACTING 1023 CHERRY RD MEMPHIS TN 38117 |
| | List the contract number of any government contract | | |
| 2.608 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | WRIGHT MEDICAL TECHNOLOGY INC ATTN: GENERAL COUNSEL 1023 CHERRY RD MEMPHIS TN 38117 |
| | List the contract number of any government contract | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE/SALE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 538 DAYS | |
| | List the contract number of any government contract | | XODUS MEDICAL<br>ATTN: GENERAL COUNSEL<br>WESTMORELAND BUSINESS AND RESEARCH PARK<br>702 PROMINENCE DR<br>NEW KENSINGTON PA 15068 |

**Fill in this information to identify the case:**

Debtor name __The Bellevue Hospital__

United States Bankruptcy Court for the: __Northern District of Ohio (Canton)__

Case number (if known) __25-30191__

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |

25-30191-maw    Doc 183    FILED 03/07/25    ENTERED 03/07/25 21:21:11    Page 287 of 288

**Fill in this information to identify the case:**

Debtor name    **The Bellevue Hospital**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO (CANTON)

Case number (if known)    **25-30191**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 7, 2025**      χ **/s/ Darrell M. Lentz**

Signature of individual signing on behalf of the debtor

**Darrell M. Lentz**
Printed name

**Interim Chief Financial Officer**
Position or relationship to debtor

Official Form 202      Declaration Under Penalty of Perjury for Non-Individual Debtors